AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

U.S. DISTRICT COURT FILED MAY 11 2016 S.D. OF N.Y.

UNITED STATES
*Plaintiff*
v.
JASON GALANIS
*Defendant*

Case No. 16 Mag. 2978

DOC # ___

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Devon Archer

Date: 5/11/16

*Attorney's signature*

Matthew Schwartz
*Printed name and bar number*

575 Lexington Ave.
*Address*

mlschwartz@bsfllp.com
*E-mail address*

212.303.3646
*Telephone number*

212.446.2350
*FAX number*