UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON GALANIS, GARY HIRST, JOHN GALANIS a/k/a "YANNI", HUGH DUNKERLEY, MICHELLE MORTON, DEVON ARCHER, and BEVAN COONEY,<br><br>Defendants. | NO. 16-MAG-2978<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Matthew D. Umhofer, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Bevan Cooney in the above captioned action.

As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: May 17, 2014                Respectfully submitted,

Matthew D. Umhofer
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Dr., Ste. 705
Los Angeles, California 90025
Tel: (310) 826-4700
Fax: (310) 826-4711
Email: matthew@spertuslaw.com

**THE STATE BAR
OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 13, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW DONALD UMHOFER, #206607 was admitted to the practice of law in this state by the Supreme Court of California on May 19, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records