**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# ORIGINAL

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 16-MAG-2978** |
| **Plaintiff,** | |
| **v.** | **ORDER FOR ADMISSION** |
| | **PRO HAC VICE** |
| **JASON GALANIS, GARY HIRST, JOHN GALANIS a/k/a "YANNI", HUGH DUNKERLEY, MICHELLE MORTON, DEVON ARCHER, and BEVAN COONEY,** | |
| **Defendants.** | |



The motion of Matthew D. Umhofer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Matthew D. Umhofer

SPERTUS, LANDES & UMHOFER, LLP

1990 South Bundy Drive, Suite 705

Los Angeles, California 90025

Telephone: (310) 826-4700

Facsimile: (310) 826-4711

Email: matthew@spertuslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Bevan Cooney in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

DATED: **MAY 2 6 2016**

_____
United States ~~District~~ Judge

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2