UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                        **ECF CASE**

|  |  |
|---|---|
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
| | ) 16 Cr. 371 (RA) |
| JASON GALANIS, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York


                                by:    /s/ Brian R. Blais
                                        BRIAN R. BLAIS
                                        Assistant United States Attorney
                                        (212) 637-2521

TO:     Counsel of Record (via ECF)