AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cr-00371-RA |
| Jason Galanis, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BEVAN COONEY                     .

Date:  06/06/2016

*Attorney's signature*

Matthew D. Umhofer (SBN 206607)
*Printed name and bar number*

Spertus, Landes & Umhofer LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025

*Address*

matthew@spertuslaw.com
*E-mail address*

(310) 826-4700
*Telephone number*

(310) 826-4711
*FAX number*