AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Southern District of New York

UNITED STATES )
_____ )
Plaintiff )
v. ) Case No. 16 CR 371
GARY HIRST )
_____ )
Defendant )

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

GARY · HIRST
_____

Date:  6/7/16

_____
Attorney's signature

MICHAEL TREMONTE
_____
Printed name and bar number     (MT 599L)

SHER TREMONTE LLP
_____
Address
80 BROAD St. NY NY 10004
mtremonte@shertremonte.com
_____
E-mail address

(212) 202-2600
_____
Telephone number

(212) 202-4156
_____
FAX number

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/7/2016