UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                           **ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) JASON GALANIS, et al., ) ) Defendants ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** 16 Cr. 371 (RA) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

by:   /s/ Rebecca Mermelstein
REBECCA MERMELSTEIN
Assistant United States Attorney
(212) 637-2360

TO:   Counsel of Record (via ECF)