AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-Cr-0371 (RA) |
| HUGH DUNKERLEY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HUGH DUNKERLY                                                                                                                    .

Date:   6/20/16

*Joseph A. Grob*
*Attorney's signature*

2170306
*Printed name and bar number*

Joseph A. Grob, P.C.
345 Seventh Avenue - 21st Floor
New York, NY 10001

*Address*

jag@groblaw.us
*E-mail address*

(646) 467-4359
*Telephone number*

(866) 651-3196
*FAX number*