```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   16 CR 00371
        -against-                   :   ORDER
                                    :
MICHELLE MORTON                     :
                                    :
        Defendant                   :
                                    :
------------------------------------X

RONNIE ABRAMS, United States District Judge:

ORDERED that the defendant's bail be modified to include mental health treatment as directed by Pretrial Services.

Dated: New York, New York
       June 27, 2016

                                    SO ORDERED

                                    _____
                                    Ronnie Abrams
                                    United States District Judge