```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/06/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS,

          Defendant.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that Defendant Jason Galanis has neither retained counsel to represent him in this action nor sought to have counsel appointed for him. The Government and Mr. Galanis shall accordingly appear for a status conference on July 11, 2016 at 2:00 p.m. to discuss Mr. Galanis' representation.

SO ORDERED.

Dated:   July 6, 2016
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge