UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON GALANIS, GARY HIRST, JOHN GALANIS a/k/a "YANNI", HUGH DUNKERLEY, MICHELLE MORTON, DEVON ARCHER, and BEVAN COONEY,<br><br>　　　　Defendants. | NO. 16-CR-00371-RA<br><br>MOTION FOR ADMISSION PRO HAC VICE |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Diane H. Bang, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Bevan Cooney in the above captioned action.

　　　　As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: July 14, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*Diane Bang*
　　　　　　　　　　　　　　　　　　　　　Diane H. Bang
　　　　　　　　　　　　　　　　　　　　　SPERTUS, LANDES & UMHOFER, LLP
　　　　　　　　　　　　　　　　　　　　　1990 South Bundy Dr., Ste. 705
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90025
　　　　　　　　　　　　　　　　　　　　　Tel: (310) 826-4700
　　　　　　　　　　　　　　　　　　　　　Fax: (310) 826-4711
　　　　　　　　　　　　　　　　　　　　　Email: diane@spertuslaw.com