UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON GALANIS, GARY HIRST, JOHN GALANIS a/k/a "YANNI", HUGH DUNKERLEY, MICHELLE MORTON, DEVON ARCHER, and BEVAN COONEY,<br><br>  Defendants. | NO. 16-cr-00371-RA<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

  The motion of Diane H. Bang, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of California; and that her contact information is as follows:

  Diane H. Bang

  SPERTUS, LANDES & UMHOFER, LLP

  1990 South Bundy Drive, Suite 705

  Los Angeles, California 90025

  Telephone: (310) 826-4700

  Facsimile: (310) 826-4711

  Email: diane@spertuslaw.com

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Bevan Cooney in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____      _____
                                                                        United States District Judge