USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 19 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HUGH DUNKERLEY,
                Defendant.

16-Cr-0371-4 (RA)

       Upon the application of the defendant Hugh Dunkerley, by his attorney, Joseph A. Grob, and based upon all the prior proceedings previously held herein, and

       WHEREAS counsel has been appointed pursuant to the Criminal Justice Act;

       WHEREAS good cause having been shown that counsel requires assistance in preparing for trial in this matter;

       WHEREAS it is anticipated that hundreds of attorney hours will be expended in this matter and that counsel may require the assistance of an associate, a paralegal and other services such as investigators and expert witnesses;

       WHEREAS this case meets the criteria for designation as a Mega case; it is hereby

       **ORDERED**, that this case be designated as a Mega case, and as such, this case shall be budgeted with the Second Circuit's case budgeting attorney.

Dated:    New York, New York
             July 19, 2016

SO ORDERED:

_____
U.S.D.J.