UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

                                              **NOTICE OF APPEARANCE**
          -against-                   **AND REQUEST FOR ECF NOTIFICATION**

                                              16 Cr. 371 (RA)

JASON GALANIS,

                    Defendant
-------------------------------------------------X


          I,  LISA SCOLARI hereby appear as counsel on behalf of defendant JASON

GALANIS, in this matter.

          I was admitted to practice in the Southern  District of New York in 1987.


Dated: August 12, 2016


                              *Lisa Scolari*

                              LISA SCOLARI, ESQ.
                              20 VESEY STREET
                              SUITE 400
                              NEW YORK, NEW YORK 10007
                              (212) 227-8899
                               FAX (212) 964-2926
                              lscolarilaw@earthlink.net