UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

        AGAINST

JASON GALANIS,

        DEFENDANT
------------------------------------------------------X

**ORDER**
16 Cr. 371(RA)

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 15 2016

IT IS HEREBY ORDERED, on the application of JASON GALANIS and his assigned attorney LISA SCOLARI, the attached affirmation of Lisa Scolari, and the finding of the Court that the appointment of an additional attorney is necessary in the interests of justice in this case, that:

Christopher Madiou, Esq., a member of the Southern District CJA Panel, shall be appointed and compensated as second counsel for Jason Galanis pursuant to the Criminal Justice Act.

8-15-16
DATE

RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK