LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDINGP  (917) 408 - 6484
233 BROADWAY – SUITE 2208F  (212) 571 - 9149
NEW YORK, NY 10279CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

August 17, 2016

The Honorable Ronnie Abrams
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Jason Galanis, 16 CR 371 (RA)

Dear Judge Abrams,

I am appointed to represent Mr. Galanis, along with Lisa Scolari, in the above captioned matter.

After conferring with Mr. Galanis, I write to withdraw our objection to the government's request for a copy of the defendant's financial affidavit filed with the Court. As such, we also request that the Court remove the August 24th status conference on this issue from its calendar.

Respectfully submitted,

_____
Christopher Madiou

Cc:Amiee Hector, Brian Blais & Rebecca Mermelstein
Assistant U.S. Attorneys (by ECF)