115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax: 212.898.1187
neil@checkmanlaw.com

www.checkmanlaw.com
www.whitecollarcrimesnyc.com

LAW OFFICES OF NEIL B. CHECKMAN, ESQ.

October 4, 2016

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
**Ex parte**
**By regular mail and ECF**

Re: United States v. Michelle Morton, **et al.**,
16 Cr. 371 (RA)

Dear Judge Abrams:

    I am the attorney appointed pursuant to the Criminal Justice Act to represent Michelle Morton on the above-referenced Indictment. I write to request that due to the voluminous discovery materials that are being provided on a rolling basis by the Government, that the Court authorize my associate, Gerald B. Ryan, Esq., to perform 100 hours of professional services on behalf of Ms. Morton at the rate of $90.00 per hour.

    We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: Gerald B. Ryan, Esq. (In person)
    Michelle Morton (In person)