UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JASON GALANIS, et al.,<br><br>                    Defendants. | NO. 1:16-CR-00371-RA<br><br>DEFENDANT BEVAN COONEY'S WAIVER OF APPEARANCE AT HEARINGS |

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Mr. Bevan Cooney ("Mr. Cooney") hereby waives his right to be present in open court for any conference or hearing in this case, including the status conference set for November 4, 2016, the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court, before or after trial, except upon arraignment, plea, empanelment of a jury, trial, and imposition of a sentence.

      Mr. Cooney requests that the Court proceed during every absence of his which the Court may permit pursuant to this waiver, and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present

in court.  Mr. Cooney further agrees to be present in person, in court, ready for trial on any day and hour which the Court may fix in his absence.

                                                          Respectfully submitted,

DATED:  October 4, 2016                  /s/ Matthew D. Umhofer  
                                                MATTHEW DONALD UMHOFER  
                                                *Admitted pro hac vice*

                                                SPERTUS, LANDES & UMHOFER, LLP  
                                                1990 S. Bundy Drive, Suite 705  
                                                Los Angeles, California 90025  
                                                (310) 826-4700  
                                                matthew@spertuslaw.com

                                                Attorney for Bevan Cooney

DATED:  October 4, 2016                   _____  
                                                BEVAN COONEY  
                                                Defendant

SO ORDERED.

DATED:                                                      _____  
                                                HON. RONNIE ABRAMS  
                                                United States District Judge

in court. Mr. Cooney further agrees to be present in person, in court, ready for trial on any day and hour which the Court may fix in his absence.

Respectfully submitted,

DATED: October 4, 2016

/s/ Matthew D. Umhofer
MATTHEW DONALD UMHOFER
*Admitted pro hac vice*

SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
(310) 826-4700
matthew@spertuslaw.com

Attorney for Bevan Cooney

DATED: October 4, 2016

BEVAN COONEY
Defendant

SO ORDERED.

DATED:

_____
HON. RONNIE ABRAMS
United States District Judge