# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH 212-446-2300 • FAX 212-446-2350

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

October 14, 2016 **MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: OCT 17 2016

**BY ELECTRONIC MAIL**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

 Re: *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Judge Abrams:

 We represent Devon Archer, one of the defendants in the above-referenced case. I write to respectfully request the Court's permission for Mr. Archer to take a business trip to England and Lithuania. Your Honor has three times previously granted Mr. Archer permission to travel internationally on business, which he did without incident on each occasion, including most recently to China. As before, the Court's Pretrial Services Office consents to this request, but the Government objects.

 The proposed trip would be from October 19 to October 23 in London, England and Vilnius, Lithuania to attend meetings concerning potential transactions and ongoing operations of various companies in which Mr. Archer has a role as a director, investor, and/or consultant. Mr. Archer has provided an itinerary to his Pretrial Services Officer, who as noted consents to this request. A copy of Mr. Archer's proposed flight and hotel information is attached as Exhibit A, which we respectfully request to be filed under seal.

 On June 13, 2016, Your Honor granted Mr. Archer permission to travel to Italy on business, on the conditions that he (a) report daily to his Pretrial Services Officer; (b) surrender his wife and three young children's passports during the duration of his trip; and (c) execute a waiver of extradition. Mr. Archer complied with those requirements, including delivering a waiver of extradition, in the form requested by the Government, which covered not only his trip to Italy but the entire duration of proceedings in this case. He then travelled to Italy for business and returned, on time and without incident.

 On July 21, 2016, Your Honor again granted Mr. Archer permission to travel on business, this time to Latvia and with his wife, on the conditions that he report daily to his Pretrial Services Officers and surrender his three children's passports while he and his wife were away. Again,

Mr. Archer complied with these requirements, and returned to the United States as scheduled and without incident.

And on September 9, 2016, Your Honor granted Mr. Archer to travel on business to Beijing and Suzhou, China.  As before, Mr. Archer reported daily to his Pretrial Services Officer, and surrendered his wife's and thee children's passports while he was away.  Mr. Archer complied with these requirements and returned on time and without incident.

In short, Mr. Archer has proven that he is no risk of flight.  As we have previously explained, the evidence that Mr. Archer is not a flight risk is not limited to these three international trips.  In the interests of judicial economy, we will not repeat all of those reasons here, and respectfully refer the Court to our prior correspondence on this issue.  *See* ECF Nos. 41, 62, and 78.

As before, if the Court permits him to travel, Mr. Archer will report daily to his Pretrial Services Officer while he is away, and Mr. Archer will surrender his wife's and three young children's passports to Pretrial Services while he is out of the county.  If the Court believes that any other measures are necessary, Mr. Archer would consent to them, as well, because he has absolutely no intention of fleeing.  Accordingly, on behalf of Mr. Archer, I respectfully request that he be permitted to travel to England and Lithuania for business on October 19-23, 2016.

Thank you for your consideration of this request.

Respectfully,

 /s/  Matthew L. Schwartz
Matthew L. Schwartz

cc:     BY ELECTRONIC MAIL

        AUSAS Brian Blais, Aimee Hector, and Rebecca Mermelstein
        U.S. Pretrial Services Officer Andrew R. Kessler-Cleary

---

Application granted.  Mr. Archer will report daily to Pretrial Services during his trip and his wife and children shall surrender their passports while he is out of the country.  Because it contains private travel information, the exhibit attached to Mr. Schwartz's letter shall be filed under seal.  SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 17, 2016

2