# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>        v.<br><br>JASON GALANIS, et al.,<br><br>                           Defendant. | 16-CR-00371 (RA)<br><br>WAIVER OF APPEARANCE OF DEFENDANT HUGH DUNKERLEY |

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Hugh Dunkerley ("Mr. Dunkerley") hereby waives his right to be present in court for the status conference currently scheduled to take place on November 4, 2016.

      Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, Mr. Dunkerley hereby waives his right to be present in court for the arraignment on the superseding indictment filed in this case.  By signing this waiver, Mr. Dunkerley affirms that has received and reviewed a copy of the indictment or information and that he enters a plea of not guilty.

      Mr. Dunkerley wishes for counsel to address any and all issues that may arise at the upcoming conference and arraignment on November 4, 2016.

      Unless future appearances are waived, Mr. Dunkerley agrees to be present in court on all future dates set by this Court.

      By executing this waiver, Mr. Dunkerley attests to the fact that he is signing this waiver voluntarily and of his own free will.

DATED:  November __, 2016


_____                         _____
Joseph A. Grob, Esq.                               Hugh Dunkerley, Defendant
Attorney for the Defendant
345 Seventh Avenue
New York, New York
Telephone:    516 993-7336
Facsimile:    866 651-3196


                                                          SO ORDERED.

                                                     _____

                                                     HON. RONNIE ABRAMS
                                                     United States District Judge