LAW OFFICES
**PAULA J. NOTARI**
315 MADISON AVENUE
SUITE 901
NEW YORK, NEW YORK 10017
---------
Tel. (646) 943-2172

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/5/17

MEMO ENDORSED

January 5, 2017

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. Pursuant to Rule 43 of the
> Federal Rules of Criminal Procedure, Mr.
> Cooney's appearance is waived for the conference
> scheduled for January 13, 2017.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 5, 2017

Re: *United States v. Jason Galanis et al*
    16-cr-0371-4 (RA)

Dear Judge Abrams:

I was recently appointed to represent defendant Bevan Cooney in the above-captioned matter.
This Court previously endorsed Mr. Cooney's waiver of appearance at pre-trial conferences (Dkt.
82). As the Court may recall, Mr. Cooney resides out-of-state and is facing significant financial
challenges. Waiving Mr. Cooney's appearance at the January 13, 2017 status conference,
pursuant to the terms of the endorsed waiver, will enable Mr. Cooney to avoid the substantial
expenses associated with travel to and from Court.

Based on the foregoing, counsel for Mr. Cooney respectfully requests that the Court confirm that
his attendance is excused from the January 13, 2017, hearing in this matter. Of course, I will
fully brief Mr. Cooney on the results of the conference and continue to keep him informed of all
that transpires in Court.

Respectfully submitted,

    /S/

Paula J. Notari
Attorney for Bevan Cooney

cc:
AUSA Brian Blais (via ECF & email)
AUSA Rebecca Mermelstein (via ECF & email)
AUSA Aimee Hector (via ECF & email)
All Defense Counsel (via ECF)
Bevan Cooney (via email)