AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-cr-371 |
| Jason Galanis, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gary Hirst

Date:   01/05/2017

*Attorney's signature*

NOAM BIALE
*Printed name and bar number*

Sher Tremonte LLP
80 Broad Street
13th Floor
New York, NY 10004
*Address*

NBiale@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*