UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

JOHN GALANIS,

                           Defendant.
------------------------------------------X

IND. NO. 16 CR 371(RA)
DEFENDANT JOHN GALANIS'
WAIVER OF APPEARANCE
AT HEARINGS

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Mr. John Galanis hereby waives his right to be present in open court for any court conference or hearing in this case, including the status conference currently scheduled for January 13, 2017, the time that the case is ordered set for trial, when a continuance is ordered, or when any action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of a jury, trial and imposition of sentence.

      Mr. John Galanis requests that the Court proceed during every absence of his which the Court may permit pursuant to this waiver, and agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally presenting court. Mr. John Galanis further agrees to be present in person, in court, ready for trial on any

day and hour, which the Court may fix in his absence.

DATED: NEW YORK, NEW YORK
January 6, 2017

                                                  YOURS, etc.,

                                                  _____
                                                  DAVID TOUGER
                                                  PELUSO & TOUGER, LLP
                                                  Attorneys for Defendant
                                                  John Galanis
                                                  70 Lafayette Street
                                                  New York, NY  10013
                                                  (212) 608-1234

Dated: January 6, 2017

                                                  _____
                                                  John Galanis

SO ORDERED:

Dated:

                                                  _____

                                                  Hon. Ronnie Abrams
                                                  United States District
                                                  Court Judge, SDNY