**JOSEPH A. GROB, P.C.**
345 SEVENTH AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10001
TEL.: (516) 993-7336
FAX: (866) 651-3196

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/17

January 9, 2017

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Jason Galanis et al*
16-cr-0371-4 (RA)

Dear Judge Abrams:

> Application granted.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 10, 2017

    This firm represents defendant Hugh Dunkerley in the above-captioned matter. This letter/motion is respectfully submitted on behalf of Mr. Dunkerley pursuant to Rule 43 of the Federal Rules of Criminal Procedure ("FRCP") to request that Mr. Dunkerley be excused from appearing at the upcoming conference scheduled to take place on January 13, 2017 at 2:30 P.M.

    Rule 43(b)(3) of the FRCP, permits a defendant to waive his right to be present in court for any proceeding involving only a conference or hearing on a question of law. In this case, I am advised that the conference on January 13, 2017, will deal primarily with scheduling. Mr. Dunkerley lives in California and has limited resources. Further, I am advised that it would cause Mr. Dunkerley a financial hardship to travel to New York to personally appear at the upcoming conference. Mr. Dunkerley wishes to waive his appearance for the upcoming conference on January 13, 2017. I have conferred with AUSA Brian Blais and the Government advises it consents to this request.

    In light of the above, I respectfully request that Mr. Dunkerley's appearance at the upcoming conference on January 13, 2017 be waived.

    Thank you in advance for Your Honor's consideration in this matter.

Respectfully submitted,

Joseph A. Grob

cc:    AUSA Brian Blais (via ECF & email)
        All Defense Counsel (via ECF)
        Hugh Dunkerley (via email)