AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16 Cr. 371 |
| Galanis et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BEVAN COONEY

Date: 01/31/2017

*Attorney's signature*

Abraham J. Abegaz-Hassen
*Printed name and bar number*

25 8th Ave.
Suite C
Brooklyn, NY 11217
*Address*

hassen@OandH.net
*E-mail address*

(212) 203-1858
*Telephone number*

(212) 203-1858
*FAX number*