Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

RECEIVED
2017 FEB -1  P 6: 37
U.S. DISTRICT COURT SDNY

United States District Court

Southern District of New York

Caption:
United States v.

Jason Galanis et. al.

Docket No.: S1 16 Cr. 371
Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Devon Archer appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [ ] ✓ order _____
(specify)

entered in this action on January 31, 2017.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | | Other [✓]

Defendant found guilty by plea | | trial | | N/A [✓].

Offense occurred after November 1, 1987?  Yes | | No [ ] N/A [✓]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed | | Not committed | | N/A [✓]

Appellant is represented by counsel? Yes [✓] | No | If yes, provide the following information:

Defendant's Counsel: Matthew L. Schwartz

Counsel's Address: Boies Schiller & Flexner, 575 Lexington Avenue, 7th Floor
New York, New York

Counsel's Phone: (212) 446-3646

Assistant U.S. Attorney: Rebecca Mermelstein / Brian Blais / Aimee Hector

AUSA's Address: One St. Andrew's Plaza
New York, NY 10007

AUSA's Phone: (212) 637-2360

/s/ Matthew L. Schwartz
Signature