115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax: 212.898.1187
neil@checkmanlaw.com

www.checkmanlaw.com
www.whitecollarcrimesnyc.com

LAW OFFICES OF NEIL B. CHECKMAN, ESQ.



February 7, 2017

Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**Ex Parte**

### Re: S.E.C. v. Atlantic Asset Management, LLC, 15 Cv. 9764 (WHP); United States v. Michelle Morton, et al., 16 Cr. 371 (RA)

Dear Judge Pauley:

In response to Executive Risk's application to this Court for Relief from Receivership Order, to the Extent Necessary, to Permit Payment of Defense Costs, the Court granted the Motion and authorized Executive Risk to make payments under the Policy for defense costs. Such costs would include the Criminal Proceeding as referenced above.

I write, as present appointed counsel to Ms. Morton, to request clarification of the Court's Order. Chapter 2, Section 230.40 (c) of the Guide to Judiciary Policy, Volume 7, Defender Services states:

"When the court determines that a person who received representation under the CJA was financially ineligible for those services at the time they were rendered, and directs that the person reimburse the government, the payment should be made to the clerk of the court for deposit into the Treasury. Such funds will be credited to the Defender Services appropriation."

At the time that the undersigned is relieved from representing Ms. Morton, after new counsel files a Notice of Appearance and Judge Abrams discharges the undersigned, counsel would inform Judge Abrams of the above-stated Judiciary Policy, so that she may consider making such reimbursement direction.

Before doing so, counsel inquires whether such a direction by Judge Abrams would conform to this Court's Order. It would appear that Ms. Morton would fit the definition of

Hon. William H. Pauley
February 7, 2017
Page 2

ineligibility if this Court's Order would retroactively apply to the beginning of my assignment.

Accordingly, before bringing this to the attention of Judge Abrams, I ask for this Court's authorization to inform Judge Abrams that all prior Defense Services that were performed pursuant to the Criminal Justice Act for Ms. Morton on the Criminal Proceeding are covered by this Court's February 2, 2017 Order.

Counsel thanks the Court for considering this application.

Very truly yours,

/s/ Neil B. Checkman

Neil B. Checkman

/NBC
cc: Jerry Tritz, Second Circuit Budgeting Attorney

Application approved. All prior services performed for Ms. Morton pursuant to the Criminal Justice Act are covered by this Court's February 2, 2017 Order.

Dated: February 13, 2017
       New York, NY

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.