UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MICHELLE MORTON,

Defendant.

No. 16-cr-371 (RA)

### STIPULATION AND ORDER SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and with the consent of Michelle Morton, that Gregory Morvillo of Morvillo LLP be substituted as counsel for Defendant Michelle Morton in the place of Neil Bruce Checkman of the Law Offices of Neil B. Checkman. This action is in a preliminary stage and no retaining or charging lien is asserted.

Dated: February 16, 2017

Gregory Morvillo
MORVILLO LLP
500 Fifth Avenue
New York, New York 10110
Tel: 212-796-6342
E-mail: GMorvillo@morvillolaw.com

Neil Bruce Checkman
The Law Offices of Neil Bruce Checkman
115 Broadway, Suite 1704
New York, New York 10006
Tel: 212-264-9940
E-mail: Neil@checkmanlaw.com

SO ORDERED:

_____
United States District Judge Ronnie Abrams