UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  - against -

MICHELLE MORTON,

        Defendant.

No. 16-cr-371 (RA)

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory Morvillo of Morvillo LLP, with offices located at 500 Fifth Avenue, 43rd Floor, New York, New York 10110, hereby appears on behalf of defendant Michelle Morton in the above-captioned matter.  I hereby request that all papers in the above-captioned case be served upon me at the email address stated below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 16, 2017

                              MORVILLO LLP

       By:  s/ Gregory Morvillo
              Gregory Morvillo
              500 Fifth Avenue, 43rd Floor
              New York, New York 10110
              Tel: 212-796-6330
              gmorvillo@morvillolaw.com

*Attorneys for Defendant Michelle Morton*