# SHER TREMONTE LLP

February 27, 2017

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *United States v. Galanis et al.*, **16-cr-371 (RA)**

Dear Judge Abrams:

    We represent Gary Hirst in the above-referenced matter. We write to respectfully request, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, that Mr. Hirst be excused from appearing at the upcoming conference scheduled for March 3, 2017.

    Rule 43 provides that "[a] defendant need not be present" if "[t]he proceeding involves only a conference on a hearing or a question of law." Fed. R. Crim. P. 43(b)(3). At a previous conference, the Court indicated that the March 3, 2017 conference will deal primarily with scheduling. Mr. Hirst lives in Florida and wishes to waive his appearance for the March 3, 2017 conference. The Government has consented to this request.

    Accordingly, we respectfully request that Mr. Hirst's personal appearance at the March 3, 2017 conference be waived. Thank you in advance for Your Honor's consideration of this matter.

                                            Respectfully submitted,

                                            /s/
                                            Michael Tremonte
                                            Noam Biale
                                            SHER TREMONTE LLP

cc:    All counsel (via ECF)