LAW OFFICES
**PAULA J. NOTARI**
315 MADISON AVENUE
SUITE 901
NEW YORK, NEW YORK 10017
---------
Tel. (646) 943-2172

February 27, 2017

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Jason Galanis et al*
    16-cr-0371-4 (RA)

Dear Judge Abrams:

I represent defendant Bevan Cooney in the above-captioned matter. This Court previously endorsed Mr. Cooney's waiver of appearance at pre-trial conferences (Dkt. 82).  As the Court may recall, Mr. Cooney resides out-of-state and is facing significant financial challenges. Waiving Mr. Cooney's appearance at the March 3, 2017 status conference, pursuant to the terms of the endorsed waiver, will enable Mr. Cooney to avoid the substantial expenses associated with travel to and from Court.

Based on the foregoing, counsel for Mr. Cooney respectfully requests that the Court confirm that his attendance is excused from the March 3, 2017, hearing in this matter.  Of course, I will fully brief Mr. Cooney on the results of the conference and continue to keep him informed of all that transpires in Court.

Respectfully submitted,

    /S/

Paula J. Notari
Attorney for Bevan Cooney

cc:
AUSA Brian Blais (via ECF & email)
AUSA Rebecca Mermelstein (via ECF & email)
AUSA Aimee Hector (via ECF & email)
All Defense Counsel (via ECF)
Bevan Cooney (via email)