UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

MICHELLE MORTON,

          Defendant.

No. 16-cr-371 (RA)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eugene Ingoglia of Allen & Overy LLP, with

offices located at 1221 Avenue of the Americas, New York, New York 10020, hereby appears on

behalf of defendant Michelle Morton in the above-captioned matter.  I hereby request that all

papers in the above-captioned case be served upon me at the email address stated below.  I

certify that I am admitted to practice before this Court.

Dated: New York, New York
      March 3, 2017

ALLEN & OVERY LLP,

By: _____
Eugene Ingoglia
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6369
Email: Eugene.Ingoglia@allenovery.com

*Attorneys for Defendant Michelle Morton*