UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States

                Plaintiff,

Case No. 16-cr-371

-against-

Gary Hirst

                Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Emily Burgess**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EB3088     My State Bar Number is 507038

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sher Tremonte LLP
                  FIRM ADDRESS: 80 Broad Street, 13th Floor, 10004
                  FIRM TELEPHONE NUMBER: 212-202-2600
                  FIRM FAX NUMBER: 212-202-4156

NEW FIRM:    FIRM NAME: Sher Tremonte LLP
                  FIRM ADDRESS: 90 Broad Street, 23rd Floor, 10004
                  FIRM TELEPHONE NUMBER: 212-202-2600
                  FIRM FAX NUMBER: 212-202-4156

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 3/27/2017

*Emily Burgess*
ATTORNEY'S SIGNATURE