LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                                                    FAX 212-964-2926

April 29, 2017

Hon. Ronnie Abrams
United States District Court
Southern District of New York
New York, New York 10007
*via ECF*

Re: United States v. Jason Galanis,
16 Cr. 371 (RA)

Your Honor,

    I write to request an adjournment of the Jason Galanis', sentence which is currently scheduled for May 5, 2017. Additional time is needed for the investigation and preparation of reports that will be used in the defense sentencing submission. I had initially intended to ask for date in early July, 2017, but both parties have trial scheduled in July. Therefore, I request an adjournment of the sentence to the week of July 31, 2017.

    Brian Blais, Esq., consents to this application but has indicated that the government will not agree to any further sentence adjournment requests.

                                                      Respectfully,

                                                      *Lisa Scolari*

                                                      Lisa Scolari