UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America     Plaintiff,        Case No. 16 CR 0371 (RA)

-against-

Michelle Morton, et al.,     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

Eugene E. Ingoglia
_ET_     FILL IN ATTORNEY NAME

My SDNY Bar Number is: 3716     My State Bar Number is 2848802

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: United States Attorney's Office, SDNY
            FIRM ADDRESS: One St. Andrews Plaza, New York, NY 10007
            FIRM TELEPHONE NUMBER: (212) 673-1113
            FIRM FAX NUMBER: (212) 973-1113

NEW FIRM:   FIRM NAME: Allen & Overy LLP
            FIRM ADDRESS: 1221 Avenue of the Americas, New York NY 10020
            FIRM TELEPHONE NUMBER: (212) 610-6300
            FIRM FAX NUMBER: (212) 610-6399

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 12, 2017

ATTORNEY'S SIGNATURE