UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/13/2017

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BEVAN COONEY, <br><br> Defendant. | No. 16-CR-371-07 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that the defendant's Pretrial Services supervision shall be modified from strict to regular supervision as directed.

SO ORDERED.

Dated: June 13, 2017
        New York, New York

_____
Ronnie Abrams
United States District Judge