USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Earlier this evening, Defendant Devon Archer submitted a letter-motion requesting that the Court order all defendants in this case to return or destroy the Government's most recent production. The Government is directed to respond to Mr. Archer's motion by the end of the day tomorrow. While Mr. Archer's motion is pending, all defendants and their counsel (other than Mr. Archer and his counsel) shall refrain from accessing, reviewing, or disclosing any materials that were produced by the Government and that come from e-mail accounts associated with Mr. Archer.

Mr. Archer's letter-motion and the Government's initial response to Mr. Archer's motion must be filed on the public docket as soon as reasonably practicable. Mr. Archer may file his letter-motion with the redactions proposed to the Court.

SO ORDERED.

Dated:  July 26, 2017
        New York, New York

Ronnie Abrams
United States District Judge