```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/31/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, *et al.*,

Defendants.

No. 16-CR-371 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court has received several letters concerning the handling of materials that the Government obtained pursuant to a search warrant from e-mail accounts associated with Defendants Devon Archer and Bevan Cooney. A conference to discuss the issues raised in these letters is scheduled for August 3, 2017 at 2:30 p.m. All defendants and their counsel must be present except for defendants who submit a written waiver in advance of the conference.

All defendants and their counsel shall continue to refrain from accessing, reviewing, or disclosing any materials that come from e-mail accounts associated with Mr. Archer or Mr. Cooney and that were produced by the Government.

SO ORDERED.

Dated:  July 31, 2017
        New York, New York

Ronnie Abrams
United States District Judge