

MATTHEW L. SCHWARTZ<br>
Tel.: (212) 303-3646<br>
E-mail: mlschwartz@bsfllp.com

July 31, 2017

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jason Galanis, et al.*, **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

    I am in receipt of the Court's order scheduling a conference for August 3, 2017, at 2:30 PM. Although the subject matter of the conference is of the utmost importance to Mr. Archer, as Your Honor is aware, Mr. Archer will be travelling overseas on business at that time with his oldest child. [ECF No. 189]. Accordingly, I respectfully request that his personal appearance at this Thursday's conference be excused. *See* Fed. R. Crim. P. 43(b)(3).

    Thank you for your consideration of this request.

Respectfully,<br><br>
/s/ Matthew L. Schwartz<br>
Matthew L. Schwartz

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com