

One World Financial Center
27th Floor
New York, NY 10281
(212) 796-6330

**MORVILLO LLP**

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330



AUG 01 2017

MEMO ENDORSED

August 1, 2017

<u>Via ECF</u>

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 1, 2017

Re:   <u>United States v. Galanis, et al., No. 16-cr-371 (RA)</u>

Dear Judge Abrams:

    The undersigned represents Michelle Morton in the above-captioned matter. I write in response to the Court's order scheduling a conference for August 3, 2017 at 2:30 p.m. Ms. Morton respectfully requests that the Court excuse her personal appearance at this Thursday's conference for reasons relating to her health.

    Ms. Morton suffers from Lupus, which is a chronic inflammatory disease that causes, among other symptoms, severe episodes of swelling and pain in the joints, skin, kidneys, brain, heart, and lungs. Ms. Morton is currently experiencing what is known as a "flare" during which certain symptoms are at their peak, including swelling and numbness in her extremities, bleeding, and extreme fatigue. For this reason, Ms. Morton is unable to travel into Manhattan for the status conference.

    Accordingly, I respectfully request that Ms. Morton's personal appearance at this Thursday's conference be excused. I am available at the Court's convenience to answer any questions the Court may have.

Respectfully submitted,

Greg Morvillo

cc:   All counsel of record (via ECF)