**MEMO ENDORSED**

# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

August 1, 2017

Honorable Ronnie Abrams
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> August 1, 2017

Re: <u>United States v. John Galanis</u>,
16 CR 0371 (RA)

Your Honor,

I write on behalf of my client, John Galanis, to waive Mr. Galanis' appearance at the newly scheduled conference on August 3, 2017. Mr. Galanis is currently in Federal custody in California as he is serving his sentence from the matter before Judge Castel. The Court has previously endorsed Mr. Galanis' request to not be present at Court conferences. Thus, I respectfully request that Mr. Galanis be excused from this conference. The Government takes no position.

Thank you very much for your understanding in this matter.

Respectfully yours,

David Touger

cc: All counsel