

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Jason Galanis, et al.,</u>
                **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government writes in advance of its initial rolling production of responsive emails from the email accounts of Devon Archer, Bevan Cooney, and others, to respectfully request that the Court enter the attached protective order (the "Protective Order").  The Government notes that counsel for Mr. Archer has objected to the Protective Order on the grounds that it does not impose reciprocal limitations on the Government's use of any confidential materials.  The Government does not believe that any modification to the Protective Order, which is modelled on the Government's standard protective order, is warranted.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney

By:  <u>/s/ Rebecca Mermelstein</u>
      Brian R. Blais
      Rebecca Mermelstein
      Andrea M. Griswold
      Assistant United States Attorneys
      (212) 637-2521/2360/1205

cc:    All defense counsel (by ECF)