LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                                                          FAX 212-964-2926

August 10, 2017

Hon. Ronnie Abrams
United States District Court
Southern District of New York
New York, New York 10007
*via email and ECF*

                           **Re: United States v. Jason Galanis,**
                                  16 Cr. 371 (RA)

Your Honor,

      Please accept the to attached reports from MCC as a supplement to Jason Galanis' sentencing memorandum. The first, dated January, 2017, shows that Jason has been volunteering as a GED tutor and teaching courses at MCC since November, 2016. The other report is a "Positive Decision Report" that Jason Galanis just received from the MCC Education Department. That unusual report was prepared to recognize the "positive impact" of the programs he has taught as well as his work as a GED tutor at MCC.

                                        Respectfully,

                                        *Lisa Scolari*
                                        Lisa Scolari

cc: Brian Blais and Rebecca Mermelstein, Esq.