POSITIVE DECISION REPORT

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

JUSTIFICATION REPORT

| 1. Institution: MCC New York | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Galanis, Jason | 3. Register Number<br>80739-198 | 4. Date of Incident<br>August 3, 2017 | 5. Time<br>10:20 AM |
| 6. Place of Incident  Unit 5 North | | 7. Assignment<br>Unassigned | 8. Unit<br>5 North |

9. Positive Behavior Demonstrated in Institution

- Volunteer service
- Positive impact on fellow inmates
- Positive impact on programs
- Positive impact on department
- Positive impact on unit
- Positive impact on institution
- Quality character skills

10. Justification (Description of Positive Behavior)

Mr. Galanis has had a positive impact on the fellow inmates of his unit, on the department and on programs by volunteering his time to provide education programs on unit 5 north. He has shown quality character skills and has had a positive impact on the institution by assisting inmates with preparing for the GED exam but also providing continuing education programs focused on skills that are useful in a corporate environment. Aside from tutoring GED students, Mr. Galanis has led several Corporate Skills classes in areas such as: Business Acumen, Entrepreneurship and Basic Bookkeeping. Mr. Galanis has shown himself to be a responsible inmate by contributing to the environment of his unit in a positive way and that impact is evidenced by the number of fellow inmates that continue to benefit from his efforts.

| 11. Printed Name/Signature of Reporting Employee:<br>A. Delgado, Teacher | 12. August 3, 2017 |
|---|---|
| 13. Approved by (Signature and title)<br>T. Volpini, Supervisor of Education | 14. August 3, 2017 |