**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
AUG 2 9 2017

Southern District of New York

Caption:

U.S.

v.

Jason Galanis

Docket No.: 16 CR 371 (RA)
Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Jason Galanis appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other |_____ (specify)

entered in this action on 8/28/17 (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence ✓ Other |___|

Defendant found guilty by plea ✓ | trial | | N/A |

Offense occurred after November 1, 1987? Yes ✓ No [ ] N/A [ ]

Date of sentence: 8/11/17     N/A |___|

Bail/Jail Disposition: Committed |___| Not committed | ✓ N/A |

Appellant is represented by counsel? Yes ✓ ] No | If yes, provide the following information:

Defendant's Counsel: Christopher Madiou
Counsel's Address: 233 Broadway, Ste 2208
New York, NY 10279
Counsel's Phone: 917-408-6484

Assistant U.S. Attorney: Brian Blais
AUSA's Address: 1 St Andrew's Pl.
New York, NY
AUSA's Phone: 212-637-2200

Signature