UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   - against -

MICHELLE MORTON,

          Defendant.

No. 16-cr-371 (RA)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caitlin Sikes of Morvillo LLP, with offices located at 500 Fifth Avenue, 43rd Floor, New York, New York 10110, hereby appears on behalf of defendant Michelle Morton in the above-captioned matter.  I hereby request that all papers in the above-captioned case be served upon me at the email address stated below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 29, 2017

                                      MORVILLO LLP

                                      By:  s/ Caitlin Sikes

                                      Caitlin Sikes
                                      Morvillo LLP
                                      500 Fifth Avenue, 43rd Floor
                                      New York, New York 10110
                                      Tel: 212-796-6330
                                      csikes@morvillolaw.com

                                      *Attorneys for Defendant Michelle Morton*