# MEMO ENDORSED

One World Financial Center
27th Floor
New York, NY 10281
(212) 796-6330



**MORVILLO LLP**

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

October 24, 2017

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted.  SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> October 25, 2017

Re:   *United States v. Galanis, et al.*, No. 16-cr-371 (RA)

Dear Judge Abrams:

The undersigned represents Michelle Morton in the above-referenced matter.  I write in response to the Court's order scheduling a conference for 11:30 a.m. on Thursday, October 26, 2017 (ECF Dkt. No. 254) to respectfully requests that the Court excuse Ms. Morton's personal appearance at this Thursday's conference for reasons relating to her health.

Counsel for Ms. Morton explained in a previous letter that Ms. Morton suffers from Lupus, which impacts her ability to travel to Manhattan from her home in New Jersey.  (ECF Dkt. No 205).  Ms. Morton is currently unwell and therefore unable to travel to Manhattan for the status conference.

For this reason, I respectfully request that the Court excuse Ms. Morton's personal appearance at the upcoming conference.  I am available at the Court's convenience to answer any questions.

Respectfully submitted,

Greg Morvillo

cc:   All counsel of record (via ECF)