LAW OFFICES
**PAULA J. NOTARI**
315 MADISON AVENUE
SUITE 901
NEW YORK, NEW YORK 10017
---------
Tel. (646) 943-2172

October 25, 2017

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Jason Galanis et al.
16-cr-371

The undersigned represents Bevan Cooney in the above-referenced matter. I write in response to the Court's order scheduling a conference for 11:30 a.m. on Thursday, October 26, 2017 (ECF Dkt. No. 254) to respectfully requests that the Court excuse Mr. Cooney's personal appearance at this Thursday's conference.

Counsel for Mr. Cooney explained in previous letters that Mr. Cooney lives in Montana and is facing financial difficulty.

For the above reasons, I respectfully request that the Court excuse Mr. Cooney's personal appearance at the upcoming conference.

    Respectfully submitted,

    /s/ Paula J. Notari

    Paula J. Notari
    Law Offices of Paula J. Notari
    Attorney for Bevan Cooney

cc:
All parties via ECF