

| One World Financial Center | | 1101 17th Street, NW |
|---|---|---|
| 27th Floor | | Suite 1006 |
| New York, NY 10281 | | Washington, DC 20036 |
| (212) 796-6330 | | (202) 470-0330 |

**MORVILLO LLP**

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

October 26, 2017

<u>**Via ECF**</u>

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

           **Re:** <u>*United States v. Galanis, et al.*, S1 16-cr-371 (RA)</u>

Dear Judge Abrams:

      The undersigned represents Michelle Morton in the above-referenced matter. I write in furtherance of the scheduling issues discussed at today's conference before the Court.

      On October 18, 2017, defendants Devon Archer, Bevan Cooney, John Galanis, and Gary Hirst requested that the Court adjourn the pre-trial motion schedule and trial date in the above-referenced matter. (ECF Dkt. No. 250). The government objected to this request, and the Court ordered a scheduling conference to decide the issue. (ECF Dkt. Nos. 251, 254). Ms. Morton did not join in her co-defendants' request, and she took no position with respect to the adjournment at this morning's conference.

      During the conference, the Court indicated that it intended to adjourn the trial date to either April 30, 2018, or several months later in mid-July. Since that time, counsel has conferred with Ms. Morton, and Ms. Morton requests that the Court schedule the trial for April 30, 2018.

                                                                            Respectfully submitted,

                                                                                Greg Morvillo

cc:      All counsel of record (via ECF)