

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

October 26, 2017

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jason Galanis, et al.*, S1 16 Cr. 371 (RA)

Dear Judge Abrams:

    We write on behalf of defendants Gary Hirst, John Galanis, Devon Archer, and Bevan Cooney to inform the Court that we have conferred and unanimously believe the Court should adjourn trial to the July date discussed at today's conference. While our clients have no interest in delay, we believe the July date is the only one of the two proposed by the Court that will be practicable given the anticipated motion practice, and that will allow the defendants sufficient time to access and review discovery and prepare for trial.

Thank you for your consideration.

    Respectfully,

    /s/ Michael Tremonte
    Michael Tremonte
    *Counsel for Gary Hirst*

    /s/ David Touger
    David Touger
    *Counsel for John Galanis*

    /s/ Matthew L. Schwartz
    Matthew L. Schwartz
    *Counsel for Devon Archer*

    /s/ Paula Notari
    Paula Notari
    *Counsel for Bevan Cooney*