

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: **United States v. Jason Galanis, et al.,**
           **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government writes in very brief response to the defendant John Galanis, Devon Archer, Bevan Cooney and Gary Hirst's letter of October 26, 2017 requesting a trial date in mid-July. The Government objects to such an extreme delay. The Court has already agreed – over the Government's objection – to adjourn the trial by three months. Having been given exactly what they initially requested, Galanis, Archer, Cooney and Hirst now request that the adjournment be extended by an additional ten weeks to a date approximately nine months from now. Such a lengthy adjournment is wholly unwarranted. This case has been pending since March 2016 and the defendants have been in possession of the vast majority of discovery for more than a year. By the time of an April trial, the case will have been pending for more than two years. Defense counsel's claim that an April trial date allows them insufficient time to prepare for trial is hard to understand given the length of time this case has been pending and the fact that the April trial date is still more than six months away. Indeed, counsel for Ms. Morton, who did not resume representation of Ms. Morton, until this year, has represented that he will not only be ready for an April trial date but has explicitly requested that trial be set down for that time.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney

By:  /s/ Rebecca Mermelstein_____
     Rebecca Mermelstein/ Brendan F. Quigley/
     Negar Tekeei
     Assistant United States Attorneys
     (212) 637-2360/2190/2482

cc:     All defense counsel (by ECF)