

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Jason Galanis, et al.,</u>
            **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government is in receipt of the Court's Order directing the Government to respond by December 29, 2017 to the defendants' motion seeking an Order directing the Government to disclose all material obtained by the SEC in its parallel investigation. In light of the pending holidays, the government respectfully requests a one-week adjournment to January 5, 2018 to submit its response.

                                      Respectfully submitted,

                                      JOON H. KIM
                                    Acting United States Attorney

                          By:  <u>/s/ Rebecca Mermelstein</u>
                                    Rebecca Mermelstein/ Brendan F. Quigley/
                                    Negar Tekeei
                                    Assistant United States Attorneys
                                    (212) 637-2360/2190/2482

cc:    All defense counsel (by ECF)