

| 500 Fifth Avenue | | 1101 17th Street, NW |
| --- | --- | --- |
| 43rd Floor | **MORVILLO LLP** | Suite 1006 |
| New York, NY 10110 | | Washington, DC 20036 |
| (212) 796-6330 | | (202) 470-0330 |

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

December 27, 2017

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Galanis, et al.*, **S1 16-cr-371 (RA)**

Dear Judge Abrams:

      The undersigned represents Michelle Morton in the above captioned matter. I am writing to request that the Court reschedule the day for oral argument on the motions, currently scheduled for March 2, 21028, because of a personal/professional conflict.

      On December 17, 2017, Orrick, Herrington & Sutcliffe, LLP announced that as of January 2, 2018, all of the lawyers at Morvillo LLP will join Orrick. Orrick's annual meeting of the entire worldwide partnership is set for March 1 through March 3 on the West Coast. Presently, the parties are scheduled to argue motions before the Court on March 2. On the present schedule, I cannot attend both. While I am loathe to ask the Court and counsel for all parties to accommodate my personal/professional conflict, I feel I must make the request. Thus, I respectfully request that the Court consider rescheduling the oral argument date from March 2 to one of March 6, 15 or 16.

      I have already spoken to counsel for Ms. Morton's co-defendants, as well as the government. All parties consent to a slight adjournment of the argument date and all are available on the above listed dates. Any adjournment of the oral argument date would *not* necessitate an adjournment of the trial date, nor am I seeking one at this time.

I appreciate the Court's consideration of my request.  I am available at the Court's convenience should it require further information on this issue.

Respectfully submitted,

Greg Morvillo

cc: All counsel of record (via ECF)