

**MORVILLO LLP**

500 Fifth Avenue
43rd Floor
New York, NY 10110
(212) 796-6330

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

**MEMO ENDORSED**

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

1/2/18

December 27, 2017

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The hearing set for March 2, 2018 is adjourned until March 6 at 2:00 p.m. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 2, 2018

Re:   *United States v. Galanis, et al.*, S1 16-cr-371 (RA)

Dear Judge Abrams:

The undersigned represents Michelle Morton in the above captioned matter. I am writing to request that the Court reschedule the day for oral argument on the motions, currently scheduled for March 2, 21028, because of a personal/professional conflict.

On December 17, 2017, Orrick, Herrington & Sutcliffe, LLP announced that as of January 2, 2018, all of the lawyers at Morvillo LLP will join Orrick. Orrick's annual meeting of the entire worldwide partnership is set for March 1 through March 3 on the West Coast. Presently, the parties are scheduled to argue motions before the Court on March 2. On the present schedule, I cannot attend both. While I am loathe to ask the Court and counsel for all parties to accommodate my personal/professional conflict, I feel I must make the request. Thus, I respectfully request that the Court consider rescheduling the oral argument date from March 2 to one of March 6, 15 or 16.

I have already spoken to counsel for Ms. Morton's co-defendants, as well as the government. All parties consent to a slight adjournment of the argument date and all are available on the above listed dates. Any adjournment of the oral argument date would *not* necessitate an adjournment of the trial date, nor am I seeking one at this time.

      I appreciate the Court's consideration of my request. I am available at the Court's convenience should it require further information on this issue.

Respectfully submitted,

Greg Morvillo

cc:    All counsel of record (via ECF)