**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

JASON GALANIS,
GARY HIRST,
JOHN GALANIS, a/k/a "Yanni,"
HUGH DUNKERLEY,
MICHELLE MORTON,
DEVON ARCHER, and
BEVAN COONEY,

Defendants.

No. 16 Cr. 371 (RA)

## <u>NOTICE OF MOTION FOR SEVERANCE</u>

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, as well as the Declaration of Matthew L. Schwartz, the exhibits thereto, and the pleadings and other filings in this case, defendants Devon Archer and Bevan Cooney respectfully move this Court before the Honorable Ronnie Abrams, United States District Judge, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order severing their trial from the trial of their remaining co-defendants pursuant to Federal Rule of Criminal Procedure 14 and the Sixth Amendment to the United States Constitution.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court by order dated October 27, 2017 [ECF No. 264], the government's opposition papers are due on February 5, 2018, and reply papers are due on February 12, 2018.

Dated:      January 16, 2018
            New York, New York

                                    Respectfully submitted,

                                     /s/ Matthew L. Schwartz
                                    Matthew L. Schwartz
                                    BOIES SCHILLER FLEXNER LLP
                                    575 Lexington Avenue, 7th Floor
                                    New York, New York 10022
                                    Tel.: (212) 446-2300
                                    Fax: (212) 446-2350
                                    mlschwartz@bsfllp.com

                                    *Attorneys for Devon Archer*

                                     /s/ Paula Notari
                                    Paula Notari
                                    THE LAW OFFICE OF
                                         PAULA J. NOTARI
                                    152 West 57th Street, 8th Floor
                                    New York, New York 10019
                                    Tel.: (646) 943-2172
                                    Fax: (212) 980-2968
                                    paulanotari@aol.com

                                    Abraham J. Hassen
                                    O'NEILL / HASSEN
                                    25 Eighth Ave, Suite C
                                    Brooklyn, New York 11217
                                    Tel./Fax.: (212) 203-1858
                                    hassen@oandh.net

                                    *Attorneys for Bevan Cooney*