# EXHIBIT 22



U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY FEDERAL EXPRESS**

July 18, 2017

Matthew Lane Schwartz
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

Abraham Hassen
O'Neill and Hassen
25 8th Avenue, Suite C
Brooklyn, NY 11217

Gregory Morvillo
Morvillo LLP
500 Fifth Avenue, 43rd Floor
New York, NY 10110

Re:   *United States v. Jason Galanis, et al.*, **16 Cr. 371 (RA)**

Dear Counsel:

This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").

**Disclosure by the Government**

Based on your request for discovery in this case, I have enclosed 1 hard drive containing:

- E-mails obtained by search warrant (16 Mag 8347) for accounts belonging to Devon Archer, Bevan Cooney, and Sebastian Momtazi;
- E-mails from Atlantic Asset Management/Hughes from the accounts of Dina Clement, Carolyn Lisa, and Michelle Morton; and
- Documents provided to the Government by Hugh Dunkerley.

      Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

      Very truly yours,

      JOON H. KIM
      Acting United States Attorney

by:    /s/ Brian R. Blais
      BRIAN R. BLAIS/AIMEE HECTOR/
      REBECCA MERMELSTEIN
      Assistant United States Attorneys
      (212) 637-2521/2203/2360