# EXHIBIT 33



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2017

By EMAIL

Matthew Lane Schwartz
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
*Counsel for Devon Archer*

      Re:    United States v. Jason Galanis, et al.,
             S1 16 Cr. 371 (RA)

Dear Mr. Schwartz:

      This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Based on your request for discovery in this case, attached please find two zip files containing Confidential Material in the form of e-mails obtained pursuant to a search warrant (16 Mag. 8347) for email accounts belonging to Devon Archer, Bevan Cooney, and Sebastian Momtazi. These documents bear the following Bates ranges pr.review.archer_00020820-00020944_and pr.review.joint_00000640-00000642 (the "Additional Reviewed Materials").[1] The Additional Reviewed Materials consist of 11 emails (18 documents including attachments) in addition to those produced on November 2, 2017, which have been reviewed by the Government's privilege team in this matter (the "Filter Team") and which the Filter Team has designated as potentially subject to the crime-fraud exception to the attorney-client privilege.

      In addition, the Filter Team has determined that 24 emails (33 documents including families) bearing the Bates ranges below, which were produced to you on November 2, 2017, and which had been initially designated as potentially subject to the crime fraud exception to the attorney-client privilege, upon further review do not appear to be privileged:

pr.review.archer_00019792   pr.review.archer_00019795
pr.review.archer_00019796   pr.review.archer_00019799
pr.review.archer_00019800   pr.review.archer_00019803

---

[1] Documents with the Bates prefix pr.review.joint consist of emails that sent or received by both Archer (or Momtazi) and Cooney. These emails are also being provided to counsel for Cooney. Documents with the Bates prefix pr.review.archer consist of communications sent or received by Archer or Momtazi. These emails are not being provided to counsel for Cooney

Matthew Lane Schwartz, Esq.
December 28, 2017

| | |
|---|---|
| pr.review.archer_00019804 | pr.review.archer_00019807 |
| pr.review.archer_00019808 | pr.review.archer_00019812 |
| pr.review.archer_00019813 | pr.review.archer_00019817 |
| pr.review.archer_00019837 | pr.review.archer_00019841 |
| pr.review.archer_00019842 | pr.review.archer_00019842 |
| pr.review.archer_00020038 | pr.review.archer_00020038 |
| pr.review.archer_00020039 | pr.review.archer_00020039 |
| pr.review.archer_00020040 | pr.review.archer_00020040 |
| pr.review.archer_00020041 | pr.review.archer_00020041 |
| pr.review.archer_00020042 | pr.review.archer_00020106 |
| pr.review.archer_00020107 | pr.review.archer_00020108 |
| pr.review.archer_00020241 | pr.review.archer_00020241 |
| pr.review.archer_00020242 | pr.review.archer_00020242 |
| pr.review.archer_00020243 | pr.review.archer_00020243 |
| pr.review.archer_00020244 | pr.review.archer_00020244 |
| pr.review.archer_00020248 | pr.review.archer_00020248 |
| pr.review.archer_00020249 | pr.review.archer_00020283 |
| pr.review.archer_00020284 | pr.review.archer_00020285 |
| pr.review.archer_00020517 | pr.review.archer_00020517 |
| pr.review.archer_00020664 | pr.review.archer_00020664 |
| pr.review.archer_00020665 | pr.review.archer_00020668 |
| pr.review.archer_00020669 | pr.review.archer_00020669 |
| pr.review.archer_00020670 | pr.review.archer_00020733 |
| pr.review.archer_00020734 | pr.review.archer_00020738 |
| pr.review.archer_00020760 | pr.review.archer_00020761 |
| pr.review.archer_00020762 | pr.review.archer_00020763 |
| pr.review.archer_00020764 | pr.review.archer_00020765 |
| pr.review.archer_00020766 | pr.review.archer_00020768 |
| pr.review.archer_00020769 | pr.review.archer_00020771 |
| pr.review.archer_00020775 | pr.review.archer_00020775 |

Please let me know if you believe that any of the above documents are potentially privileged and for each such document, please provide a privilege log setting forth the nature of the privilege, including the attorney, the client (if an entity, please provide your client's relationship to the entity as well as the relationship of any other individuals included on the communication to the entity) and any other information sufficient to evaluate the existence of the privilege

    Finally, the Government has not yet received a privilege log for the documents that the Government produced to you on November 2, 2017.[2] As agreed at the pretrial conference on October 26, 2017, these documents were not to be released to the investigative team until you have had an opportunity to review them. Since you have had ample time to review the

---

[2] Paula Notari, Esq., counsel for Bevan Cooney, produced a privilege log to the Government on December 13, 2017. She is not asserting the attorney-client privilege on behalf of her client over any of the documents bearing Bates range pr.review.joint 00000001-00000530.

2

Matthew Lane Schwartz, Esq.
December 28, 2017

documents, please produce a privilege log for the documents on or before January 8, 2017, or the documents will be presumed to be not privileged and released to the investigative team.

          Very truly yours,

          JOON H. KIM
          Acting United States Attorney

          By: /s/ Lisa P. Korologos
          Lisa P. Korologos
          Assistant United States Attorney
          Tel: (212) 637-2406

cc: Silvia Serpe, Esq. (via email, w/o attachments)
    *Counsel for Sebastian Momtazi*