**<u>EXHIBIT A</u>**

**January 8, 2017 Devon Archer Privilege Log - United States v. Jason Galanis, et al., 16 Cr. 371 (RA)**

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00002103 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com>; Bevan <btcooney@gmail.com> | | Fwd: Oglala | Fwd: Oglala | Communication reflecting legal advice regarding term sheet for Wakpamni sovereign bonds. |
| pr.review.archer_00003356 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <smomtazi@rosemontcapital.com> | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Fwd: FMA - All Clear Letter for Devon Archer | Fwd: FMA - All Clear Letter for Devon Archer | Communication reflecting legal advice regarding check for prior or pending cases in which Devon Archer was a defendant or debtor |
| pr.review.archer_00003357 | Attorney Client | COR Fund Advisors LLC | | | | | Liechtenstein-15-01-28.pdf | Letter attached to communication with counsel reflecting legal advice regarding check for prior or pending cases in which Devon Archer was a defendant or debtor |
| pr.review.archer_00003361 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Devon Archer <darcher@rosemontcapital.com> | Re: FMA - All Clear Letter for Devon Archer | Re: FMA - All Clear Letter for Devon Archer | Communication reflecting legal advice regarding check for prior or pending cases in which Devon Archer was or is a defendant or debtor |
| pr.review.archer_00003362 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey Burnham Financial President <andrew.godfrey@gmail.com> | | Atlantic | Atlantic | Communication relaying discussions with counsel reflecting request for legal advice regarding negotiation of Atlantic Asset Management acquisition. |
| pr.review.archer_00003363 | Attorney Client | COR Fund Advisors LLC | | | | MEMO Proposed Acquisition of Atlantic Asset Management LLC | MEMO Proposed Acquisition of Atlantic Asset Management LLC.pdf | Communication reflecting legal advice regarding negotiation of Atlantic Asset Management acquisition. |
| pr.review.archer_00003705 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com> | | Fwd: Next steps on a policy | Fwd: Next steps on a policy | Communication with counsel reflecting request for legal advice regarding estate planning |

Confidential Treatment Requested

January 8, 2017

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00003708 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com> | | Fwd: FCV | Fwd: FCV | Communication with counsel reflecting request for legal advice regarding estate planning |
| pr.review.archer_00003710 | Attorney Client | COR Fund Advisors LLC | | | | Microsoft Word - FCV overview.docx | FCV overview.pdf | Document attached to communication with counsel reflecting request for legal advice regarding estate planning. |
| pr.review.archer_00003840 | Attorney Client | BAM Holdings LLC | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | Re: Guaranty (Devon Archer) - 40 West 57th Street - Sublease - 27th and 28th-EXECUTION-v2 03 | Re: Guaranty (Devon Archer) - 40 West 57th Street - Sublease - 27th and 28th-EXECUTION-v2 03 | Communication with counsel reflecting request for legal advice regarding office sublease |
| pr.review.archer_00004881 | Attorney Client | BAM Holdings LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com>; Sebastian Momtazi <smomtazi@rosemontcapital.com>; Jason Galanis <jason@holmbycompanies.com> | | Cancellation of Guaranty.pdf | Cancellation of Guaranty.pdf | Communication with counsel reflecting legal advice regarding office sublease |
| pr.review.archer_00004882 | Attorney Client | BAM Holdings LLC | | | | | Cancellation of Guaranty.pdf | Letter attached to communication with counsel reflecting legal advice regarding office sublease. |
| pr.review.archer_00004884 | Attorney Client | COR Fund Advisors LLC | Blake Davenport <blake@bdavenport.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@holmbycompanies.com>; darcher@bhrpe.com | FW: $20 million | FW: $20 million | Communication with counsel reflecting request for legal advice regarding secured financing. |
| pr.review.archer_00004886 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com> | | | [No Subject] | Communication with counsel reflecting request for legal advice regarding private placement life insurance |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00004887 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | | [No Subject] | Communication with counsel reflecting request for legal advice regarding private placement life insurance |
| pr.review.archer_00004888 | Attorney Client | COR Fund Advisors LLC | Holmby <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Re: RE: | Re: RE: | Communication with counsel reflecting request for legal advice regarding private placement life insurance |
| pr.review.archer_00004891 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com>; jason galanos <jason@burnhamequitypartners.com> | | Due Diligence Question | Due Diligence Question | Communication with counsel reflecting legal advice regarding preparation of economic model |
| pr.review.archer_00004892 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | | [No Subject] | Communication with counsel reflecting request for legal advice regarding Valor Group organizational structure |
| pr.review.archer_00004893 | Attorney Client | COR Fund Advisors LLC | | | | Valor Group Organizational Structure_3035776(1).PPT | Valor Group Organizational Structure_3035776(1).PPT.pdf | Chart attached to communication with counsel reflecting request for legal advice regarding Valor Group organizational structure. |
| pr.review.archer_00004894 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Re: | Re: | Communication with counsel reflecting request for legal advice regarding Valor Group organizational structure |
| pr.review.archer_00004895 | Attorney Client | COR Fund Advisors LLC | Holmby <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Re: | Re: | Communication with counsel reflecting request for legal advice regarding Valor Group organizational structure |
| pr.review.archer_00004896 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Holmby <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Re: | Re: | Communication with counsel reflecting request for legal advice regarding Valor Group organizational structure |
| pr.review.archer_00004897 | Attorney Client | COR Fund Advisors LLC | Holmby <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Re: | Re: | Communication with counsel reflecting request for legal advice regarding Valor Group organizational structure |
| pr.review.archer_00004914 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | | Fwd: wire documentation | Fwd: wire documentation | Communication reflecting request for legal advice regarding investments in Valor Group |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_ 00004992 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com>; Jason Galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Fwd: Executed LOI Extension - Burisma Vaca LOI | Fwd: Executed LOI Extension - Burisma Vaca LOI | Communication with counsel reflecting legal advice regarding Burisma Vaca LOI |
| pr.review.archer_ 00004994 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com>; Jason Galanis <jason@holmbycompanies.com> | | Burisma p/f Vaca - Negotiation Cost Points.docx | Burisma p/f Vaca - Negotiation Cost Points.docx | Communication with counsel reflecting legal advice regarding Burisma Vaca negotiation |
| pr.review.archer_ 00004995 | Attorney Client | COR Fund Advisors LLC | | | | | Negotiation Cost Points.docx | Document attached to communication with counsel reflecting legal advice regarding Burisma Vaca negotiation |
| pr.review.archer_ 00004997 | Attorney Client | COR Fund Advisors LLC | jason@holmbycompanies.com | Cliff Wolff <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com> | | Fw: Fwd: Redlined docs | Fw: Fwd: Redlined docs | Communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting and membership interest purchase agreements |
| pr.review.archer_ 00004999 | Attorney Client | COR Fund Advisors LLC | | | | | image.jpg | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_ 00005000 | Attorney Client | COR Fund Advisors LLC | | | | | ATT00001.htm | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_ 00005001 | Attorney Client | COR Fund Advisors LLC | | | | | image001.jpg | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_ 00005002 | Attorney Client | COR Fund Advisors LLC | | | | | ATT00002.htm | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00005003 | Attorney Client | COR Fund Advisors LLC | | | | 00343947.DOCX /font=6 | Consulting Agreement - Odeon Bonwick (00343947xCE2E6).pdf | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_00005011 | Attorney Client | COR Fund Advisors LLC | | | | | ATT00003.htm | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_00005012 | Attorney Client | COR Fund Advisors LLC | | | | | Membership Interest Purchase Agreement - Odeon Bonwick (00343826xCE2E6).pdf | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_00005019 | Attorney Client | COR Fund Advisors LLC | | | | | ATT00004.htm | Attachment to communication with counsel reflecting request for legal advice regarding Bonwick-Odeon consulting agreement. |
| pr.review.archer_00005207 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com> | BSI | BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005208 | Attorney Client | COR Fund Advisors LLC | | | | | Document5.docx | Attachment to communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005209 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com> | RE: BSI | RE: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00005210 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com> | Re: BSI | Re: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions |
| pr.review.archer_00005211 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com> | RE: BSI | RE: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005213 | Attorney Client | COR Fund Advisors LLC | Jason Sugarman <jsugarman@camdencap.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; jason galanos <jason@burnhamequitypartners.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com> | RE: BSI | RE: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005215 | Attorney Client | COR Fund Advisors LLC | Andrew Godfrey <andrew.godfrey@gmail.com> | Jason Sugarman <jsugarman@camdencap.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; jason galanos <jason@burnhamequitypartners.com>; Devon Archer <darcher@rosemontcapital.com> | Re: BSI | Re: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions |
| pr.review.archer_00005217 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Jason Sugarman <jsugarman@camdencap.com>; jason galanos <jason@burnhamequitypartners.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com> | RE: BSI | RE: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00005219 | Attorney Client | COR Fund Advisors LLC | Jason Sugarman <jsugarman@camdencap.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com> | Re: BSI | Re: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005221 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Jason Sugarman <jsugarman@camdencap.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com> | Re: BSI | Re: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005223 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com> | RE: BSI | RE: BSI | Communication with counsel reflecting request for legal advice regarding CORFA-related BSI contributions. |
| pr.review.archer_00005224 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Andrew Godfrey <andrew.godfrey@gmail.com> | jason galanos <jason@burnhamequitypartners.com>; Devon Archer <darcher@rosemontcapital.com> | Re: | Re: | Communication with counsel reflecting request for legal advice regarding corporate formation and structure |
| pr.review.archer_00006375 | Attorney Client | Devon Archer | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | | RE: Accelerating Investment & Income! | RE: Accelerating Investment & Income! | Communication with counsel reflecting request for legal advice regarding Norvik Council Membership |
| pr.review.archer_00006534 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | The Greek <jason@burnhamequitypartners.com> | Re: Production and Sharing Agreement | Re: Production and Sharing Agreement | Communication with counsel reflecting request for legal advice and legal advice regarding production and sharing agreement. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00008343 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanis <jason@holmbycompanies.com>; Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | Blake Davenport <blake@bdavenport.com> | Fwd: Vaca Comments to Burisima LOI | Fwd: Vaca Comments to Burisima LOI | Communication with counsel reflecting request for legal advice regarding Burisma letter of intent. |
| pr.review.archer_00008345 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanis <jason@holmbycompanies.com>; Blake Davenport <blake@bdavenport.com>; Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | | Fwd: Vaca Comments to Burisima LOI | Fwd: Vaca Comments to Burisima LOI | Communication with counsel reflecting request for legal advice regarding Burisma letter of intent. |
| pr.review.archer_00008347 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanos <jason@burnhamequitypartners.com> | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | FW: Vaca Update | FW: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma letter of intent. |
| pr.review.archer_00008350 | Attorney Client | COR Fund Advisors LLC | darcher@rosemontcapital.com | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma letter of intent. |
| pr.review.archer_00008353 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | Martha Fareed <mfareed@burnhamfinancial.com> | | Fwd: Vaca Update | Fwd: Vaca Update | Communication reflecting request for legal advice from Clifford Wolff, Esq. regarding Burisma letter of intent. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00008360 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Fareed, Martha" <mfareed@burnhamfinancial.com> | | Re: Vaca Update | Re: Vaca Update | Communication reflecting request for legal advice from Clifford Wolff, Esq. regarding Burisma letter of intent. |
| pr.review.archer_00008387 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Re: | Re: | Communication with counsel reflecting legal advice regarding a frozen cash value product. |
| pr.review.archer_00008393 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanis <jason@holmbycompanies.com> | | Fwd: Burnham / AlixPartners - Archer PG - Accepted | Fwd: Burnham / AlixPartners - Archer PG - Accepted | Communication with counsel reflecting request for legal advice and legal advice from Clifford Wolff, Esq. regarding AlixPartners deal. |
| pr.review.archer_00009516 | Attorney Client | BAM Holdings LLC | darcher@rosemontcapital.com | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | | Burnham & Co Pitch Deck 20150717F | Burnham & Co Pitch Deck 20150717F | Communication with counsel reflecting request for legal advice regarding Burnham Pitch Deck. |
| pr.review.archer_00009517 | Attorney Client | BAM Holdings LLC | | | | PowerPoint Presentation | Burnham & Co Pitch Deck 20150717F.pdf | Attachment to communication with counsel reflecting request for legal advice regarding Burnham Pitch Deck. |
| pr.review.archer_00009551 | Attorney Client | BAM Holdings LLC | | | | | ATT00001.txt | Attachment to communication with counsel reflecting request for legal advice regarding Burnham Pitch Deck. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00009588 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanos <jason@burnhamequitypartners.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Re: Oil CEOs' Grim Outlook Rubs Off on Speculators Fleeing Market - Yahoo Finance | Re: Oil CEOs' Grim Outlook Rubs Off on Speculators Fleeing Market - Yahoo Finance | Communication with counsel reflecting request for legal advice regarding energy project in Ukraine |
| pr.review.archer_00009988 | Attorney Client | Devon Archer | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Re: Accelerating Investment & Income! | Re: Accelerating Investment & Income! | Communication with counsel reflecting request for legal advice regarding investment structure. |
| pr.review.archer_00010042 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Re: Fwd: | Re: Fwd: | Communication with counsel reflecting request for legal advice regarding capital contributions. |
| pr.review.archer_00010043 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Re: | Re: | Communication with counsel reflecting request for legal advice regarding asset purchases. |
| pr.review.archer_00010047 | Attorney Client | COR Fund Advisors LLC | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Re: IWI SPA | Re: IWI SPA | Communication with counsel reflecting request for legal advice regarding Project Mercury SPA |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00010059 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontsen eca.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Sebastian Momtazi <smomtazi@rosemontc apital.com> | | Fwd: Your Wire Transfer | Fwd: Your Wire Transfer | Communication with counsel reflecting request for legal advice regarding bond offering |
| pr.review.archer_00010250 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | Devon Archer <darcher@rosemontsen eca.com>; jason@holmbycompani es.com | Sebastian Momtazi <smomtazi@rosemontc apital.com> | FW: Instructions | FW: Instructions | Communication with counsel reflecting request for legal advice regarding bond offering |
| pr.review.archer_00010252 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbyco mpanies.com> | Sebastian Momtazi <smomtazi@rosemontc apital.com> | Devon Archer <darcher@rosemontsen eca.com>; Cliff Wolff <cwolff@wolfflawfirm .com> | Indenture Trustee | Indenture Trustee | Communication with counsel reflecting request for legal advice regarding bond offering |
| pr.review.archer_00010253 | Attorney Client | COR Fund Advisors LLC | | | | Wire Instructions - Wakpamni Town Center | Wire Instructions - Wakpamni Town Center.pdf | Document attached to communication with counsel reflecting request for legal advice regarding bond offering. |
| pr.review.archer_00010254 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | Sebastian Momtazi <smomtazi@rosemontc apital.com> | | RE: Seb, this was the first tranche closed a couple weeks ago | RE: Seb, this was the first tranche closed a couple weeks ago | Communication with counsel reflecting request for legal advice regarding promotional materials for bond offering |
| pr.review.archer_00010802 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | Devon Archer <darcher@rosemontsen eca.com>; Sebastian Momtazi <smomtazi@rosemontc apital.com>; jason@holmbycompani es.com | | FW: Production and Sharing Agreement | FW: Production and Sharing Agreement | Communications with counsel reflecting legal advice regarding negotiations regarding structure of investment entities |
| pr.review.archer_00010807 | Attorney Client | COR Fund Advisors LLC | devon@rstp.com | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm. com> | Devon Archer <darcher@rosemontsen eca.com>; Sebastian Momtazi <smomtazi@rosemontc apital.com>; jason@holmbycompani es.com | Re: Production and Sharing Agreement | Re: Production and Sharing Agreement | Communications with counsel reflecting legal advice and legal advice about negotiations regarding structure of investment entities |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00012658 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Fwd: FMA - All Clear Letter for Devon Archer | Fwd: FMA - All Clear Letter for Devon Archer | Communication reflecting legal advice regarding check for prior or pending cases in which Devon Archer was or is a defendant or debtor |
| pr.review.archer_00012659 | Attorney Client | COR Fund Advisors LLC | | | | | Liechtenstein-15-01-28.pdf | Letter from Clifford Wolff, Esq. attached to email reflecting legal advice regarding check for prior or pending cases in which Devon Archer was or is a defendant or debtor |
| pr.review.archer_00014236 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | FW: Generic Deck | FW: Generic Deck | Communication with counsel reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00014239 | Attorney Client | COR Fund Advisors LLC | | | | PowerPoint Presentation | Burnham & Co Pitch Deck JS revised 20150721 RC.pptx | Slide deck attached to communication with counsel reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00014275 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | FW: pdf deck | FW: pdf deck | Communication with counsel reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00014276 | Attorney Client | COR Fund Advisors LLC | | | | PowerPoint Presentation | Burnham & Co._Harvest 7.19.pdf | Slide deck attached to communication with counsel reflecting request for legal advice regarding promotional materials for Burnham & Co. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00014313 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | jason galanos <jason@burnhamequitypartners.com> | | FW: Generic Deck | FW: Generic Deck | Communication with counsel reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00014316 | Attorney Client | COR Fund Advisors LLC | | | | PowerPoint Presentation | Burnham & Co Pitch Deck JS revised 20150721 RC.pptx | Slide deck attached to communication reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00014352 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | Andrew Godfrey <andrew.godfrey@gmail.com> | | FW: Generic Deck | FW: Generic Deck | Communication with counsel reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00014355 | Attorney Client | COR Fund Advisors LLC | | | | PowerPoint Presentation | Burnham & Co Pitch Deck JS revised 20150721 RC.pptx | Slide deck attached to communication reflecting request for legal advice regarding promotional materials for Burnham & Co. |
| pr.review.archer_00015236 | Attorney Client | Dodson Diversified Investments, LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | Megan Tymoczko-Korch <mtk@sgkpc.com>; dennis.loughran@louisplung.com | Christopher Passodelis <cp@sgkpc.com> | RE: Dodson Diversified Investments, LLC | RE: Dodson Diversified Investments, LLC | Communication with counsel reflecting request for legal advice and legal advice regarding entity formation. |
| pr.review.archer_00015238 | Attorney Client | Dodson Diversified Investments, LLC | | | | | 4607_001.pdf | Documents relating to entity formation attached to communication with counsel reflecting request for legal advice and legal advice regarding entity formation. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00015337 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | Sebastian Momtazi <smomtazi@rosemonts eneca.com> | jason galanis <jason@holmbycompa nies.com> | Re: Vacaa | Re: Vacaa | Communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00015801 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | Sebastian Momtazi <smomtazi@rosemonts eneca.com> | | RE: Runa | RE: Runa | Communication with counsel reflecting request for legal advice regarding investment in Runa |
| pr.review.archer_00015930 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | jason@holmbycompani es.com; jason galanos <jason@burnhamequit ypartners.com>; Devon Archer <darcher@rosemontsen eca.com>; "Blake Davenport (blake@bdavenport.co m)" <blake@bdavenport.co m> | | FW: Burisma p/f Vaca | FW: Burisma p/f Vaca | Communication with counsel reflecting legal advice regarding due diligence for Burisma transaction. |
| pr.review.archer_00015931 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflaw firm.com> | jason@holmbycompani es.com; jason galanos <jason@burnhamequit ypartners.com>; Devon Archer <darcher@rosemontsen eca.com> | | FW: Burisma p/f Vaca Energy - NO RESPONSE REQUIRED | FW: Burisma p/f Vaca Energy - NO RESPONSE REQUIRED | Communication with counsel reflecting legal advice regarding Burisma Vaca transaction |
| pr.review.archer_00016169 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhame quitypartners.com> | Devon Archer <darcher@rosemontsen eca.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm. com> | | best deals are sometimes the ones you dont do! | best deals are sometimes the ones you dont do! | Communication with counsel reflecting legal advice regarding contemplated oil transaction |
| pr.review.archer_00016171 | Attorney Client | COR Fund Advisors LLC | devon@rstp.com | jason galanos <jason@burnhamequit ypartners.com> | Devon Archer <darcher@rosemontsen eca.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm .com> | Re: best deals are sometimes the ones you dont do! | Re: best deals are sometimes the ones you dont do! | Communication with counsel reflecting legal advice regarding contemplated oil transaction |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00016173 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontseneca.com> | Re: Burisma p/f Vaca - Vendor Invoices (NEED WIRE) | Re: Burisma p/f Vaca - Vendor Invoices (NEED WIRE) | Communication with counsel reflecting legal advice regarding outstanding vendor payment for transaction that was never completed |
| pr.review.archer_00016324 | Attorney Client | Devon Archer | Clint LaRue <clarue240@gmail.com> | devon.archer@burisma.com | | Fwd: GR Protection, LLC - Update and Documents | Fwd: GR Protection, LLC - Update and Documents | Communication reflecting legal advice from Clifford Wolff, Esq. regarding entity formation for joint venture. |
| pr.review.archer_00016377 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com> | | Fwd: buyer | Fwd: buyer | Communication with counsel reflecting request for legal advice regarding bond offering |
| pr.review.archer_00017406 | Attorney Client | Devon Archer | Devon Archer <darcher@rosemontseneca.com> | Dennis J Loughran CPA <dennis.loughran@louisplung.com> | Sebastian Momtazi <smomtazi@rosemontseneca.com> | Fwd: LTA-2660 - 340 Court Street LLC to Archer - Revised Title Bill | Fwd: LTA-2660 - 340 Court Street LLC to Archer - Revised Title Bill | Communication reflecting request for legal advice and legal advice from Clifford Wolff, Esq. regarding real estate transaction. |
| pr.review.archer_00017409 | Attorney Client | Devon Archer | | | | L__MCSLLC_Vfp_Tacs_closingstmt3.frx | LTA-2660-Cls-Stmt.Pdf | Closing statement attached to communication reflecting request for legal advice and legal advice from Clifford Wolff, Esq. regarding real estate transaction. |
| pr.review.archer_00018151 | Attorney Client | COR Fund Advisors LLC | Blake Davenport <blake@bdavenport.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Jason Galanis <jason@holmbycompanies.com>; Devon Archer <darcher@rosemontseneca.com> | FW: Peak-Burisma JV proposal | FW: Peak-Burisma JV proposal | Communication with counsel reflecting request for legal advice regarding Burisma joint venture proposal. |
| pr.review.archer_00018152 | Attorney Client | COR Fund Advisors LLC | | | | | PEAK CONTRACT BURISMA JV PROPOSAL .docx | Document attached to communication reflecting request for legal advice regarding Burisma joint venture proposal. |
| pr.review.archer_00018155 | Attorney Client | COR Fund Advisors LLC | Andrew Godfrey <andrew.godfrey@gmail.com> | GREEK <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontseneca.com> | Fwd: Burnham Term Sheet (Revised) - April 21 2015 | Fwd: Burnham Term Sheet (Revised) - April 21 2015 | Communication reflecting request for legal advice regarding Odeon Purchase Agreement |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00018157 | Attorney Client | COR Fund Advisors LLC | | | | | Burnham Term Sheet - April 23 2015 clean.docx | Draft agreement attached to communication reflecting request for legal advice regarding Odeon Purchase Agreement |
| pr.review.archer_00018415 | Attorney Client | Hawaii Venture Partners LLC | John DeLoche <jdeloche@rosemontseneca.com> | Sebastian Momtazi <smomtazi@rosemontseneca.com> | | Fwd: Bravo formation certificate | Fwd: Bravo formation certificate | Communication reflecting request for legal advice regarding Bravo Formation Certificate |
| pr.review.archer_00018416 | Attorney Client | Hawaii Venture Partners LLC | | | | Form SS-4 | SS-4 - RSTP II Bravo, LLC.DOC | Form attached to communication reflecting request for legal advice regarding Bravo Formation Certificate |
| pr.review.archer_00018418 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <smomtazi@rosemontseneca.com> | Clifford A. Wolff <cwolff@wolfflawfirm.com> | | FW: Runa | FW: Runa | Communication with counsel reflecting request for legal advice regarding investment in Runa |
| pr.review.archer_00018420 | Attorney Client | COR Fund Advisors LLC | | | | | RUNA_Deck-120113-DIGITAL (2).pdf | Slide deck attached to communication with counsel reflecting request for legal advice regarding investment in Runa |
| pr.review.archer_00019591 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <smomtazi@rosemontseneca.com> | jason galanis <jason@holmbycompanies.com>; Clifford A. Wolff <cwolff@wolfflawfirm.com> | | Vacaa | Vacaa | Communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019592 | Attorney Client | COR Fund Advisors LLC | | | | | LOI-Burisma-Vaca-With Exhbits_VACA REDLINE_2.16.15.docx | Draft letter of intent attached to communication reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019605 | Attorney Client | COR Fund Advisors LLC | | | | Vaca Lease Summary | Microsoft_Office_PowerPoint_Presentation11.pptx | Summary chart attached to communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019606 | Attorney Client | COR Fund Advisors LLC | | | | | VACA Hunsucker Lease 4 - Oil, Gas & Mineral Lease_1.20.12_Original.pdf | Document attached to communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00019615 | Attorney Client | COR Fund Advisors LLC | | | | | VACA Hunsucker Lease 4 - Lease Purchase Report.pdf | Lease purchase report attached to communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI. |
| pr.review.archer_00019616 | Attorney Client | COR Fund Advisors LLC | | | | | VACA Hunsucker Lease 1 PARCELS BCD & Related Docs.pdf | Letter attached to communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019645 | Attorney Client | COR Fund Advisors LLC | | | | | VACA Hunsucker Lease 3 PARCEL A Mineral Lease_1.20.12.pdf | Lease attached to communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019792 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | jason galanos <jason@burnhamequitypartners.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma Vaca negotiation |
| pr.review.archer_00019796 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting legal advice regarding Burisma Vaca negotiation |
| pr.review.archer_00019800 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019804 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019808 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019813 | Attorney Client | COR Fund Advisors LLC | jason@burnhamequitypartners.com | Cliff Wolff <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Re: Vaca Update | Re: Vaca Update | Communication with counsel reflecting request for legal advice regarding Burisma Vaca LOI |
| pr.review.archer_00019837 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Fwd: Mercer | Fwd: Mercer | Communication with counsel reflecting request for legal advice regarding business organization. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00019842 | Attorney Client | COR Fund Advisors LLC | | | | | Doc Mar 02, 2015, 1824.pdf | Handwritten chart attached to communication with counsel reflecting request for legal advice regarding business organization. |
| pr.review.archer_00020038 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com>; "Clifford A. Wolff, Esq. (cwolff@wolfflawfirm.com)" <cwolff@wolfflawfirm.com> | | BES | BES | Communication with counsel reflecting request for legal advice regarding Burnham Energy Partners |
| pr.review.archer_00020039 | Attorney Client | COR Fund Advisors LLC | | | | | Document3.docx | Draft term sheet attached to communication with counsel reflecting request for legal advice regarding Burnham Energy Partners |
| pr.review.archer_00020040 | Attorney Client | COR Fund Advisors LLC | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | jason galanos <jason@burnhamequitypartners.com> | Re: BES | Re: BES | Communication with counsel reflecting request for legal advice regarding Burnham Energy Partners |
| pr.review.archer_00020041 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq. (cwolff@wolfflawfirm.com)" <cwolff@wolfflawfirm.com> | Re: BES | Re: BES | Communication with counsel reflecting request for legal advice regarding Burnham Energy Partners and Fondinvest Amended and Restated Partnership Agreement |
| pr.review.archer_00020042 | Attorney Client | COR Fund Advisors LLC | | | | | Fondinvest X_LPA February 2013.docx | Draft partnership agreement attached to communication with counsel reflecting request for legal advice regarding Burnham Energy Partners and Fondinvest Amended and Restated Partnership Agreement. |
| pr.review.archer_00020107 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Re: BES | Re: BES | Communication with counsel reflecting request for legal advice regarding Burnham Energy Partners |
| pr.review.archer_00020241 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | info on three insurance targets | info on three insurance targets | Communication with counsel reflecting request for legal advice regarding potential insurance company acquisitions. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00020242 | Attorney Client | COR Fund Advisors LLC | | | | ReportProposal | LIMA - Information Memorandum - VAL copy.pdf | Slide deck attached to communication with counsel reflecting request for legal advice regarding possible acquisition. |
| pr.review.archer_00020243 | Attorney Client | COR Fund Advisors LLC | | | | [Primary presentation title] | 150302 - Light Valuation analysis update_vSent.pdf | Slide deck attached to communication with counsel reflecting request for legal advice regarding possible acquisition. |
| pr.review.archer_00020244 | Attorney Client | COR Fund Advisors LLC | | | | 1432 Annual Report.indd | 2014_icbl_annual_report_0.pdf | Slide deck attached to communication with counsel reflecting request for legal advice regarding possible acquisition. |
| pr.review.archer_00020248 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com> | | Fwd: IWI SPA | Fwd: IWI SPA | Communication with counsel reflecting request for legal advice regarding sales and purchase agreement. |
| pr.review.archer_00020249 | Attorney Client | COR Fund Advisors LLC | | | | | Clean version-Belfius_&_Valorlife_-_SPA_re_Project_Mercury.doc | Draft contract attached to communication with counsel reflecting request for legal advice regarding sale and purchase agreement. |
| pr.review.archer_00020284 | Attorney Client | COR Fund Advisors LLC | Jason <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | Clifford Wolff <cwolff@wolfflawfirm.com> | Re: Please sign Standard & Poor's Engagement Letter for Valor Management Ltd. | Re: Please sign Standard & Poor's Engagement Letter for Valor Management Ltd. | Communication with counsel reflecting request for legal advice regarding financial rating issue. |
| pr.review.archer_00020517 | Attorney Client | Devon Archer | darcher@rosemontcapital.com | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Re: Wire Received | Re: Wire Received | Communication with counsel reflecting request for legal advice and legal advice regarding loan proceeds. |
| pr.review.archer_00020664 | Attorney Client | COR Fund Advisors LLC | smomtazi@rosemontcapital.com | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontseneca.com>; Cliff Wolff <cwolff@wolfflawfirm.com> | Re: Indenture Trustee | Re: Indenture Trustee | Communication with counsel reflecting request for legal advice regarding Wakpamni bond indenture. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00020665 | Attorney Client | RSB LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | FW: Seb, this was the first tranche closed a couple weeks ago | FW: Seb, this was the first tranche closed a couple weeks ago | Communication with counsel reflecting request for legal advice regarding Wakpamni Trust Indenture. |
| pr.review.archer_00020669 | Attorney Client | COR Fund Advisors LLC | | | | | Burnham Municipal Capital LP - FINAL v2.8.pdf | Slide deck attached to communication with counsel reflecting request for legal advice from Clifford Wolff, Esq. regarding Burnham Indian Tribal Sovereignty Program. |
| pr.review.archer_00020670 | Attorney Client | COR Fund Advisors LLC | | | | | Executed Wakpamni Trust Indenture.PDF | Document attached to communication with counsel reflecting request for legal advice from Clifford Wolff, Esq. regarding Wakpamni Trust Indenture. |
| pr.review.archer_00020734 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=smomtazi"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | RE: Seb, this was the first tranche closed a couple weeks ago | RE: Seb, this was the first tranche closed a couple weeks ago | Communication with counsel reflecting request for legal advice and legal advice regarding bond offering issues. |
| pr.review.archer_00020760 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <smomtazi@rosemontseneca.com> | jason galanis <jason@holmbycompanies.com> | Cliff Wolff <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com> | Re: Rosemont Seneca Harvest | Re: Rosemont Seneca Harvest | Communication with counsel reflecting request for legal advice regarding funding investment account. |
| pr.review.archer_00020762 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | Sebastian Momtazi <smomtazi@rosemontseneca.com> | Cliff Wolff <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com> | Re: Rosemont Seneca Harvest | Re: Rosemont Seneca Harvest | Communication with counsel reflecting request for legal advice regarding funding investment account. |

| Control Number | Privilege Claim | Privilege Client | From | To | CC | Subject | Filename | Description |
|---|---|---|---|---|---|---|---|---|
| pr.review.archer_00020764 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <smomtazi@rosemontseneca.com> | jason galanis <jason@holmbycompanies.com> | Cliff Wolff <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com> | Re: Rosemont Seneca Harvest | Re: Rosemont Seneca Harvest | Communication with counsel reflecting request for legal advice regarding funding investment account. |
| pr.review.archer_00020766 | Attorney Client | COR Fund Advisors LLC | Sebastian Momtazi <smomtazi@rosemontseneca.com> | jason galanis <jason@holmbycompanies.com> | Cliff Wolff <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com> | Re: Rosemont Seneca Harvest | Re: Rosemont Seneca Harvest | Communication with counsel reflecting request for legal advice regarding funding investment account. |
| pr.review.archer_00020769 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | Sebastian Momtazi <smomtazi@rosemontseneca.com> | Cliff Wolff <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com> | Re: Rosemont Seneca Harvest | Re: Rosemont Seneca Harvest | Communication with counsel reflecting request for legal advice regarding funding investment account. |
| pr.review.archer_00020775 | Attorney Client | COR Fund Advisors LLC | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <devon@rstp.com>; Devon Archer <darcher@rosemontseneca.com> | Re: Burisma p/f Vaca Energy - DDA, Please Read | Re: Burisma p/f Vaca Energy - DDA, Please Read | Communication with counsel reflecting request for legal advice and legal advice regarding negotiations with potential investor. |
| pr.review.joint_00000014 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com>; Bevan <btcooney@gmail.com> | | Fwd: Oglala | Fwd: Oglala | Communication reflecting legal advice regarding term sheet for Wakpamni sovereign bonds |
| pr.review.joint_00000022 | Attorney Client | COR Fund Advisors LLC | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey Burnham Financial President <andrew.godfrey@gmail.com> | | Atlantic | Atlantic | Communication relaying discussions with counsel reflecting request for legal advice regarding negotiation of Atlantic Asset Management acquisition |
| pr.review.joint_00000023 | Attorney Client | COR Fund Advisors LLC | | | | MEMO Proposed Acquisition of Atlantic Asset Management LLC | MEMO Proposed Acquisition of Atlantic Asset Management LLC.pdf | Communication reflecting legal advice regarding negotiation of Atlantic Asset Management acquisition |