**EXHIBIT B**

| | DocDate | Production::Begin Bates | Production::End Bates | To | From | CC | Subject |
|---|---|---|---|---|---|---|---|
| 1 | 2/19/2014 | pr.review.joint_00000640 | pr.review.joint_00000640 | Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com> | jason galanis <jason@holmbycompanies.com> | | Galanis forwarding emails from Hirst to Weiss and Weiss to Feathers, Hirst, Galanis, and Dinkerly regarding WAH AND Appleby Management |
| 2 | 5/30/2014 | pr.review.archer_00019667 | pr.review.archer_00019668 | Devon Archer <darcher@rosemontcapital.com> | jason galanis <jason@holmbycompanies.com> | | Galanis forwarding emails from Weiss forwarding an email from Morton to Galanis, Sugarman, Chakraborty and Deary regarding transaction involving Burnham native american municipal bonds |
| 3 | 10/27/2014 | Galanis_SW_00046098<br>pr.review.joint_00000641 | Galanis_SW_00046099<br>pr.review.joint_00000642 | Bevan Cooney <btcooney@gmail.com>; Devon Archer <darcher@rosemontcapital.com> | jason@holmbycompanies.com | | Galanis forwarding emails between Lyubomir (at Baker McKensie) and Zuckerbraun (cc'ing Marnin at BM, Hirst) regarding VL Assurance |
| 4 | 12/3/2014 | Galanis_SW_00051119<br>pr.review.archer_00019703<br>pr.review.joint_00000531 | Galanis_SW_00051119<br>pr.review.archer_00019703<br>pr.review.joint_00000531 | Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com> | jason@holmbycompanies.com | | Forwarding attachment w/o comment |
| 5 | 12/3/2014 | Galanis_SW_00051120<br>pr.review.archer_00019704<br>pr.review.joint_00000532 | Galanis_SW_00051121<br>pr.review.archer_00019705<br>pr.review.joint_00000533 | | | | Att: 12/4/2104 Letter from Tim Anderson (Dilworth) to Dunkerly re Wakpanni Lake Community Corp Special Limited Revenue Bonds (Taxable), Series 2014 (Town Center Development) |
| 6 | 3/27/2015 | pr.review.archer_00019851 | pr.review.archer_00019854 | Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Wolff forwarding email chain regarding Burnham Municipal Capital between Wolff, Galanis, Jonny Madrid, Sal Torres, Godfrey |
| 7 | 4/1/2015 | pr.review.archer_00020820 | pr.review.archer_00020821 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com> | jason galanis <jason@holmbycompanies.com> | | Galanis forwarding email he sent to Spencer Feldman (OlshanLaw) cc'ing Hirst regarding Valor and Wealth Assurance and RSB |
| 8 | 4/1/2015 | pr.review.archer_00020822 | pr.review.archer_00020823 | jason galanis <jason@holmbycompanies.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Wolff responding to the above email |
| 9 | 4/1/2015 | pr.review.archer_00020824 | pr.review.archer_00020826 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Galanis responding to Wolff re above |
| 10 | 4/9/2015 | pr.review.archer_00020827 | pr.review.archer_00020827 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@holmbycompanies.com> | Devon Archer <darcher@rosemontcapital.com> | Galanis forwarding email from Spencer Feldman (OlshanLaw) cci'ing Hirst re Securities Purchase Agreement/Valor Group/RSB |
| 11 | 4/9/2015 | pr.review.archer_00020828 | pr.review.archer_00020864 | | | | Att: Draft Securities Purchase Agreement between Valor Group Ltd and RSB LLC |
| 12 | 7/25/2015 | pr.review.archer_00019855<br>pr.review.joint_00000544 | pr.review.archer_00019855<br>pr.review.joint_00000544 | Devon Archer <darcher@rosemontcapital.com> | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey <andrew.godfrey@gmail.com> | Wisconsin Preliminary Official Statement and Feasibility Study |
| 13 | 7/25/2015 | pr.review.archer_00019856<br>pr.review.joint_00000545 | pr.review.archer_00019856<br>pr.review.joint_00000545 | | | | Att: Appendix A to the Official Statement for the Infrastructure Revenue Bonds (Co-op) Series 2015, prepared by the Sovereign Govt Services Agency, Alexandria, VA |
| 14 | 7/25/2015 | pr.review.archer_00019857<br>pr.review.joint_00000546 | pr.review.archer_00019901<br>pr.review.joint_00000590 | | | | Att: Draft Prelim Statement, PFA Co-op Propane Program Bonds |
| 15 | 8/19/2015 | pr.review.archer_00020034 | pr.review.archer_00020035 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@burnhamequitypartners.com> | Devon Archer <darcher@rosemontcapital.com> | Forwarding email regarding Burnham Energy Partners, Wisconsin bond deal |
| 16 | 8/21/2015 | pr.review.archer_00020036 | pr.review.archer_00020036 | Devon Archer <darcher@rosemontcapital.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@burnhamequitypartners.com> | | WAH Valor Group Capital, 2015 financing relative to the Tribe |
| 17 | 8/21/2015 | pr.review.archer_00020037 | pr.review.archer_00020037 | | | | Att: WAH Valor Group Capital Table |
| 18 | 9/30/2015 | pr.review.archer_00020334 | pr.review.archer_00020334 | Jason Sugarman <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Camden/Thorsdale Loan; Valor Life |
| 19 | 10/1/2015 | pr.review.archer_00020335 | pr.review.archer_00020335 | Jason Sugarman <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Camden/Thorsdale Loan; Valor |

| # | Date | | | To | CC | BCC | Description |
|---|---|---|---|---|---|---|---|
| 20 | 10/1/2015 | pr.review.archer_00020336 | pr.review.archer_00020337 | Jason Sugarman <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Valor/Thorsdale $3,100,000 loan |
| 21 | 10/1/2015 | pr.review.archer_00020338 | pr.review.archer_00020350 | | | | Att: Thorsdale-Valor Loan Agreement draft |
| 22 | 10/1/2015 | pr.review.archer_00020351 | pr.review.archer_00020353 | | | | Att: Thorsdale-Valor Secured Note $3,100,000 draft |
| 23 | 10/1/2015 | pr.review.archer_00020354 | pr.review.archer_00020360 | | | | Att: Galanis Berger Valor Unconditional Guarantee draft |
| 24 | 10/1/2015 | pr.review.archer_00020361 | pr.review.archer_00020373 | | | | Att: Thorsdale Valor Secured Note $3,100,000 draft |
| 25 | 10/1/2015 | pr.review.archer_00020374 | pr.review.archer_00020387 | | | | Att: 1920 Bel Air- Deed of Trust draft |
| 26 | 10/1/2015 | pr.review.archer_00020388 | pr.review.archer_00020393 | | | | Att: 1920 Bel Air - Unsecured Environmental Indemnity draft |
| 27 | 10/1/2015 | pr.review.archer_00020394 | pr.review.archer_00020395 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Jason Sugarman <jsugarman@camdencap.com> | Devon Archer <darcher@rosemontcapital.com> | Valor/Thorsdale loan |
| 28 | 10/1/2015 | pr.review.archer_00020396 | pr.review.archer_00020399 | Devon Archer <darcher@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Valor/Thorsdale loan |
| 29 | 10/9/2015 | Galanis_SW_00096582 pr.review.archer_00020411 | Galanis_SW_00096582 pr.review.archer_00020411 | Jason Sugarman <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | "Feldman, Spencer G." <sfeldman@olshanlaw.com> | "Schlesinger, Kenneth A." <kschlesinger@olshanlaw.com> | Atlantic Holdings LLC Operating Agreement |
| 30 | 10/9/2015 | Galanis_SW_00096583 pr.review.archer_00020412 | Galanis_SW_00096634 pr.review.archer_00020463 | | | | Att: A&R LLC Agreement - GMT Duncan LLC, signed by Michelle Morton, Richard Deary and Hugh Dunkerley |
| 31 | 10/13/2015 | pr.review.archer_00020464 | pr.review.archer_00020465 | Deshon Owens <deshon.owens@bonwickcapital.com>; Rashaun Williams <rashaun.williams@bonwickcapital.com> | Steve Weiss <sweiss@ckrlaw.com> | Devin Wicker <devin.wicker@bonwickcapital.com>; Richard Langan <rlangan@nixonpeabody.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com>; Hugh DP Dunkerley <hugh@dunkerley.us> | Update on Atlantic, forwarding email from Deshon Owens (Bonwick Capital) to Rashaun Williams, cc'ing Steve Weiss (ckrlaw), Devin Wicker, Richard Langan |
| 32 | 10/13/2015 | pr.review.archer_00020466 | pr.review.archer_00020466 | | | | Att: Appointment of New Directors of GMT Duncan (ACH) draft |
| 33 | 10/13/2015 | pr.review.archer_00020467 | pr.review.archer_00020467 | | | | Att: Notice of Special Meeting of GMT Duncan (Atlantic Capital) draft |
| 34 | 10/13/2015 | pr.review.archer_00020468 | pr.review.archer_00020471 | | | | Att: Demand Letter of M. Morton and Richard Deary draft |
| 35 | 10/14/2015 | pr.review.archer_00020472 | pr.review.archer_00020474 | Steve Weiss <sweiss@ckrlaw.com> | Rashaun Williams <rashaun.williams@bonwickcapital.com> | Deshon Owens <deshon.owens@bonwickcapital.com>; Devin Wicker <devin.wicker@bonwickcapital.com>; Richard Langan <rlangan@nixonpeabody.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com>; Hugh DP Dunkerley <hugh@dunkerley.us> | Update on Atlantic, Valor Asset Management, Hughes |
| 36 | 10/14/2015 | pr.review.archer_00020475 | pr.review.archer_00020478 | | | | Att: Demand Letter from BFG (Hugh Dunkerley) to M. Morton and Richard Deary draft |
| 37 | 10/14/2015 | pr.review.archer_00020479 | pr.review.archer_00020482 | Rashaun Williams <rashaun.williams@bonwickcapital.com> | Steve Weiss <sweiss@ckrlaw.com> | Deshon Owens <deshon.owens@bonwickcapital.com>; Devin Wicker <devin.wicker@bonwickcapital.com>; Richard Langan <rlangan@nixonpeabody.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Jason Sugarman <jsugarman@camdencap.com>; Hugh DP Dunkerley <hugh@dunkerley.us> | Demand Letter to Atlantic |
| 38 | 10/14/2015 | pr.review.archer_00020483 | pr.review.archer_00020487 | | | | Att: Compare result of Demand Letter |

| # | Date | Bates Begin | Bates End | To | From | CC | Description |
|---|---|---|---|---|---|---|---|
| 39 | 10/14/2015 | pr.review.archer_00020488 | pr.review.archer_00020492 | | | | Att: Demand Letter to M. Morton and Richard Deary draft |
| 40 | 10/15/2015 | pr.review.archer_00020493 | pr.review.archer_00020494 | "Langan, Richard" <rlangan@nixonpeabody.com>; Rashaun Williams <rashaun.williams@bonwickcapital.com> | Steve Weiss <sweiss@ckrlaw.com> | deshon.owens@bonwickcapital.com; "Margolis, Alexandra" <amargolis@nixonpeabody.com>; "Kwok, William" <wkwok@nixonpeabody.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; Devon Archer <darcher@rosemontcapital.com>; Hugh DP Dunkerley <hugh@dunkerley.us>; Jason Sugarman <jsugarman@camdencap.com> | Re Monarch, Atlantic, GMT Duncan, Hughes (AAM), attaching revised documents |
| 41 | 10/15/2015 | pr.review.archer_00020495 | pr.review.archer_00020496 | | | | Att: Notice of Special Meeting of GMT Duncan (Atlantic Capital) draft |
| 42 | 10/14/2015 | pr.review.archer_00020497 | pr.review.archer_00020501 | | | | Att: Demand Letter from CKR Law to M. Morton and Richard Deary draft |
| 43 | 10/13/2015 | pr.review.archer_00020502 | pr.review.archer_00020502 | | | | Att: Appointment of New Directors of GMT Duncan (ACH) draft |
| 44 | 10/28/2015 | pr.review.archer_00020503 | pr.review.archer_00020504 | "Steve Weiss (sweiss@ckrlaw.com)" <sweiss@ckrlaw.com> | Jason Sugarman <jsugarman@camdencap.com> | Devon Archer <darcher@rosemontcapital.com>; Andrew Godfrey <andrew.godfrey@gmail.com> | Sugarman forwarding email from Michelle Morton re Atlantic financial information |
| 45 | 9/1/2015 | pr.review.archer_00020505 | pr.review.archer_00020509 | | | | Att: 2015-2017 HCM Atlantic Budget Projections with 2014 actuals |
| 46 | 11/18/2015 | pr.review.archer_00020510 | pr.review.archer_00020511 | Devon Archer <darcher@rosemontcapital.com> | Steve Weiss <sweiss@ckrlaw.com> | "Godfrey, Andrew" <agodfrey@burnhamfinancial.com> | Response to Archer re FINRA, SEC, initial email from Weiss re Burham with Revere, attaching drafts selling Burnham to Revere with Revere note to CORFA |
| 47 | 4/1/2015 | pr.review.archer_00020890 | pr.review.archer_00020892 | jason galanis <jason@holmbycompanies.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | Valor Group financing for BIISL, forwarding email from Galanis to Spencer Feldman (Olshanlaw), cc'ing Hirst, regarding Valor, RSB LLC structure of WAH investment, Atlantic, Hughes |
| 48 | 4/9/2015 | pr.review.archer_00020893 | pr.review.archer_00020894 | jason galanis <jason@holmbycompanies.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Forwarding email from Spencer Feldman (olhanlaw) regarding Securities Purchase Agreement Valor Group/RSB and BIISL and VL Assurance update |
| 49 | 6/1/2015 | pr.review.archer_00020544 | pr.review.archer_00020545 | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | BSI capital advances, Bonwick, CORFA |
| 50 | 7/26/2015 | pr.review.archer_00020546 pr.review.joint_00000603 | pr.review.archer_00020546 pr.review.joint_00000603 | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey <andrew.godfrey@gmail.com> | Wisconsin Preliminary Official Statement and Feasibility Study |
| 51 | 8/18/2015 | pr.review.archer_00020547 | pr.review.archer_00020547 | "Clifford Wolff (cwolff@wolfflawfirm.com)" <cwolff@wolfflawfirm.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | jason galanos <jason@burnhamequitypartners.com> | Forwarding email from Galanis re Burnham Energy Partners, BAM, Valorlife Lichtenstein |
| 52 | 8/18/2015 | pr.review.archer_00020548 | pr.review.archer_00020549 | Andrew Godfrey <andrew.godfrey@gmail.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | Burnham Asset Partners, BAM Holdings, Valor, Lichenstein, Fondivest |
| 53 | 8/19/2015 | pr.review.archer_00020550 | pr.review.archer_00020551 | jason galanos <jason@burnhamequitypartners.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | Response to above, update on Wisconsin bond deal |

| # | Date | Bates Begin | Bates End | From | To | CC | Description |
|---|------|-------------|-----------|------|-----|-----|-------------|
| 54 | 8/22/2015 | pr.review.archer_00020552 | pr.review.archer_00020552 | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | WAH Valor Group Capital |
| 55 | 8/24/2015 | pr.review.archer_00020553 | pr.review.archer_00020553 | jason galanos <jason@burnhamequitypartners.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Clifford A. Wolff, Esq. (cwolff@wolfflawfirm.com)" <cwolff@wolfflawfirm.com> | Update on BAM, BAM UK, BES, BSSF, Fondinvest |
| 56 | 9/24/2014 | pr.review.archer_00020599 | pr.review.archer_00020599 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; jason galanos <jason@burnhamequitypartners.com>; Devon Archer <darcher@rosemontseneca.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | | Forwarding email from Tim Anderson (dilworthlaw) attaching investor letter, Re: WLCC 2014 Town Center |
| 57 | 9/24/2014 | pr.review.archer_00020600 | pr.review.archer_00020600 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontseneca.com>; Sebastian Momtazi <smomtazi@rosemontcapital.com> | jason galanos <jason@burnhamequitypartners.com> | | Galanos forwarding email from Tim Anderson attaching investor letter, WLCC 2014 Town Center |
| 58 | 9/24/2014 | pr.review.archer_00020601 | pr.review.archer_00020602 | | | | Att: Draft investor letter re Wakpamni Lake Community Corp |
| 59 | 9/24/2014 | pr.review.archer_00020603 | pr.review.archer_00020603 | jason galanos <jason@burnhamequitypartners.com>; Devon Archer <darcher@rosemontseneca.com>; Sebastian Momtazi <smomtazi@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Same as above |
| 60 | 5/9/2015 | pr.review.archer_00020619 | pr.review.archer_00020620 | "Devon Archer (darcher@rosemontseneca.com)" <darcher@rosemontseneca.com>; Sebastian Momtazi <smomtazi@rosemontcapital.com> | Steve Weiss <sweiss@ckrlaw.com> | | BAM Holdings EIN number |
| 61 | 5/8/2015 | pr.review.archer_00020621 | pr.review.archer_00020621 | | | | Att: SS-4 Application for EIN for BAM Holdings LLC |
| 62 | 7/22/2015 | pr.review.archer_00020622 | pr.review.archer_00020622 | "Dennis Loughran CPA (dennis.loughran@louisplung.com)" <dennis.loughran@louisplung.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Update, Burnham, Bonwick, Thorsdale, CORFA funds |
| 63 | 7/22/2015 | pr.review.archer_00020623 | pr.review.archer_00020623 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Amy McBurney <amy.mcburney@louisplung.com> | Dennis Loughran <dennis.loughran@louisplung.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Response to above; Burnham, Bonwick, Thorsdale, CORFA funds |
| 64 | 7/22/2015 | pr.review.archer_00020624 | pr.review.archer_00020624 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Dennis Loughran <dennis.loughran@louisplung.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Response to above re COR Fund |
| 65 | 7/22/2015 | pr.review.archer_00020625 | pr.review.archer_00020626 | Dennis Loughran <dennis.loughran@louisplung.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Response to above; Burnham, Bonwick, Thorsdale, CORFA funds |
| 66 | 7/22/2015 | pr.review.archer_00020627 | pr.review.archer_00020628 | Dennis Loughran <dennis.loughran@louisplung.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Amy McBurney <amy.mcburney@louisplung.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Response to above; Burnham, Bonwick, Thorsdale, CORFA funds |
| | ████ | ████████████ | ████████████ | ████████████ | ████████████ | | ████████████ |
| 69 | 9/24/2014 | pr.review.archer_00020661 | pr.review.archer_00020661 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; jason galanos <jason@burnhamequitypartners.com>; Devon Archer <darcher@rosemontseneca.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | | WLCC 2014 Town Center |
| 70 | 9/24/2014 | pr.review.archer_00020662 | pr.review.archer_00020663 | | | | Att: WLCC Investor Letter Executed by Archer |
| 71 | 10/5/2015 | pr.review.archer_00020757 | pr.review.archer_00020757 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | | WLCC 2014 Town Center Investor Letter |
| 72 | 9/24/2014 | pr.review.archer_00020758 | pr.review.archer_00020759 | | | | Att: Draft WSCC 2014 Investor Letter |
| 73 | 5/30/2014 | pr.review.cooney_00001530 | pr.review.cooney_00001531 | Bevan <btcooney@gmail.com> | jason galanis <jason@holmbycompanies.com> | | Discussing forwarded email from Michelle Morton which Galanis forwarded to Steve Weiss (htwlaw) regarding Hughes, GMT Duncan, HCM, Burnham native american bonds |
| 74 | 9/24/2014 | pr.review.joint_00000604; pr.review.cooney_00001533 | pr.review.joint_00000607; pr.review.cooney_00001536 | Devon Archer <darcher@rosemontseneca.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@holmbycompanies.com> | Bevan Cooney <btcooney@gmail.com> | CUSIP Confirmation: Wakpamni Lake Comnty Corp S D SPL LTD REV |
| 75 | 2/24/2014 | pr.review.cooney_00001739 | pr.review.cooney_00001741 | Eric M. Stein <estein@szaferman.com> | jason galanis <jason@holmbycompanies.com> | Gary Hirst <gary@hirstlaw.com>; Fran M. Kritzer <fkritzer@szaferman.com> | Code Rebel IPO due diligence |
| 76 | 2/24/2014 | pr.review.cooney_00001742 | pr.review.cooney_00001830 | | | | Att: Draft US SEC Form S-1 for Code Rebel Corp |
| | | pr.review.joint_00000608 | pr.review.joint_00000608 | | | | WLCC Bonds |

| # | Date | Bates 1 | Bates 2 | From | To | CC | Description |
|---|---|---|---|---|---|---|---|
| 77 | 12/2/2014 | pr.review.cooney_00001539 | pr.review.cooney_00001539 | Devon Archer <darcher@rosemontseneca.com> | jason galanis <jason@holmbycompanies.com> | Bevan Cooney <btcooney@gmail.com> | |
| 78 | 12/2/2014 | pr.review.joint_00000609<br>pr.review.cooney_00001540 | pr.review.joint_00000610<br>pr.review.cooney_00001541 | | | | Att: Letter from Tim Anderson to Hugh Dunkerley, Burnham Securities re WLCC Bonds |
| 79 | 2/1/2015 | pr.review.joint_00000611<br>pr.review.cooney_00001542 | pr.review.joint_00000611<br>pr.review.cooney_00001542 | Devon Archer <darcher@rosemontcapital.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey Burnham Financial President <andrew.godfrey@gmail.com> | jason galanos <jason@burnhamequitypartners.com> | | Update on Atlantic/Hughes transaction |
| 80 | 2/1/2015 | pr.review.joint_00000612<br>pr.review.cooney_00001543 | pr.review.joint_00000612<br>pr.review.cooney_00001543 | | | | Att: Memo from Consultant Report, to Board of Valorlife, regarding Proposed Acquisition of Atlantic Asset Management LLC, with exhibits (Ex A, Legal Memo from Olshan Frome LLP) |
| 81 | 2/1/2015 | pr.review.joint_00000613<br>pr.review.cooney_00001544 | pr.review.joint_00000613<br>pr.review.cooney_00001544 | | | | Att: blank |
| 82 | 2/21/2015 | pr.review.cooney_00001545 | pr.review.cooney_00001547 | Jason Galanis <jason@holmbycompanies.com> | Bevan Cooney <btcooney@gmail.com> | | Cooney forwarding email from Galanis to Archer, cc'ing Momtazi, Cooney and Wolff re Bermuda International Life, VL Assurance (Bermuda) |
| 83 | 10/11/2014 | pr.review.cooney_00001548 | pr.review.cooney_00001549 | | | | Att: Memo from Eckler Consultants re BIISL |
| 84 | 1/30/2015 | pr.review.cooney_00001550 | pr.review.cooney_00001550 | | | | Att: BIISL WAH offer, signed by David Ezekiel (Marsh) to John Wight, BF&M Insurance Group |
| 85 | 2/21/2015 | pr.review.cooney_00001551 | pr.review.cooney_00001551 | | | | Att: Compliance Form B - additional directors for VL Assurance (Bermuda) Ltd |
| 86 | 3/4/2015 | pr.review.joint_00000614<br>pr.review.cooney_00001552 | pr.review.joint_00000615<br>pr.review.cooney_00001553 | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | Bevan Cooney <btcooney@gmail.com>; Jason Sugarman <jsugarman@camdencap.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; jason galanis | Forwarding emails between Wilkie and Hodgson Ross regarding Burnham Securities guarantee of Sublease at West 57th |
| 87 | 3/4/2015 | pr.review.joint_00000616<br>pr.review.cooney_00001554 | pr.review.joint_00000624<br>pr.review.cooney_00001562 | | | | Att: Guaranty (Devon Archer) - West 57th Street DOC |
| 88 | 3/4/2015 | pr.review.joint_00000625<br>pr.review.cooney_00001563 | pr.review.joint_00000625<br>pr.review.cooney_00001563 | | | | Att:blank |
| 89 | 3/4/2015 | pr.review.joint_00000626<br>pr.review.cooney_00001564 | pr.review.joint_00000635<br>pr.review.cooney_00001573 | | | | Att: Guaranty (Devon Archer) - West 57th PDF WFG draft 3/4/15 |
| 90 | 3/4/2015 | pr.review.joint_00000636<br>pr.review.cooney_00001574 | pr.review.joint_00000636<br>pr.review.cooney_00001574 | | | | Att: blank |
| 91 | 3/23/2015 | pr.review.cooney_00001575 | pr.review.cooney_00001576 | Bevan Cooney <btcooney@gmail.com> | jason galanis <jason@holmbycompanies.com> | | Galanis forwarding to Cooney email from Galanis to Wolff re Bonwick Capital and Burnham attaching info "about the businesses so you can get acclimated, they aren't legal in nature but do provide context." |
| 92 | 3/23/2015 | pr.review.cooney_00001577 | pr.review.cooney_00001577 | | | | Att: blank, out of jurisdiction |
| 93 | 1/25/2015 | pr.review.cooney_00001578 | pr.review.cooney_00001578 | | | | Att: Bonwick Capital pamphlet |
| 94 | 1/25/2015 | pr.review.cooney_00001579 | pr.review.cooney_00001579 | | | | Att: Burnham Financial Group Municipal Market Analysis Presentation (Proposed Bonwick Capital Muni Division) |
| 95 | 4/1/2015 | pr.review.cooney_00001580 | pr.review.cooney_00001580 | Bevan <btcooney@gmail.com> | jason galanis <jason@holmbycompanies.com> | | Galanis forwarding email from Galanis to Wolff and Archer re Valor Group "for your continued knowledge accumulation" |
| 96 | 4/1/2015 | pr.review.cooney_00001581 | pr.review.cooney_00001581 | | | | Att: Valor Organization Structure chart |
| 97 | 6/1/2015 | pr.review.cooney_00001582 | pr.review.cooney_00001583 | Bevan Cooney <btcooney@gmail.com> | jason galanos <jason@burnhamequitypartners.com> | | Galanis forwarding email from Galanis to Wolff, cc'ing Godfrey, Archer and Sugarman, regarding capital advances, BSI, Bonwick, CORFA, Burnham |
| 98 | 6/1/2015 | pr.review.cooney_00001584 | pr.review.cooney_00001584 | | | | Att: CORFA related BSI Contributions |
| 99 | 7/25/2015 | pr.review.joint_00000637<br>pr.review.cooney_00001594 | pr.review.joint_00000637<br>pr.review.cooney_00001594 | Devon Archer <darcher@rosemontcapital.com> | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Bevan Cooney <btcooney@gmail.com>; Andrew Godfrey | Wisconsin Preliminary Official Statement and Feasibility Study |

| # | Date | Bates Begin | Bates End | To | From | CC | Description |
|---|---|---|---|---|---|---|---|
| 100 | 3/23/2015 | pr.review.cooney_00001697 | pr.review.cooney_00001698 | Bevan Cooney <btcooney@gmail.com> | jason galanis <jason@holmbycompanies.com> | | Galanis forwarding to Cooney email from Galanis to Wolff re Bonwick Capital and Burnham attaching info "about the businesses so you can get acclimated, they aren't legal in nature but do provide context." |
| 101 | 3/23/2015 | pr.review.cooney_00001699 | pr.review.cooney_00001701 | | | | Att: Burnham Term Sheet |
| 102 | 1/25/2015 | pr.review.cooney_00001702 | pr.review.cooney_00001718 | | | | Att: Bonwick Capital pamphlet |
| 103 | 1/25/2015 | pr.review.cooney_00001719 | pr.review.cooney_00001738 | | | | Att: Burnham Financial Group Municipal Market Analysis Presentation (Proposed Bonwick Capital Muni Division) |
| 104 | 7/10/2014 | pr.review.archer_00020779 | pr.review.archer_00020779 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Devon Archer <darcher@rosemontseneca.com> | Galanis purchase of condo using Archer Diversified TRG LLC |
| 105 | 10/9/2015 | Galanis_SW_00509287 pr.review.archer_00018166 | Galanis_SW_00509288 pr.review.archer_00018167 | "Devon Archer (darcher@rosemontseneca.com)" <darcher@rosemontseneca.com> | Hugh DP Dunkerley <hugh@dunkerley.us> | rashaunlw@gmail.com | Atlantic Board Control Docs for Lawyer |
| 106 | 10/9/2015 | Galanis_SW_00509289 pr.review.archer_00018168 | Galanis_SW_00509291 pr.review.archer_00018170 | | | | Att: Michelle and Richard October 2015 Letter |
| 107 | 10/9/2015 | Galanis_SW_00509292 pr.review.archer_00018171 | Galanis_SW_00509292 pr.review.archer_00018171 | | | | Att: GMTD Atlantic Holdings Amended LLC Op Agreement (blank, out of jurisdiction) |
| 108 | 10/9/2015 | Galanis_SW_00509293 pr.review.archer_00018172 | Galanis_SW_00509293 pr.review.archer_00018172 | | | | Att: Notice of meeting AAM oct 2015 |
| 109 | 10/9/2015 | Galanis_SW_00509294 pr.review.archer_00018173 | Galanis_SW_00509294 pr.review.archer_00018173 | | | | Director appointments Rshan Deshon |
| 110 | 3/28/2014 | pr.review.archer_00020945 | pr.review.archer_00020945 | Clifford A. Wolff <cwolff@wolfflawfirm.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Devon Archer <darcher@rosemontcapital.com> | Wire Received |
| 111 | 3/28/2014 | pr.review.archer_00020946 | pr.review.archer_00020946 | Sebastian Momtazi <smomtazi@rosemontcapital.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <darcher@rosemontcapital.com> | RE: Wire Received |
| 112 | 4/7/2015 | pr.review.archer_00020948 | pr.review.archer_00020948 | "Feldman, Spencer G." <sfeldman@olshanlaw.com> | jason galanos <jason@burnhamequitypartners.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Devon Archer <darcher@rosemontcapital.com> | Legal Opinion re Liechtenstein corp and BVI |
| 113 | 4/7/2015 | pr.review.archer_00020949 | pr.review.archer_00020952 | | | | Att: Legal Opinion re Liechtenstein corp and BVI |
| 114 | 4/10/2015 | pr.review.archer_00020953 | pr.review.archer_00020953 | Cliff Wolf <cwolff@wolfflawfirm.com> | Andrew Godfrey <andrew.godfrey@gmail.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com>; Devon Archer <darcher@rosemontcapital.com> | Fwd: LOC sign off |
| 115 | 11/22/2015 | pr.review.archer_00020954 | pr.review.archer_00020955 | "Ezekiel, David" <david.ezekiel@marsh.com>; "'jsugarman@camdencap.com' (jsugarman@camdencap.com)" <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | Brad Adderley <badderley@applebyglobal.com> | "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; Emily Woodcock <ewoodcock@applebyglobal.com>; John Wasty <jwasty@applebyglobal.com> | RE: Telephone Call to discuss Hugh Dunkerley activities [Wealth Assurance ] |
| 116 | 11/22/2015 | pr.review.archer_00020956 | pr.review.archer_00020957 | Brad Adderley <badderley@applebyglobal.com> | Jason Sugarman <jsugarman@camdencap.com> | "Ezekiel, David" <david.ezekiel@marsh.com>; Devon Archer <darcher@rosemontcapital.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; Emily Woodcock <ewoodcock@applebyglobal.com>; John Wasty <jwasty@applebyglobal.com>; David Zinn <dzinn@wc.com> | Re: Telephone Call to discuss Hugh Dunkerley activities [Wealth Assurance] |
| 117 | 11/22/2015 | pr.review.archer_00020958 | pr.review.archer_00020960 | Jason Sugarman <jsugarman@camdencap.com>; Brad Adderley <badderley@applebyglobal.com> | "Ezekiel, David" <david.ezekiel@marsh.com> | Devon Archer <darcher@rosemontcapital.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; Emily Woodcock <ewoodcock@applebyglobal.com>; John Wasty <jwasty@applebyglobal.com>; David Zinn <dzinn@wc.com> | Re: Telephone Call to discuss Hugh Dunkerley activities [Weath Assurance] |
| 118 | 11/27/2015 | pr.review.archer_00020961 | pr.review.archer_00020961 | Jason Sugarman <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | Steve Weiss <sweiss@ckrlaw.com> | | RE:  [Burnham Securities] |

| # | Date | | | From | To | CC | Subject |
|---|---|---|---|---|---|---|---|
| 119 | 12/6/2015 | pr.review.archer_00020962 | pr.review.archer_00020964 | "Burnham, Jon" <jburnham@burnhamfinancial.com>; "Godfrey, Andrew" <agodfrey@burnhamfinancial.com>; "Devon Archer (darcher@rosemontseneca.com)" <darcher@rosemontseneca.com> | "Devine, Marcelle" <mdevine@burnhamfinancial.com> | | FW: Burnham [Burnham Securities] |
| 120 | 12/9/2015 | pr.review.archer_00020965 | pr.review.archer_00020965 | "Ezekiel, David" <david.ezekiel@marsh.com> | Jason Sugarman <jsugarman@camdencap.com> | Devon Archer <darcher@rosemontcapital.com>; "Brad Adderley (BAdderley@applebyglobal.com)" <badderley@applebyglobal.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; "Zinn, David (DZinn@wc.com)" <dzinn@wc.com>; "John Wasty (JWasty@applebyglobal.com)" <jwasty@applebyglobal.com> | Re: Board Meeting [Hugh situation] |
| 121 | 12/10/2015 | pr.review.archer_00020966 SearchWarrant_v2_00000957 | pr.review.archer_00020966 SearchWarrant_v2_00000957 | dez@vlm.bm; "'jsugarman@camdencap.com' (jsugarman@camdencap.com)" <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com>; "Zinn, David (DZinn@wc.com)" <dzinn@wc.com> | Preston Burton <pburton@poeburton.com> | Bree N. Murphy <bmurphy@poeburton.com> | Privileged and confidential [Hugh, tribe] |
| 122 | 12/10/2015 | pr.review.archer_00020967 | pr.review.archer_00020967 | Preston Burton <pburton@poeburton.com> | Jason Sugarman <jsugarman@camdencap.com> | dez@vlm.bm; Devon Archer <darcher@rosemontcapital.com>; "Zinn, David (DZinn@wc.com)" <dzinn@wc.com>; Bree N. Murphy <bmurphy@poeburton.com> | Re: Privileged and confidential [Hugh, tribe] |
| 123 | 12/10/2015 | pr.review.archer_00020968 | pr.review.archer_00020968 | | | | Att: no substance |
| 124 | 12/10/2015 | pr.review.archer_00020969 | pr.review.archer_00020969 | | | | Att: no substance |
| 125 | 12/10/2015 | pr.review.archer_00020970 SearchWarrant_v2_00000958 | pr.review.archer_00020970 SearchWarrant_v2_00000958 | "Ezekiel, David" <david.ezekiel@marsh.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; "'jsugarman@camdencap.com' (jsugarman@camdencap.com)" <jsugarman@camdencap.com>; Devon Archer <darcher@rosemontcapital.com> | "Zinn, David" <dzinn@wc.com> | | RE: Does it make sense for us to have a call today [Hugh, Tribe] |
| 126 | 12/10/2015 | pr.review.archer_00020971 SearchWarrant_v2_00000959 | pr.review.archer_00020971 SearchWarrant_v2_00000959 | "Zinn, David" <dzinn@wc.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; "'jsugarman@camdencap.com' (jsugarman@camdencap.com)" <jsugarman@camdencap.com>; Devon Archer | "Ezekiel, David" <david.ezekiel@marsh.com> | | RE: Does it make sense for us to have a call today [Hugh, tribe] |
| 127 | 12/10/2015 | pr.review.archer_00020972 | pr.review.archer_00020973 | "Ezekiel, David" <david.ezekiel@marsh.com> | Jason Sugarman <jsugarman@camdencap.com> | "Zinn, David" <dzinn@wc.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; Devon Archer <darcher@rosemontcapital.com> | RE: Does it make sense for us to have a call today [Hugh, tribe] |
| 128 | 12/10/2015 | pr.review.archer_00020974 | pr.review.archer_00020975 | Jason Sugarman <jsugarman@camdencap.com> | "Ezekiel, David" <david.ezekiel@marsh.com> | "Zinn, David" <dzinn@wc.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; Devon Archer <darcher@rosemontcapital.com> | RE: Does it make sense for us to have a call today [Hugh, tribe] |
| 129 | 3/4/2015 | pr.review.archer_00020985 pr.review.joint_00000643 | pr.review.archer_00020986 pr.review.joint_00000644 | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | darcher@rosemontcapital.com | Bevan Cooney <btcooney@gmail.com>; Jason Sugarman <jsugarman@camdencap.com>; Andrew Godfrey <andrew.godfrey@gmail.com>; jason galanis <jason@holmbycompanies.com> | Fwd: Burnham Guaranty |
| 130 | 3/4/2015 | pr.review.archer_00020987 pr.review.joint_00000645 | pr.review.archer_00020995 pr.review.joint_00000653 | | | | Att: Guaranty, Archer and Alixpartners |
| 131 | 3/4/2015 | pr.review.archer_00020996 | pr.review.archer_00020996 | | | | Att: Blank |

| # | Date | | | | | | |
|---|---|---|---|---|---|---|---|
| | | pr.review.joint_00000654 | pr.review.joint_00000654 | | | | |
| 132 | 3/4/2015 | pr.review.archer_00020997 | pr.review.archer_00021006 | | | | Att: WFG Draft Guaranty |
| | | pr.review.joint_00000655 | pr.review.joint_00000664 | | | | |
| 133 | 3/4/2015 | pr.review.archer_00021007 | pr.review.archer_00021007 | | | | Att: Blank |
| | | pr.review.joint_00000665 | pr.review.joint_00000665 | | | | |
| 134 | 3/4/2015 | pr.review.archer_00021008 | pr.review.archer_00021009 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | Re: Burnham Guaranty |
| 135 | 7/18/2015 | pr.review.archer_00021022 | pr.review.archer_00021022 | Krista Archer <drkristaarcher@live.com> | darcher@rosemontcapital.com | | Burnham & Co Pitch Deck 20150717F |
| 136 | 7/18/2015 | pr.review.archer_00021023 | pr.review.archer_00021056 | | | | Att: PowerPoint Presentation [Burnham] |
| 137 | 7/18/2015 | pr.review.archer_00021057 | pr.review.archer_00021057 | | | | Att: no substance |
| 138 | 8/12/2015 | pr.review.archer_00021058 | pr.review.archer_00021058 | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | Re: Operating Agreement Terms |
| 139 | 8/29/2015 | pr.review.archer_00021059 | pr.review.archer_00021060 | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com> | darcher@rosemontcapital.com | The Greek <jason@burnhamequitypartners.com>; Jason Sugerman <jsugarman@camdencap.com>; Andrew Godfrey <andrew.godfrey@gmail.com> | Fwd: Meeting today [Burnham, Arben, KBW Fund] |
| 140 | 8/29/2015 | pr.review.archer_00021061 | pr.review.archer_00021072 | | | | Att: Burnham KBW Fund JVA |
| 141 | 8/29/2015 | pr.review.archer_00021073 | pr.review.archer_00021073 | | | | Att: Cost spreadsheet |
| 142 | 8/29/2015 | pr.review.archer_00021074 | pr.review.archer_00021074 | | | | Att: Blank |
| 143 | 8/29/2015 | pr.review.archer_00021075 | pr.review.archer_00021077 | Jason <jason@burnhamequitypartners.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | Clifford A. Wolff Esq. <cwolff@wolfflawfirm.com>; Jason Sugerman <jsugarman@camdencap.com>; Andrew Godfrey <andrew.godfrey@gmail.com> | Re: Meeting today [Burnham, Arben] |
| 144 | 9/30/2015 | pr.review.archer_00021078 | pr.review.archer_00021078 | Christopher A. Boies <cboies@bsfllp.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | | FW: Wakpamni [forwarding emails from Andrew Godfrey and Marcelle Devine] |
| 145 | 9/29/2015 | pr.review.archer_00021079 | pr.review.archer_00021093 | | | | Att: Fedex letter from Alexis Gluckman to JP Morgan; re Wakpamni Lake Bonds] |
| 146 | 9/29/2015 | pr.review.archer_00021094 | pr.review.archer_00021162 | | | | Att: Wakpamni Lake Community Corp Trust Indenture securing $15,000,0000 Special Limited Revenue Bonds, Series of 2014 |
| 147 | 11/22/2015 | pr.review.archer_00021163 | pr.review.archer_00021164 | Brad Adderley <badderley@applebyglobal.com> | Devon Archer <"/o=hostedcorporateemail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=darcher"> | "Ezekiel, David" <david.ezekiel@marsh.com>; "'jsugarman@camdencap.com' (jsugarman@camdencap.com)" <jsugarman@camdencap.com>; "Preston Burton (PBurton@poeburton.com)" <pburton@poeburton.com>; Emily Woodcock <ewoodcock@applebyglobal.com>; John Wasty <jwasty@applebyglobal.com> | Re: Telephone Call to discuss Hugh Dunkerley activities |
| 148 | 7/31/2015 | pr.review.archer_00021184 | pr.review.archer_00021185 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Devon Archer <devon@rstp.com> | Sebastian Momtazi <smomtazi@rosemontcapital.com> | Re: Estonian LOI [Burnham, Burnham US] |
| 149 | 3/22/2015 | pr.review.cooney_00001831 | pr.review.cooney_00001833 | monetberger@mac.com | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Monet Berger <monetberger@mac.com>; Bevan Cooney <btcooney@gmail.com>; Jason Galanis <jason@holmbycompanies.com> | Re: [Burnham Equity, Scorpio equitable trust, funds] |
| 150 | 7/25/2015 | pr.review.cooney_00001834 | pr.review.cooney_00001834 | jason galanos <jason@burnhamequitypartners.com> | Bevan Cooney <btcooney@gmail.com> | Devon Archer <darcher@rosemontcapital.com>; "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com>; Andrew Godfrey <andrew.godfrey@gmail.com> | Re: Wisconsin Preliminary Official Statement and Feasibility Study [Wisconsin Bond with Indian tribe] |
| | | pr.review.joint_00000666 | pr.review.joint_00000666 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 151 | 7/25/2015 | pr.review.cooney_00001835 | pr.review.cooney_00001836 | Bevan Cooney <btcooney@gmail.com> | jason galanos <jason@burnhamequitypartners.com> | | Fwd: IIG Bank [Valor] |
| 152 | 9/5/2014 | pr.review.cooney_00001837 | pr.review.cooney_00001837 | Bevan Cooney <btcooney@gmail.com> | jason galanis <jason@holmbycompanies.com> | | Fwd: 260 W. Broadway, Unit 1/2C / Galanis |
| 153 | 9/5/2014 | pr.review.cooney_00001838 | pr.review.cooney_00001858 | | | | Att: Contract of Sale, Executed |
| 154 | 9/5/2014 | pr.review.cooney_00001859 | pr.review.cooney_00001860 | Bevan <btcooney@gmail.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason galanis <jason@holmbycompanies.com> | Re: 260 W. Broadway, Unit 1/2C / Galanis |
| 155 | 9/5/2014 | pr.review.cooney_00001861 | pr.review.cooney_00001861 | | | | Att: Photo of Galanis t-shirt |
| 156 | 9/8/2014 | pr.review.cooney_00001862 | pr.review.cooney_00001862 | Clifford A. Wolff <cwolff@wolfflawfirm.com>; Jason Galanis <jason@holmbycompanies.com> | Bevan <btcooney@gmail.com> | | Fwd: CNB Bank Stmts [from Gluckman at Fulton Meyer] |
| 157 | 9/8/2014 | pr.review.cooney_00001863 | pr.review.cooney_00001867 | | | | Att: Bevan Cooney trust statements |
| 158 | 9/8/2014 | pr.review.cooney_00001868 | pr.review.cooney_00001872 | | | | Att: Bevan Cooney trust statements |
| 159 | 9/8/2014 | pr.review.cooney_00001873 | pr.review.cooney_00001873 | Clifford A. Wolff <cwolff@wolfflawfirm.com>; Jason Galanis <jason@holmbycompanies.com> | Bevan <btcooney@gmail.com> | | Fwd: Cooney Tax Returns |
| 160 | 9/8/2014 | pr.review.cooney_00001874 | pr.review.cooney_00001874 | | | | Att: 2011 Ind Tax Return Cooney (password protected) |
| 161 | 9/8/2014 | pr.review.cooney_00001875 | pr.review.cooney_00001875 | | | | Att: 2012 Ind Tax Return Cooney (password protected) |
| 162 | 9/8/2014 | pr.review.cooney_00001876 | pr.review.cooney_00001876 | | | | Att: 2013 Ind Tax Return Extension Cooney (password protected) |
| 163 | 9/8/2014 | pr.review.cooney_00001877 | pr.review.cooney_00001878 | Clifford A. Wolff <cwolff@wolfflawfirm.com>; Bevan Cooney <btcooney@gmail.com> | Alexis Gluckman <alexisg@fultonmeyer.com> | | Fwd: Cooney Tax Returns |
| 164 | 9/8/2014 | pr.review.cooney_00001879 | pr.review.cooney_00001879 | | | | Att: Encrypted |
| 165 | 9/8/2014 | pr.review.cooney_00001880 | pr.review.cooney_00001880 | | | | Att: Blank |
| 166 | 9/8/2014 | pr.review.cooney_00001881 | pr.review.cooney_00001881 | | | | Att: Encrypted |
| 167 | 9/8/2014 | pr.review.cooney_00001882 | pr.review.cooney_00001882 | | | | Att:Blank |
| 168 | 9/8/2014 | pr.review.cooney_00001883 | pr.review.cooney_00001883 | | | | Att: Encrypted |
| 169 | 9/8/2014 | pr.review.cooney_00001884 | pr.review.cooney_00001884 | | | | Att: Blank |
| 170 | 9/11/2014 | pr.review.cooney_00001885 | pr.review.cooney_00001886 | "Bevan (btcooney@gmail.com)" <btcooney@gmail.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | jason@holmbycompanies.com | FW: 260 W. Broadway Board Package [Archer Diversified] |
| 171 | 9/10/2014 | pr.review.cooney_00001887 | pr.review.cooney_00001907 | | | | Att: 260 West Bway Condominium Board Package (filled out) |
| 172 | 9/12/2014 | pr.review.cooney_00001908 | pr.review.cooney_00001911 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Bevan Cooney <btcooney@gmail.com> | "<jason@holmbycompanies.com>" <jason@holmbycompanies.com> | Re: 260 W. Broadway Board Package - Cooney identification docs |
| 173 | 9/12/2014 | pr.review.cooney_00001912 | pr.review.cooney_00001916 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Bevan Cooney <btcooney@gmail.com> | "<jason@holmbycompanies.com>" <jason@holmbycompanies.com> | Re: 260 W. Broadway Board Package - letters of recommendation |
| 174 | 9/12/2014 | pr.review.cooney_00001917 | pr.review.cooney_00001918 | Bevan Cooney <btcooney@gmail.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | "<jason@holmbycompanies.com>" <jason@holmbycompanies.com> | Re: 260 W. Broadway Board Package |
| 175 | 9/16/2014 | pr.review.cooney_00001919 | pr.review.cooney_00001920 | "Bevan (btcooney@gmail.com)" <btcooney@gmail.com>; jason@holmbycompanies.com | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | FW: 260 W. Broadway Board Package |
| 176 | 9/10/2014 | pr.review.cooney_00001921 | pr.review.cooney_00001941 | | | | Att: 260 West Bway Condominium Board Package (filled out) |
| 177 | 6/9/2015 | pr.review.cooney_00001942 | pr.review.cooney_00001942 | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | Bevan Cooney <btcooney@gmail.com> | Jason Galanis <jason@holmbycompanies.com> | Re: Melville office |
| 178 | 6/9/2015 | pr.review.cooney_00001943 | pr.review.cooney_00001943 | | | | Att: Picture of wolf in a suit |
| 179 | 6/9/2015 | pr.review.cooney_00001944 | pr.review.cooney_00001944 | | | | Att: Copy of email |
| 180 | 3/26/2015 | pr.review.archer_00021251 | pr.review.archer_00021251 | jason@holmbycompanies.com; jason galanos <jason@burnhamequitypartners.com>; Devon Archer <darcher@rosemontseneca.com>; "Andrew Godfrey (andrew.godfrey@gmail.com)" <andrew.godfrey@gmail.com> | "Clifford A. Wolff, Esq." <cwolff@wolfflawfirm.com> | | Burnham / Sal / Johnny - Question About Prospective Agreement |
| 181 | 3/26/2015 | pr.review.archer_00021252 | pr.review.archer_00021259 | | | | Att: JM ADVISORY AGREEMENT v0.1 - specimen draft.docx [Burnham Municipal Capital] |