# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS,
GARY HIRST,
JOHN GALANIS, a/k/a "Yanni,"
HUGH DUNKERLEY,
MICHELLE MORTON,
DEVON ARCHER, and
BEVAN COONEY,

   Defendants.

No. 16 Cr. 371 (RA)

---

## DECLARATION OF BEVAN COONEY

I, Bevan Cooney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a defendant in the above-captioned case. I submit this declaration in connection with my motion to suppress evidence derived from a post-Indictment Stored Communications Act warrant, and for the limited purpose of supporting that motion. This declaration is based upon my personal knowledge.

2. I am the user of the internet account btcooney@gmail.com hosted by Google. I used this account during the period from January 1, 2014, through May 11, 2016. I used this account for e-mail, to maintain contacts, and for other things. The contents of my accounts were private.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2018
New York, New York

Bevan Cooney