

Ana Y Perez | Vice President
Entertainment-Team Wheeler

September 12, 2014

Bevan Cooney
C/O Fulton & Meyer
16030 Ventura Blvd., Suite 240
Encino, CA 91436

Re:   Letter of Reference - Bevan Cooney

Dear Members of the Board:

Please accept this letter as verification that Bevan Cooney has been a client of City National Bank since 2002. He is a client in good standing.

Should you have any questions please feel free to contact me direct at ana.yperez@cnb.com or 310-888-6224.

Sincerely,

Ana Y Perez
Vice President

City National Center   400 North Roxbury Drive Third Floor   Beverly Hills, CA 90210          Member FDIC
T: 310.888.6224   F: 310.888.1038   ana.yperez@cnb.com

SEC-FM-E-0001335
SEC-SDNY_EPROD-000254956