**From:** Alexis Gluckman <alexisg@fultonmeyer.com>
**To:** Bevan Cooney <btcooney@gmail.com>, Eric Fulton <eric@fultonmeyer.com>
**Received(Date):** Tue, 2 Jun 2015 16:21:17 -0700
**Subject:** RE: Code rebel doing very well

Great news!


Alexis Gluckman

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

- please consider the environment before printing this e-mail.


-----Original Message-----
From: Bevan Cooney [mailto:btcooney@gmail.com]
Sent: Tuesday, June 02, 2015 4:00 PM
To: Alexis Gluckman; Eric Fulton
Subject: Code rebel doing very well

IPO was a major success. I will be taking delivery of my roughly 500k shares by early next week. I will send the certificate to your office once I recieve.  I spoke with our banker Shapiro at cnb and he thinks he will be able to get me a 1.2mm bridge loan based upon my stock position. We would pay off the 200k unsecured loans I have with cnb and pay off my taxes and the rest is living expense until the 180 days restriction is up and I can sell my stock.  Cdrb just made the russell 2000 index out of the gates. Exciting stuff!