# EXHIBIT C

-----Original Message-----
**From:** Mermelstein, Rebecca (USANYS) [Rebecca.Mermelstein@usdoj.gov]
**Sent:** Thursday, January 25, 2018 10:31 AM Eastern Standard Time
**To:** Matthew L. Schwartz; Paula J. Notari; David Touger; gmorvillo@orrick.com; Michael Tremonte
**Cc:** Tekeei, Negar (USANYS); Quigley, Brendan (USANYS)
**Subject:** US v. Galanis et al: Entities Referenced in Indictment


Counsel,

As you know, Mr. Archer has asked that the Government identify the various entities anonymized in the Indictment. Although we believe the entities' identities are apparent in the complaint and in discovery, for your convenience we have identified them below.

Best,

Rebecca


| Description in Indictment | Paragraph # | Identity |
|---|---|---|
| Morton Corporation | 2 | GMT Duncan |
| Certain of the clients of the Investment Advisors | 5 | OSERS (through GYOF)<br>Birmingham Water Works Board<br>Chicago Transit Authority Retiree Health Care Trust<br>Management – ILA Managed Health Care Trust Fund<br>Michelin North America<br>Pension Trust for the Milk Drivers and Dairy Employees Local Union No. 246<br>Philadelphia Housing Authority<br>Richmond Retirement<br>Terrapin Insurance Company |

|  |  | Washington Suburban Sanitary Commission Employee's Retirement Plan |
|---|---|---|
| The Annuity Provider | 7 | Wealth Assurance Private Client Corp |
| The Dunkerley Account | 7 | Wealth Assurance Private Client Corp bank account opened on August 6, 2014 in Florida |
| Investment Manager | 8 | Private Equity Management |
| Placement Agent | 9 | Burnham Securities Inc. |
| Affiliates of the Placement Agent | 10 | The BIT Board |
| Entity that Jason Galanis arranged to provide financing for Morton's purchase of the Investment Advisor | 12 | BFG Socially Responsible Investments |
| Entity that invested in both investment advisors | 15 | BFG Socially Responsible Investments |
| Jason Galanis Account | 17 | Account in the name of Thorsdale Fiduciary |
| Entity controlled by Gary Hirst and Hugh Dunkerley | 20 | Rosemary & Rue |
| Intermediary |  | The Wolff Law Firm |
| Entity controlled by Mr. Archer | 21(a) | Rosemont Seneca Bohai |
| Brokerage Firm | (21(a) | Rosemont Seneca Bohai account at Morgan Stanley |

2