# PERSONAL FINANCIAL STATEMENT


**CITY NATIONAL BANK**
The way up.

| I / We are applying for: | Instructions: |
|---|---|
| [Notice to California residents: If married, or you are a California registered domestic partner or its equivalent in another state (RDP), you may apply for Individual Credit] | (1) Complete Spouse/RDP section below if: |
| ☐ Individual Credit as borrower, cosigner and/or guarantor | • This is an application for Joint Credit with your spouse or RDP; or |
| ☐ Joint Credit as borrower, cosigner and/or guarantor, *with your spouse or RDP*. Please initial or sign in spaces below. | • This is an application for Individual Credit, or for Joint Credit with a non-spouse/non-RDP, and Applicant is married or an RDP and any of the following apply: (a) Applicant resides in California or any other community property state, or (b) Applicant is relying on property located in such a state as a basis for repayment of the credit requested, or (c) Applicant is relying on the income of a spouse or RDP as a basis for repayment of the credit, or (d) Applicant's spouse or RDP will be able to use the credit. |
| **We intend to apply for Joint Credit:** | |
| ___BC___    _____ | |
| Applicant Initial    Spouse or RDP Initial | (2) If this is an application for Individual Credit, and (a) Applicant is relying on the income or assets of another person *(other than a spouse or RDP)* as the basis for repayment of the credit requested, or (b) another person *(other than a spouse or RDP)* will be able to use the credit that is being requested, please provide the name of such other person: _____ Such other person must complete and submit a separate Personal Financial Statement |
| ☐ Joint Credit as borrower or cosigner, *with a non-spouse or non-RDP whose name is* _____ Such non-spouse/non-RDP must complete the separate Personal Financial Statement and submit together with this one. | |

**APPLICANT:**

| Last Name | First Name | Initial |
|---|---|---|
| COONEY | BRIAN | T |

Social Security No.  Driver's License No.  Birthdate (mm/dd/yyyy): 12/06/█

[redacted address fields]

Previous Address (If above address for less than 2 years)

[redacted]

[No. of Dependents (including yourself)]

Phone No. [redacted]

Name of Current Employer: CLOUDNINE CAPITAL
Address: 10440 WYNN DR    City and State: LA, CA    Zip: 90024
Position: CEO    How Long: 12 Years
Position Long: CEO    Yrs. 11  Mos.

**SPOUSE/RDP:**

| Last Name | First Name | Initial |
|---|---|---|
| | | |

Social Security No.  Driver's License No.  Birthdate (mm/dd/yyyy)

Street Address (Do not provide P.O. Box)    How Long: Yrs. ___ Mos. ___

City, State, Zip Code

Previous Address (If at above address for less than 2 years)

Home Phone ( ) -    No. of Dependents (Not including yourself)

Age of Dependents

Name of Current Employer    Phone No. ( ) -
Address    City and State    Zip
Position    How Long
Position Long    Yrs. ___ Mos. ___

**APPLICANT ONLY:** Check box(es) below only if (i) you are applying for secured credit or Joint Credit, or (ii) you are applying for unsecured Individual Credit and you reside in a community property state or are relying on property located in such a state for repayment of the credit requested.

Marital Status:   (Married)   Separated   Unmarried (includes single, divorced, widowed)

Are you an RDP?   Yes   (No)

**FINANCIAL CONDITION AS OF:** Month: 1   Day: 29   Year: 2015

For residents of California or other Community Property States: If you are married or an RDP, and not separated, and unless you indicate otherwise, all stated income and assets will be presumed to be community property and all stated liabilities, debts, and other obligations will be presumed to be liabilities of the community. If you are married or an RDP and any of the assets/liabilities described in this Personal Financial Statement are your or your spouse's or your RDP's separate property, please provide details on a separate sheet.

| ASSETS | AMOUNT ($) | LIABILITIES | AMOUNT ($) |
|---|---|---|---|
| DEPOSIT ACCOUNTS (Provide copies of bank statements) | | NOTES AND CONTRACTS PAYABLE | |
| CNB  112 236 725 | 49,000.00 | CNB  (Non-real estate debt) | 93,000 |
| Other (name): | | Other revolving debt** | 150,000 |
| | | Other installment debt** | 100,000 |
| LISTED STOCKS AND BONDS (Provide copies of broker statements) | 5,000,000 BONDS  2,000,000 STOCK | Sales contracts and Security Agreements** | |
| RETIREMENT ACCOUNTS (Provide copies of account statements, e.g., pension, 401(k), SEP, IRA, etc.) | | TAXES PAYABLE | |
| REAL ESTATE (Present market value total from Schedule 1) | 350,000 | REAL ESTATE LOANS (Describe on Schedule 1) | 95,000 |
| LIFE INSURANCE (Cash surrender value from Sch. 2) | 5,000,000 | LOANS ON LIFE INSURANCE POLICIES** | |
| NOTES RECEIVABLE** (Net of Doubtful Accounts) | | OTHER LIABILITIES** | |
| OTHER INVESTMENTS** | 3,000,000 | TOTAL LIABILITIES | 438,000  $0 |
| OTHER PERSONAL PROPERTY** | 250,000 | TOTAL NET WORTH (Total Assets minus Total Liabilities) | 15,211,000  $0 |
| TOTAL ASSETS | 15,649,000  $0 | TOTAL LIAB. + NET WORTH | $0 |

**PROVIDE DETAILS RELATING TO ASSETS AND LIABILITIES BELOW

| ASSETS | LIABILITIES |
|---|---|
| PRIVATE INVESTMENTS INTO BURNHAM FINANCIAL, CODE REBEL, mBLOOM FUND + WEALTH ASSURANCE HOLDINGS. PERSONAL PROPERTY INCLUDES ART, JEWELRY, FURNITURE & CARS | |

| ANNUAL INCOME | AMOUNT | |
|---|---|---|
| SALARY/WAGES/EMPLOYMENT | 850K | |
| DIVIDENDS AND INTEREST | | |
| RENTAL INCOME (Gross) | | |
| OTHER INCOME (Describe below) (Note: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying the credit requested) | | |
| LONG TERM CAP GAINS ON STOCK SALES | | |
| TOTAL ANNUAL INCOME | 850K | $0 |
| ANNUAL EXPENDITURES | AMOUNT | |
| PROPERTY TAXES / INSURANCE / MAINTENANCE | | |
| FEDERAL AND STATE INCOME TAXES | 212,000 | |
| REAL ESTATE LOAN PAYMENTS (Schedule 1 Total) | 1,300.00 | |
| CONTRACT/LEASE/NOTE PAYMENTS | | |
| LIVING & OTHER EXPENSES | 300,000 | |
| TOTAL ANNUAL EXPENDITURES | 513,300 | $0 |

**SCHEDULE 1: REAL ESTATE OWNED** (Loan statements may be provided in lieu of completing mortgage information below.)

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Property | | | |
| Title/Vesting | Individual  Community Property<br>Joint Tenancy  Tenancy in Common<br>Trust  Partnership/LLC/Corporation | Individual  Community Property<br>Joint Tenancy  Tenancy in Common<br>Trust  Partnership/LLC/Corporation | Individual  Community Property<br>Joint Tenancy  Tenancy in Common<br>Trust  Partnership/LLC/Corporation |
| Address | 214 E FIFM ST<br>PENNSBURG, OH 43351 | | |
| Date Purchased | 2/15/2012 | | |
| Original Cost | 175 K | | |
| Present Market Value | 350 K | | |
| Name & Address of Mortgage Holder | FIRST PLACE BANK | | |
| Mortgage Account Number | | | |
| Mortgage Balance | 93 K | | |
| Annual Rental Income | | | |
| Annual Net Cash Flow | | | |
| Amount of Payment per Month/Year | / $0  1,300 per month | / $0 | / $0 |

**DECLARATIONS OF APPLICANT AND ANY SPOUSE/RDP** (Use additional sheet for details if necessary.)

a) Are there any pending lawsuits, tax liens, bankruptcies, or judgments against you?    Yes  **No**    If yes, provide details below.
b) Are you contingently liable for debt repayments (including letters of credit) as endorser, co-maker or guarantor?    Yes  **No**    If yes, provide details below.
c) Have you had property foreclosed upon or given title or deed in lieu of foreclosure?    Yes  **No**    If yes, provide details below.
d) Are any of your assets pledged or hypothecated (other than as indicated above)?    Yes  **No**    If yes, provide details below.
e) Do you do business with any other financial institutions (other than as indicated above)?    Yes  **No**    If yes, provide details below.
f) Have you ever been declared bankrupt or been a principal or guarantor of a firm that declared bankruptcy?    Yes  **No**    If yes, list the year below.
g) Are any of the assets shown on this form held in trust?    Yes  **No**    If yes, provide details below and attach a copy of the first and last page of the trust agreement.
h) Have your income tax returns ever been audited or subject to any pending or threatened investigation by the Internal Revenue Service?    Yes  **No**    If yes, list the most recent year below.
i) Do you own 25% or more of another company (other than as indicated above)?    Yes  **No**    If yes, provide company name(s) below.
j) Are you currently on the Board of Directors or an Executive Officer of any other bank, thrift or savings and loan?    Yes  **No**    If yes, provide details below.
k) Are you a U.S. Citizen?    **Yes**  No
l) Are you a Permanent Resident Alien?    Yes  **No**    If yes, Alien Registration Number _____

Details (Attach an additional sheet if necessary):

**SCHEDULE 2: LIFE INSURANCE**  (Give face amount and cash surrender value of policies – name of insurance company and beneficiaries)

5,000,000  LINCOLN FINANCIAL
Beneficiaries are my wife RACHEL & children CLOVER & TRAVEN

**CERTIFICATION/AUTHORIZATION**

Each of the undersigned certifies that the information provided in this Personal Financial Statement and in all attached pages and supporting schedules is complete, true, and correct and may be relied upon by City National Bank and its successors and assigns ("CNB") without further verification. Each of the undersigned authorizes CNB, from time to time: (a) to verify any of said information (including any information regarding accounts, loans, and assets that are maintained at City National Securities, Inc. or any other affiliate of City National Bank), (b) to request and obtain information regarding each of the undersigned and each of the undersigned's credit history from others (including credit reporting agencies) and to verify such information, and (c) to provide information about each of the undersigned arising out of any transactions or experiences with CNB (i) to credit reporting agencies and (ii) to others in accordance with applicable law. Each of the undersigned understands and agrees that a consumer report (including a credit report) may be requested on each of them in connection with this Personal Financial Statement. If any of the undersigned asks, CNB will tell him/her whether one was ordered and, if one was ordered, the name and address of the consumer reporting agency that furnished it. Each of the undersigned also understands and agrees that subsequent consumer reports may be ordered on each of them in connection with any update, renewal or extension of credit, or any review or collection of credit, without notice.

Applicant Signature: _____   Date: 1/28/15

Spouse/RDP Signature:

If Joint Applicant _____   Date: _____
Spouse/RDP sign above only if you are a joint applicant

If Not a Joint Applicant _____   Date: _____
Spouse/RDP sign above only if you are **not** a joint
applicant and information has been provided on you above

**FORM INSTRUCTIONS**

For Forms Completed Electronically: After entering all of the requested information, please print, sign, and date the completed form and return it to your CNB relationship manager. Completed forms are **not** to be sent by e-mail back to CNB as e-mail is not a secure method of sending personal identifying and financial information.

For Forms Printed and Completed Manually: After entering all of the requested information, please print, sign, and date the completed form and return it to your CNB relationship manager. Please make a copy for your records.



January 28, 2015

CLOVERHILL CAPITAL LLC　　　　　Account: 114778 Cash

BEVAN COONEY　　　11-13-14　　Rep:146  S Corporation

621 CADDIE CT　　ATTN: ALEXIS GLUCKMAN　　Tel: (415)531-8345

INCLINE VILLAGE NY  89415　　16030 VENTURA BLVD #240　　Fax:

ENCINO CA 91436　　TIN: XX-XXX6106

**Transactions**

Balance forward:

$.00

| Date | Action | | Rec # | Amount | Description |
|---|---|---|---|---|---|
| 10-08-14 | RCVD | | 481 | 1000000 | FLIKMEDIA INC |
| 10-13-14 | ADJ | 150.00 | 1234 | | DWAC FEE/FLKM |

Ending balance:　$150.00

**Stock Positions**

| CUSIP | Symbol | Name | Shares | Price | Value |
|---|---|---|---|---|---|
| 33943P 10 5 | FLKM | FLIKMEDIA INC | 1,000,000 | $1.95 | 1,950,000 |



Viewing: 5NP228161

As of 02:25pm ET 12/09/2014

## Summary of Holdings

| SYMBOL/CUSIP DESCRIPTION | QUANTITY LAST PRICE ($) | MARKET VALUE ($) TODAY'S CHANGE ($, %) | CHANGE 5 DAY CHART |
|---|---|---|---|
| ▪ PER931AD1 | 5,000,000.00 | 0.00 | $0.00 |
| ⊕ RSTK WAKPAMNI LAKE CMNTY CORP S D SPL LTD REV TAXABLE-TOWN CTR DEV-SER A 6.020% 10/01/21 REG DTD 10/09/14 N/C | 12:00AM 01/01/01 0.00 | 0.00 0.00% | |

¹ Today's Change ($) and Today's Change (%) reflect the effect of market fluctuations on the Market Value of a holding, and are based solely on the $ change per share. Change ($), and the current number of shares held. For a holding with intraday activity such as a purchase or sale, these values may not accurately reflect the effect of market fluctuations on the account in which it is held.

² Prices for mutual funds are not updated until after market close (usually between 7pm ET and 10pm ET). Until the prices are updated, Change($) and Change(%) for Mutual Fund holdings is based on the difference between the prior two business days' Closing Prices. These values reflect the effect of market fluctuations on the Market Value of a mutual fund. Recent mutual fund activity such as a purchase or sale will not affect these values, but may result in these values not accurately reflecting the effect of market fluctuations on the account in which it is held. These values are not included for calculating the total 'Change in Market Value'.

Real-time or Delayed pricing of holdings is for domestic equities and options only. Pricing of other positions is as of the previous day's close, or the most recently available price. Positions are priced as of the last trade. The current bid or ask may be different from the price displayed.

The value of any non-dollar denominated holding used in calculating the balances fields is first converted in to a U.S. Dollar Equivalent (USDE) amount. The USDE amount is calculated by multiplying the previous day's closing price for the holding in its native currency by the previous day's closing spot (conversion) rate as determined by Pershing from sources it deems to be reliable. If the previous day's closing price is not available, then the most recent closing price available for the holding will be used.

Securities pricing may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Your printed confirmations and statements are the official records of your account.

Intraday Holdings do not account for orders that are executed but have not yet been reported by the exchanges/market makers. Please check your orders before placing trades.

†† Last Price represents the price at which the last trade occurred.

* Accrued Interest calculated as of previous business day.

Quote data delayed per exchange agreement - Data delayed at least 15 minutes for NYSE, AMEX, NASDAQ, OTC, OTCBB and OPRA.

This information is provided by National Planning Corporation through Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Mellon Corporation.

Asset Protection FAQs | Pershing Privacy Policy | Margin Disclosure
© 2014 Pershing LLC. All Rights Reserved. Click here for terms of use
Trademark(s) belong to their respective owner