

**CITY NATIONAL BANK**
The way up.®

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $100,000.00 | 02-17-2015 | 02-17-2016 | 00001 | | 032-044506 | SS | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

| | | | |
|---|---|---|---|
| **Borrower:** | **BEVAN COONEY**<br>**C/O FULTON & MEYER**<br>**16030 VENTURA BOULEVARD, SUITE 240**<br>**ENCINO, CA 91316** | **Lender:** | **City National Bank, a national banking association**<br>**Entertainment Department - Team Wheeler**<br>**400 North Roxbury Drive, Third Floor**<br>**Beverly Hills, CA 90210** |

**LOAN TYPE.** This is a Preferred Variable Rate Disclosable Open-end Line of Credit Loan to an Individual with a Credit Limit of $100,000.00.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☒ Personal, Family, or Household Purposes or Personal Investment.

☐ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.** The specific purpose of this loan is: PERSONAL EXPENSES.

**DISBURSEMENT INSTRUCTIONS.** I understand that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $100,000.00 as follows:

| | |
|---|---|
| Undisbursed Funds: | $100,000.00 |
| Credit Limit: | $100,000.00 |

**LOAN PROCEEDS.** Any telephone requests for advances against this Credit Line shall be credited to account number 112-236775 in the name of Bevan Troy Cooney Family Trust dated October 26, 2011 at City National Bank.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, I REPRESENT AND WARRANT TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN MY FINANCIAL CONDITION AS DISCLOSED IN MY MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED FEBRUARY 17, 2015.

**SIGN HERE** ➡ **BORROWER:**

X _____
     **BEVAN COONEY**

---

## CREDIT INSURANCE DISCLOSURE

**VOLUNTARY CREDIT INSURANCE.** CREDIT LIFE INSURANCE, CREDIT DISABILITY INSURANCE AND INVOLUNTARY UNEMPLOYMENT INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT.

By signing below, I acknowledge that I am not obtaining credit insurance for this loan for one of the following reasons:
    (A) I am not eligible for credit insurance;
    (B) Credit insurance is not available from Lender; or
    (C) If I am eligible and credit insurance is available from Lender, I do not want it.

Prior to signing this Credit Insurance Notice on February 17, 2015, I read and understood all of the provisions of this Disclosure.

**SIGN HERE** ➡ **BORROWER:**

X _____
     **BEVAN COONEY**

LaserPro, Ver. 14.5.10.004 Copr. D+H USA Corporation 1997, 2015. All Rights Reserved. - CA T:\CFN.PL\I20.FC TR-80319 PR-60

SEC-FM-E-0000520
**SEC-SDNY_EPROD-000254141**