**Statement for the Period June 1, 2015 to June 30, 2015**

BEVAN TROY COONEY FAMILY TRUST - Trust: Under Agreemnt
Account Number:  MGR-200234



**CITY NATIONAL SECURITIES**
The Broker/Dealer Subsidiary of City National Bank

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

CASH AND CASH EQUIVALENTS - 0.00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/15 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Money Markets** | | | | | |
| CITY NATL ROCHDALE GOVT MMKT CLN<br>7 DAY YIELD  .01%<br>Dividend Option Cash<br>Capital Gain Option Cash | CNGXX<br>CASH | 2.74 | $1.00 | $2.74 | |
| **Total Cash and Cash Equivalents** | | | | $2.74 | |

HOLDINGS > EQUITIES - 100.00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/15 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| CODE REBEL CORP COM<br>Dividend Option Cash<br>Capital Gain Option Cash | CDRB<br>RESSTK | 370,000 | $32.37 | $11,976,900.00 | | | |
| **Total Equities** | | | | $11,976,900.00 | | | |
| **Total Securities** | | | | $11,976,900.00 | | | |
| **TOTAL PORTFOLIO VALUE** | | | | $11,976,902.74 | | | |