

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2018

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    **United States v. Devon Archer et al.,**
              **16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government writes in brief response to the defendants' letter earlier today requesting a week and a half adjournment of their deadline to file motions *in limine*. The defendants' letter mischaracterizes the circumstances surrounding the production of Government Exhibits and the defendants can have no cause to complain about the production of trial exhibits six weeks prior to trial. Although the Government takes no position with respect to the defendants' request for an adjournment, the Government does not believe that an adjournment of ten days is warranted. An adjournment of that length would unnecessarily constrain the time for any opposition or reply and would prevent the Court from ruling on such motions sufficiently in advance of trial. The Government intends to file its motions *in limine* on the previously set schedule of April 2, 2018.

      Respectfully submitted,

      ROBERT KHUZAMI
      Attorney for the United States, Acting Under
      Authority Conferred by 28 U.S.C. § 515

By:  /s/ Rebecca Mermelstein
      Rebecca Mermelstein/Brendan F. Quigley/
      Negar Tekeei
      Assistant United States Attorneys
      (212) 637-2360/2190/2482