UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GARY HIRST,<br>JOHN GALANIS, a/k/a "Yanni,"<br>MICHELLE MORTON,<br>DEVON ARCHER, and<br>BEVAN COONEY,<br>                      Defendants. | No. 16 Cr. 371 (RA) |

## NOTICE OF DEVON ARCHER'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the exhibits thereto, and the pleadings and other filings in this case, defendant Devon Archer respectfully moves this Court before the Honorable Ronnie Abrams, United States District Judge, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order precluding the introduction of certain evidence at the trial scheduled to begin on April 30, 2018.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court by order dated March 30, 2018 [ECF No. 368], any opposition papers are due on April 18, 2018.

Dated:    April 11, 2018
             New York, New York                    Respectfully submitted,

                                                        /s/ Matthew L. Schwartz
                                                    Matthew L. Schwartz
                                                    BOIES SCHILLER FLEXNER LLP
                                                    575 Lexington Avenue, 7th Floor
                                                    New York, New York 10022
                                                    Tel.: (212) 446-2300
                                                    mlschwartz@bsfllp.com

                                                    *Attorneys for Devon Archer*