**Cc:**        Devon Archer[darcher@rosemontcapital.com]
**To:**        Holmby[jason@holmbycompanies.com]
**From:**    Bevan Cooney
**Sent:**    Thur 4/30/2015 1:47:35 PM
**Subject:**  Re: "Morgan" revised 5 responses

We continue to press until we have a huge surplus of excess honey. Devin should be a great Bee Keeper for our native bonds. Excited to hear how that meeting goes.

Sent from my iPhone

On Apr 29, 2015, at 10:12 PM, Holmby <jason@holmbycompanies.com> wrote:

> Arch and i attacking teneo tomorrow

I have devin with an i tomorrow

Huge

Sent from my iPhone

On Apr 30, 2015, at 1:06 AM, Bevan Cooney <btcooney@gmail.com> wrote:

> The "Greek Machine" just doesn't stop!!!

Sent from my iPhone

On Apr 29, 2015, at 9:49 PM, jason galanis <jason@holmbycompanies.com> wrote:

> relentless greek attack

Begin forwarded message:

> **From:** jason galanis <jason@holmbycompanies.com>
> **Subject: "Morgan" revised 5 responses**
> **Date:** April 30, 2015 at 12:48:33 AM EDT
> **To:** asteichen@valorlife.com

aloyse,

one version is redlined so you can see the revisions made to reflect your comments. the other is clean.

they did not ask for an org chart. my instinct and advice is not to offer it yet. i would recommend being responsive only to what they asked in the teaser.

your call, of course.

Best,

Jason

**GOVERNMENT EXHIBIT 2084**

16 Cr. 371 (RA)

<Document5.docx>

<Document5.docx>