**From:** Bevan Cooney <btcooney@gmail.com>
**Subject:** Re: AW: transfer confirmation
**Sent:** Mon, 12 Jan 2015 07:44:08 -0800
**To:** Holmby <jason@holmbycompanies.com>

Super stressful having no liquid honey

Sent from my iPhone

On Jan 12, 2015, at 7:38 AM, Holmby <jason@holmbycompanies.com> wrote:

> Yeah stressful

Sent from my iPhone

On Jan 12, 2015, at 7:37 AM, Bevan Cooney <btcooney@gmail.com> wrote:

> At least somewhere in transit J!

Sent from my iPhone

On Jan 12, 2015, at 3:03 AM, Holmby <jason@holmbycompanies.com> wrote:

Sent from my iPhone

Begin forwarded message:

**From:** Elzbieta Sotbarn <elzbieta.sotbarn@wealth-assurance.com>
**Date:** January 12, 2015 at 2:58:43 AM PST
**To:** 'Holmby' <jason@holmbycompanies.com>
**Subject: AW: transfer confirmation**

Jason,

The account debited is a Bank of Ireland account (in Ireland), as this was the account were we had EUR available.

I will ask them whether they have any information on this.

Kind regards,
Ela

**Von:** Holmby [mailto:jason@holmbycompanies.com]
**Gesendet:** Montag, 12. Januar 2015 11:42
**An:** Elzbieta Sotbarn
**Betreff:** Re: transfer confirmation

Ela

Thanks for the information. I note the jan 9 value date, however, Still nothing as of today in the Thorsdale account.

Has the money been debited from the swiss account? That would at least indicate if the problem is on the swiss end or the American end. Would be

GOVERNMENT
EXHIBIT
2253
16 Cr. 371 (RA)

unusual at the jp Morgan chase end.

Jason

Sent from my iPhone

On Jan 12, 2015, at 12:21 AM, Elzbieta Sotbarn <elzbieta.sotbarn@wealth-assurance.com> wrote:

Dear Jason,

Please find attached payment confirmation; transferred with value date 09.01.2015.

Kind regards,
Ela

<20150112091547675.pdf>