**To:** Devon Archer[darcher@rosemontcapital.com]; Bevan Cooney[btcooney@gmail.com]
**From:** Holmby
**Sent:** Wed 2/19/2014 2:32:55 AM
**Subject:** No Subject-4501.EML

Guys I am getting close on the shell. I'm working on a second shell as well for another Arben deal. We also will have a draft of the registration statement for the NASDAQ IPO that I am including you shitheads in. I also think that Dan McClory will have an engagement for Dynatronics. We are back in moneymaking mode. The Greek is good at this part. Product manufacturing, and product sales. Equals luxury merchandise fund.

Sent from my iPhone

GOVERNMENT
EXHIBIT
2005
16 Cr. 371 (RA)