| | |
|---|---|
| **Subject:** | Re: Our nerds...love them |
| **From:** | Bevan Cooney <btcooney@gmail.com> |
| **Sent:** | Sat, 20 Jun 2015 10:37:00 -0700 |
| **Cc:** | "devon@burnhamequitypartners.com" <devon@burnhamequitypartners.com> |
| **To:** | jason galanis <jason@holmbycompanies.com> |

Have to love our Nerds!! Only thing missing is booger and we have the Tri-Lambs!!



Sent from my iPhone

On Jun 20, 2015, at 9:15 AM, jason galanis <jason@holmbycompanies.com> wrote:

Menu
Home
News
    »Court Reports
    »Politics
    »Education
    »Environment
    »Health
    »Human Interest
Sports
Business
Lifestyle
    »Style & Fashion
    »Carla Confidential
    »Best Mom Ever
Faith
    »Maria Seaman
    »Church Announcements
Opinion
    »Letters to the Editor
    »Opinion Writers
Milestones
    »Obituaries
Youth Spotlight
    »Zaire's Corner
    »Eron Hill
    »Destinee Taylor

GOVERNMENT
EXHIBIT
2291
16 Cr. 371 (RA)

Gallery

About Us

»Contact Us

»Advertising

»Code of Practice

»Terms & Conditions

- Home
- News
  - Court Reports
  - Politics
  - Education
  - Environment
  - Health
  - Human Interest
- Sports
- Business
- Lifestyle
  - Style & Fashion
  - Carla Confidential
  - Best Mom Ever
- Faith
  - Maria Seaman
  - Church Announcements
- Opinion
  - Letters to the Editor
  - Opinion Writers
- Milestones
  - Obituaries
- Youth Spotlight
  - Zaire's Corner
  - Eron Hill
  - Destinee Taylor
- Gallery
- About Us
  - Contact Us
  - Advertising
  - Code of Practice
  - Terms & Conditions

Search...



A+ A A-

# Valor Group appoints Bermuda management team

- 16 Jun 2015
- Written by  Press release
- Published in Business

- Print
- Email
- Add new comment

From left, Louis Zuckerbraun, Karl Lupson, Mark Waddington and Michael Lima. *Photos supplied

Valor Group Ltd. ("Valor Group")  (which recently acquired Bermuda International Insurance Services Limited, "Bermuda International" and merged it with VL Assurance (Bermuda) Ltd.) recently announced the appointment of its Bermuda management team.

The Bermuda management team, through Valor Management Ltd. ("Valor Management"), will be responsible for the distribution, underwriting and administrative operations for VL Assurance (Bermuda) Ltd. as well as VL Assurance Inc. (a Barbados registered 953d carrier).

Louis Zuckerbraun has been appointed Chief Executive Officer and Michael Lima (formerly of Bermuda International) joins the company as General Manager and Executive Vice President. Karl Lupson, remains with the new organization and has been named as Chief Operating Officer and Mark Waddington has been appointed as Chief Financial Officer.

Mr. Zuckerbraun is based in Zurich and Bermuda and was previously co-CEO of a Swiss life and annuity company, Zenith Vie, that provided traditional life,

savings and annuity products to Swiss and international clients. Prior to that, he was one of the founding partners of the Crown Global Group of Insurance Companies in Bermuda, Grand Cayman and Delaware and held the position of Managing Director. He is a former Partner of swisspartners Wealth Management, Zurich and a former Director of swisspartners Insurance Company, Grand Cayman.  Mr. Zuckerbraun has also held positions at Transatlantic Re and Hannover Re.

Mr. Lima is recognised globally as an expert in the international life insurance industry and has been involved in the insurance industry for over 30 years. Mr. Lima was instrumental in developing Sun Life Assurance Company of Canada's international offshore programme as General Manger.  In January 2005, he joined the BF&M Group in Bermuda and launched Bermuda International as the General Manager. Prior to joining Valor Management in March 2015, he decided to leverage his experience and knowledge to start his own consulting firm, Millennium International Insurance Consultants Limited in 2013.

Mr. Lupson has more than 25 years of sales and marketing experience. He previously worked for Mutual Life of Canada, now Sun Life Financial, in various marketing positions. He has also worked for an American-based firm and resided in over 20 countries developing and launching proprietary loyalty and rewards programmes for luxury brand hotels. Prior to his

transition to Valor Management, he worked for Bermuda International since 2006 and is based in Bermuda.

Mr Waddington is based in Bermuda where he has spent more than 20 years in the insurance and reinsurance industry.  Prior to joining Valor Management, Mr. Waddington spent the last 12 years with American International Company Ltd, a local subsidiary of AIG, primarily in the role of Director of Investment Accounting and Fund Administration before assuming the role of Associate Director of Risk Management for his last two years there.

Louis Zuckerbraun, Chief Executive Officer, Valor Management, says: "We are excited about the acquisition of Bermuda International. With Valor Group's US$6 billion assets under management, a financially secure parent company and experienced management team, we are well positioned to service our clients. Furthermore, we have developed an operational centre in Bermuda to provide administrative and underwriting support and will be adding significant resources in the areas of underwriting, marketing, products and industry experience that will position us well for future growth."

Valor Management is part of the Valor Group, a multi-billion dollar financial services group of companies that provide private placement insurance solutions for high net worth clients worldwide.

Valor Group is a publicly traded company on the Bermuda Stock Exchange under ticker WAH.BH. The group includes insurance companies and other financial institutions with licenses in Barbados, Liechtenstein, Luxembourg, Ireland and now Bermuda.

## Rate this item

- 1
- 2
- 3
- 4
- 5

## (0 votes)

**Add comment**

**Do:**
• Share your opinion
• Be respectful
• Give us feedback on our stories, photos and videos.

**Don't:**
• Call anyone names
• Say anything libelous
• Say anything that risks prejudicing court proceedings
• Swear (or any variations on swearing)

Comments are moderated and will show up after they are approved.

Name (required)

E-mail (required, but will not display)

Website

2000 symbols left

Notify me of follow-up comments



Refresh

Confidential Material

Send
Cancel

JComments
back to top



27°C

## Hamilton

Partly Cloudy

Humidity: 70%

Wind: 9.66 km/h

Visualscope

## Subscribe to the Today in Bermuda daily newsletter

* indicates required
Email Address *
First Name
Last Name

1. Most Popular
2. Most Comments
3. Latest

- Accountant General's Department is 2015 Corporate Blood Donor of the Year
- Video: The Grind Off with Harlequins Rugby Players vs America's Cup Sailors
- Ministerial statement: College to revert to charging full tuition this fall
- Sandys assault victim remains in ICU
- PLP letter to Governor regarding proposed changes to Criminal Code

  •

- Dr David Chapman: Carnival - empowerment or evil?
- BEST MOM EVER: Janine Richardson
- BEST MOM EVER: Evelyn Hayward
- Chris Famous: Bermuda rallies around The West Indies
- Queen's Birthday Honours List 2015

- Video: The Grind Off with Harlequins Rugby Players vs America's Cup Sailors
- Ministerial statement: College to revert to charging full tuition this fall
- Sandys assault victim remains in ICU
- PLP letter to Governor regarding proposed changes to Criminal Code
- Accountant General's Department is 2015 Corporate Blood Donor of the Year

  •

Confidential Material

© Today In Bermuda

Facebook Twitter Instagram Google+ RSS

**Current Time:** 9:15 am
|| **Current Date:** Friday, 19 June 2015