

.



### Facts

*Born:* October 9, 1919
*Place of Birth:* Poplar, MT
*Death:* March 17, 2008
*Place of Death:* Williston, ND

# Eric Travis Craft

*October 9, 1919 - March 17, 2008*

Eric Travis Craft, 28 of Poplar passed away on March 17, 2008. He was born on October 9th, 1979 in Williston, North Dakota to Judy Greufe Brown and Jim Craft, Jr.

A prayer service will be held Thursday, March 20, 2008 at 7 p.m. at the Assembly of God Church in Poplar. Funeral services will be Friday, March 21, 2008 at 2 p.m., also at Poplar Assembly of God with Pastors June and Larry Lockwood of Alpha and Omega Fellowship of Poplar to officiate. Burial to follow in Poplar Cemetery.

Eric loved all things outdoors. He especially loved camping and fishing with his dad in the Helena area. He also had a soft heart for every stray animal that he came across, often insisting on giving them a home. Eric enjoyed learning about history from the History channel, visiting the State Museum and Library in Helena at every opportunity. He loved spending time with his brother, Royce, his cousins and all his friends. He watched over young C.T., his late friend Joe Boyd's son. He was his brother's biggest fan, listening to and enjoying his music. He loved playing with nephew Anthony and niece Joslynn. Another favorite was traveling with Grandma Myrna and Grandpa Harry to Williston to shop. Eric had a wonderful sense of humor when he was with those he loved, often creating hilarious word plays that made us all laugh. He was always helpful to anyone who asked and even when not asked, he helped his family and friends in their endeavors. He truly enjoyed having his mother read the Bible to him. He will be missed terribly by all who knew him.

Eric was preceded in death on his father's side by a long line of Bitterroot Salish tribal leaders, including great grandfather Chief Tony Charlo, grandmother Elizabeth Charlo Craft and grandfather James Pat Craft, Sr. On his mother's side he was preceded by Great grand-parents James and Rose Archdale and John and Julia Greufe; sisters Sherry Baker and Tashina Craft; cousin Candy Craft; and nephew and niece Ryan Alexander and Natalee Rose Alexander; and auntie Carol Jean Red Thunder. His dear friends Tonya Lambert and Joe Boyd, Sr. also preceded him.

Eric is survived by his mother, Judy Brown of Poplar; his dad, Jim Craft of Missoula; brothers Royce (Mary) Baker of Missoula and James A. Craft III of Wolf Point; a sister

Crystal White Hawk of Missoula; niece, Joslynn Baker of Missoula; nephew Anthony Baker of Rapid City, South Dakota. He is also survived by his grandparents, Harry and Myrna Greufe of Poplar, and Vic Charlo and Mary Jane Charlo of the Flathead area. Also surviving him are his aunts, Suzanne (Courtney) Smith of Lewiston, Idaho; Feryl (John) Grainger of Helena; cousins Orin (Christina) and James (Alanna) Alexander of Poplar, John Daniel Grainger of Poplar; Ryan Alexander of Lewiston, Idaho; Rose Alexander of Moscow, Idaho; Luke Bighorn and Lainie Grainger of Helena; Tiffany Lame Woman and Crystal Craft of Missoula. Other nieces and nephews include Anna Alexander; Camryn Azure; Chelsea and Christina Belle Alexander; Alec Alexander; Bayzel, Courtney, and Ryan Lee Alexander; Isaiah Alexander and Shontel Shaw; Emmalynn Kohl; Dane Five Crows Bighorn and Katelyn Chapman. Other aunties and uncles are Anita (Clyde) Bauer; Linda (John) Atchico; Kathleen (Barry) Ventura; Butch Bear, and all of their children. Also surviving him is dear friends, Vermae Smith and son C.T. Smith of Poplar.

My son Eric, I know Jesus is coming soon and that you are in the everlasting arms safe at home in Heaven, beholding our Savior's face. My boy, we love you and will miss you so much.

Clayton Stevenson Memorial Chapel of Wolf Point has been entrusted with the arrangements. Condolences may be sent to the family at csmc@nemontel.net or www.stevensonandsons.com.



_PDF Printable Version_

## Sign the Guestbook

Share your thoughts and memories about Eric Travis Craft in the guestbook.

_Sign the guestbook_

_Read the guestbook_

Memorial Networks™ Partner Provider: _Batesville Interactive_, All rights reserved. | _Funeral Home Website by Batesville, Inc._
_PRIVACY_ | _TERMS OF USE_