# EXHIBIT 10

**From:** Devon Archer <darcher@rosemontcapital.com>
**To:** Bevan Cooney <btcooney@gmail.com>
**Cc:** Jason Galanis <jason@holmbycompanies.com>, Andrew Godfrey <andrew.godfrey@gmail.com>
**Subject:** Re: LAX Photos
**Sent:** Sat, 9 May 2015 11:35:53 +0000
 _N2J2871.jpeg

Our families commitment to respecting and honoring the Native Americans through sport runs deep!

Devon D. Archer
646 436 3745

On May 8, 2015, at 11:03 PM, Bevan Cooney <btcooney@gmail.com> wrote:

> My niece Chloe Cooney firing montana lacross!!

Sent from my iPhone

Begin forwarded message:

> **From:** "Chloe R. Cooney" <rosebud.cooney@gmail.com>
> **Date:** May 8, 2015 at 7:24:24 PM PDT
> **To:** Birth GIVER <kjm765@gmail.com>, Cameron Camille <kathycooneymt@aol.com>, Bevan Cooney <Bevancooney@aol.com>, bevan cooney <btcooney@gmail.com>, Scott Cooney <scottcooney@rockyrail.com>
> **Subject: Fwd: LAX Photos**

> Very happy with them!!



**GOVERNMENT EXHIBIT**
**2085**
16 Cr. 371 (RA)



Confidential Material

Confidential Material

SearchWarrant_v2_00018291

