# EXHIBIT 15

```
Cc:       Devon Archer <darcher@rosemontseneca.com>
From:     Bevan <btcooney@gmail.com>
Subject:  Re: Wilma Standing Bear and Geneva Lone Hill have fully executed the agreements
Sent:     Fri, 15 Aug 2014 20:52:41 -0700
To:       jason galanis <jason@holmbycompanies.com>
```

This is pure Genius allá mikey Milken!! The Native American Bonds!! Leon Black would approve of this trade!! Right up his alley!! Love the names!! I had a girl named Tiffany Lame Woman pull a knife on me when I was in 8th grade!! Great work here Greek!!

Sent from my iPhone.

On Aug 15, 2014, at 8:25 PM, jason galanis <jason@holmbycompanies.com> wrote:

> <8signatures08112014.pdf>

