# EXHIBIT 19



# Extraction Report
Apple iPhone Logical



U.S. Department of Justice

U.S. Attorney's Office, SDNY

District Criminal Intelligence Unit

1 Saint Andrew's Plaza

New York, NY 10007

## Summary

| | |
|---|---|
| Connection Type | Cable No. 210 |
| Extraction start date/time | 9/3/2015 4:33:34 PM |
| Extraction end date/time | 9/3/2015 4:37:34 PM |
| Extraction Type | Logical |
| Extraction ID | 468507d3-a2c7-4bb9-9942-40bba1b6875f |
| Selected Manufacturer | Apple |
| Selected Device Name | iPhone 5C |
| UFED Physical Analyzer version | 4.5.0.230 |
| Version type | |
| Time zone settings (UTC) | Original UTC value |
| Examiner name | Enrique Santos |
| Department | District Criminal Intelligence Unit |
| Location | Southern District of New York |

GOVERNMENT EXHIBIT 3004
16 Cr. 371 (RA)

1

| | |
|---|---|
| 3/5/2015 10:32:32 PM(UTC+0), +13104259575 (Jason Galanis) we're going to build something big | |
| Read: 3/5/2015 10:33:26 PM(UTC+0) | |
| 3/5/2015 10:32:32 PM(UTC+0), +13104259575 (Jason Galanis) true | |
| Read: 3/5/2015 10:33:26 PM(UTC+0) | |
| 3/5/2015 10:32:53 PM(UTC+0), +17325985189 You're just saying that ☺ | |
| Delivered: 3/5/2015 10:32:54 PM(UTC+0) Read: 3/5/2015 10:32:32 PM(UTC+0) | |
| 3/5/2015 10:33:46 PM(UTC+0), +13104259575 (Jason Galanis) you're also going to shit when you see the indian developments | |
| Read: 3/5/2015 10:33:46 PM(UTC+0) | |
| 3/5/2015 10:33:58 PM(UTC+0), +13104259575 (Jason Galanis) you'll be very proud | |
| Read: 3/5/2015 10:33:58 PM(UTC+0) | |
| 3/5/2015 10:34:16 PM(UTC+0), +13104259575 (Jason Galanis) I'm telling you we are going to do two things which are not mutually exclusive | |
| Read: 3/5/2015 10:34:16 PM(UTC+0) | |
| 3/5/2015 10:34:26 PM(UTC+0), +13104259575 (Jason Galanis) make a ton of money and make a ton of difference | |
| Read: 3/5/2015 10:34:26 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) I'm even quoting things published but he Milken Institute recently | |
| Read: 3/5/2015 10:35:17 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) and the legend will be reborn | |
| Read: 3/5/2015 10:35:01 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) and burnham will look like kings in innovative high yield municipals | |
| Read: 3/5/2015 10:34:47 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) i said true | |
| Read: 3/5/2015 10:36:44 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) no smartass | |
| Read: 3/5/2015 10:36:44 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) about Emerging Domestic Markets | |
| Read: 3/5/2015 10:35:23 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) as in i do adore you | |
| Read: 3/5/2015 10:36:44 PM(UTC+0) | |
| 3/5/2015 10:34:40 PM(UTC+0), +13104259575 (Jason Galanis) as in its true | |
| Read: 3/5/2015 10:36:44 PM(UTC+0) | |
| 3/5/2015 10:35:23 PM(UTC+0), +17325985189 Nuance is not you're strong suit is it baby. My comment was saying that you were expressing an emotion that you truly don't feel. The comeback should have been "yes I do". Again, Einstein | |
| Delivered: 3/5/2015 10:35:24 PM(UTC+0) Read: 3/5/2015 10:34:40 PM(UTC+0) | |
| 3/5/2015 10:36:06 PM(UTC+0), +13104259575 (Jason Galanis) as in take a loving venture more gracefully | |
| Read: 3/5/2015 10:36:44 PM(UTC+0) | |
| 3/5/2015 10:36:10 PM(UTC+0), +13104259575 (Jason Galanis) gesture | |
| Read: 3/5/2015 10:36:44 PM(UTC+0) | |
| 3/5/2015 10:36:48 PM(UTC+0), +13104259575 (Jason Galanis) actually just apple autocorrect | |
| Read: 3/5/2015 10:37:32 PM(UTC+0) | |
| 3/5/2015 10:37:15 PM(UTC+0), +17325985189 Venture? Freudian slip I think | |
| Delivered: 3/5/2015 10:37:16 PM(UTC+0) Read: 3/5/2015 10:36:48 PM(UTC+0) | |