# EXHIBIT 27

| | |
|---|---|
| **From**: | Devon Archer [darcher@rosemontcapital.com] |
| **Sent**: | 12/20/2014 1:49:45 AM |
| **To**: | jason galanis [jason@holmbycompanies.com] |
| **CC**: | Bevan Cooney [btcooney@gmail.com] |
| **Subject**: | Re: VL Assurance - Funded |

Weasels win!

Devon Archer
646 436 3745

On Dec 19, 2014, at 7:12 PM, jason galanis <jason@holmbycompanies.com> wrote:

> WEASELS gettin' shit done
>
>
>
> Begin forwarded message:
>
> **From:** Jason Sugarman <jsugarman@camdencap.com>
> **Subject: Re: VL Assurance - Funded**
> **Date:** December 19, 2014 at 4:03:08 PM PST
> **To:** Gary Hirst <gary@hirstlaw.com>
> **Cc:** "Jason Galanis (jason@holmbycompanies.com)" <jason@holmbycompanies.com>
>
> Were in biz! Thanks
>
> Sent from my iPhone
>
> On Dec 19, 2014, at 3:17 PM, "Gary Hirst" <gary@hirstlaw.com> wrote:
>
>> <image001.png>
>> <image001.png>

GOVERNMENT
EXHIBIT
**2067**
16 Cr. 371 (RA)

Confidential Material