LAW OFFICES
**PAULA J. NOTARI**
152 W. 57th Street, Suite 800
New York, New York 10019
Tel. (646) 943-2172

April 12, 2018

The Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  *United States v. Jason Galanis et al*
        16-cr-0371-4 (RA)

Dear Judge Abrams:

Please find a request for an order allowing myself and my associate Abraham Hassen to bring both a laptop and an Ipad into the courthouse starting tomorrow, April 13, 2018. The need for an Ipad is because we have stored the Government's Exhibits on separate Ipads which will be used for trial. We were hoping to meet tomorrow before Court to review discovery and government exhibits. I have terminated the Order to end on June 30, 2018 because I currently do not know when Mr. Cooney's trial will end. Additionally, next week I have court on two separate matters later in the day before Judge Paul G. Gardephe and Judge Edgardo Ramos and I was hoping to bring my laptop into the courthouse on those dates to work on Mr. Cooney's case. Please contact me if you have additional questions.

                                                    Respectfully submitted,

                                                    /s/ Paula Notari
                                                    The Law Office of Paula J. Notari
                                                    152 West 57th Street, 8th Floor
                                                    New York, New York 10019
                                                    Tel.: (646) 943-2172

Cc: (via ECF) ALL Parties                    Abraham J. Hassen
                                                    25 Eighth Ave, Suite C
                                                    Brooklyn, New York 11217

                                                    *Attorneys for Bevan Cooney*