**To:** Shapiro, Steven[Steven.Shapiro@cnb.com]
**From:** Matthew Fillman
**Sent:** Wed 5/20/2015 11:49:09 PM
**Subject:** RE: Cooney - Stock

190M of the proceeds would pay off your existing credit
90M on term loan and 100M – PML
We could possibly put a limited share stop loss order in place just in case.
Run it the blue ladder

**From:** Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
**Sent:** Wednesday, May 20, 2015 4:45 PM
**To:** Matthew Fillman
**Subject:** RE: Cooney - Stock

i'll see if credit admin will allow this. Minim price is $10 per share and it has to be seasoned, but at this kind of ltv, we will see.


Sent with Good (www.good.com)


-----Original Message-----
**From:** Matthew Fillman [matthewf@fultonmeyer.com]
**Sent:** Wednesday, May 20, 2015 04:39 PM Pacific Standard Time
**To:** Shapiro, Steven
**Subject:** RE: Cooney - Stock


Stock Secured – Single Sock – Nadaq Traded (at least it's not a penny stock)  - IPO was yesterday
IPO Price 5
Trading at 3-5 times that
He has 500M shares so 12MM
Looking for 750M-1MM  - would hold shares in CNS
Restricted for 90 days – from IPO

FYI- you have the bank account for Code Rebel  - so expect KYCQ coming your way soon as well.

**From:** Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
**Sent:** Wednesday, May 20, 2015 4:17 PM
**To:** Matthew Fillman
**Subject:** RE: Cooney - Stock

totally slammed today. What are the basics of said exciting loan request?

GOVERNMENT EXHIBIT
411
16 Cr. 371 (RA)

USAO_SDNY_013560.000173

Sent with Good (www.good.com)

-----Original Message-----
**From:** Matthew Fillman [matthewf@fultonmeyer.com]
**Sent:** Wednesday, May 20, 2015 12:58 PM Pacific Standard Time
**To:** Shapiro, Steven
**Subject:** FW: Cooney - Stock

If this is the Steve Shapiro that works for crappy loans r us - please call me back.

**Matthew Fillman**
**Banking & Investment Consultant**
Fulton & Meyer
16030 Ventura Blvd.
Suite 240
Encino, CA 91436

(818) 501-4421 (ofc)
(818) 501--3340 (fax)
matthewf@fultonmeyer.com

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.


please consider the environment before printing this e-mail.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

USAO_SDNY_013560.000173