**From:** Bevan Cooney <btcooney@gmail.com>
**Subject:** Re: Loan Request
**Received(Date):** Wed, 28 Jan 2015 14:30:27 -0800
**To:** Matthew Fillman <matthewf@fultonmeyer.com>

cnbloan.pdf
cnbloan 1.pdf
cnbloan 2.pdf
cnbloan 3.pdf
cnbloan 4.pdf
cnbloan 5.pdf
cnbloan 6.pdf
cnbloan 7.pdf

On Jan 27, 2015, at 5:48 PM, Matthew Fillman wrote:

> Bevan,
>
> Sure I can work something out, but can you take a minute and complete the attached.
> Big round numbers – not too detailed.
> I just don't have a good handle of what really should be on you balance sheet, plus I need the signed form to work as the application for regulatory reasons.
>
> Also would rather get something perm instead of short term if I can.
>
> Thanks,
>
> Matthew Fillman
> Banking & Investment Consultant
> Fulton & Meyer
> 16030 Ventura Blvd.
> Suite 240
> Encino, CA 91436
>
> (818) 501-4421 (ofc)
> (818) 501--3340 (fax)
> matthewf@fultonmeyer.com
>
> This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.
> P please consider the environment before printing this e-mail.
>
>
> This email has been scanned for email related threats and delivered safely by Mimecast.
> For more information please visit http://www.mimecast.com
> <02476E_Personal_Financial_Statement--Newest Form USE.doc>