| | |
|---|---|
| **Subject:** | Re: Steps to arrange for transfer and re-registration of bonds |
| **From:** | Bevan Cooney <btcooney@gmail.com> |
| **Sent:** | Wed, 1 Apr 2015 17:16:29 -0700 |
| **Cc:** | Alexis Gluckman <alexisg@fultonmeyer.com>, "Isaacs, Richard" <risaacs@allegiancefin.com> |
| **To:** | Matthew Fillman <matthewf@fultonmeyer.com> |

Thanks for the quick response on this Matthew. I will get you purchaser info and contact asap. Lets make sure I Sign anything I Need too before I leave to Hawaii on Saturday.

Best,
Bevan
Sent from my iPhone

On Apr 1, 2015, at 5:01 PM, Matthew Fillman <matthewf@fultonmeyer.com> wrote:

> Bevan,
>
> CNB will happily provide the Medallion Guarantee.
> A. We can call and confirm on the Bond Power  - Rich you have the original?
> B. We can secure form CNB
> C. Alexis can cut the check  - will get the amount when we call on the Bond Power
> D. Bevan – do you have the purchaser info/W-9 – or at least the info and contact instructions so we can request the W-9?
> E. We can help you draft
> F. We will also verify if the address is valid for Fed Ex – otherwise we should send registered/insured.
>
> Let us know on the purchaser info and location of original bond.
>
> Thanks,
>
>
> **Matthew Fillman**
> **Banking & Investment Consultant**
> **Fulton & Meyer**
> 16030 Ventura Blvd.
> Suite 240
> Encino, CA 91436
>
> (818) 501-4421 (ofc)
> (818) 501--3340 (fax)
> matthewf@fultonmeyer.com
>
> This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.
>
>  please consider the environment before printing this e-mail.
>
>
>
> **From:** Alexis Gluckman
> **Sent:** Wednesday, April 1, 2015 4:25 PM
> **To:** Matthew Fillman
> **Cc:** Eric Fulton
> **Subject:** FW: Steps to arrange for transfer and re-registration of bonds
>
> See below
>
>
> Alexis Gluckman