**From:** Bevan Cooney <btcooney@gmail.com>
**Subject:** Cooney Bonds
**Received(Date):** Fri, 24 Apr 2015 10:13:18 -0700
**To:** Alexis Gluckman <alexisg@fultonmeyer.com>,Andrew Godfrey <andrew.godfrey@gmail.com>

Alexis we need to medallion my bonds and fed ex to Burnham in NY. Andrew is copied here he will give you specifics on who to make the bonds out too and where to send.
Best,
Bevan

Sent from my iPhone



SEC-FM-E-0003789
SEC-SDNY_EPROD-000257410

SEC-FM-E-0003789