**From:** "Salus, Matthew" <Matthew.Salus@cnb.com>
**To:** "Shapiro, Steven" <Steven.Shapiro@cnb.com>
**Cc:** "Thomas, Elizabeth" <Elizabeth.Thomas@cnb.com>, "Alexis Gluckman(alexisg@fultonmeyer.com)" <alexisg@fultonmeyer.com>
**Subject:** Medallions
**Received(Date):** Fri, 24 Apr 2015 18:17:02 +0000
image001.png

Steve,

Alexis needs to get some Medallions for Bevan Cooney, are you able to help with this today?

-Matt

Matthew Salus
Administrative Specialist
Tel: (310) 888-6019
400 N Roxbury, Beverly Hills CA, 90210

Visit us at www.cnb.com



Note: Electronic mail sent through the Internet is generally not secure and could be intercepted by a third party. For your protection, avoid sending private or confidential information. Except as specifically agreed upon in advance for select bank services, please do not send requests for banking transactions, as we may be unable to process any such requests received via e-mail.
Member FDIC | Non-Deposit investment products are: not insured by the FDIC; are not a deposit or other obligation of, or guaranteed by, the City National Bank; and, are subject to investment risks, including possible loss of the principal amount invested.

**From:** Alexis Gluckman <alexisg@fultonmeyer.com>
**To:** "Shapiro, Steven" <Steven.Shapiro@cnb.com>
**Received(Date):** Fri, 24 Apr 2015 13:01:08 -0700
**Subject:** RE: Medallion Guarantee
Burnham Financial Form.pdf

Here you go

Alexis Gluckman

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

 please consider the environment before printing this e-mail.

**From:** Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
**Sent:** Friday, April 24, 2015 12:58 PM
**To:** Alexis Gluckman
**Subject:** RE: Medallion Guarantee

Yup—perfect.

**From:** Alexis Gluckman [mailto:alexisg@fultonmeyer.com]
**Sent:** Friday, April 24, 2015 12:55 PM
**To:** Shapiro, Steven
**Subject:** RE: Medallion Guarantee

He will be there – sending form shortly.

SEC-FM-E-0000828
SEC-SDNY_EPROD-000254449

I am going to have a messenger come and pick up the completed power form at 2:15 – is that enough time?

Alexis Gluckman

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

 please consider the environment before printing this e-mail.

**From:** Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
**Sent:** Friday, April 24, 2015 12:42 PM
**To:** Alexis Gluckman
**Subject:** RE: Medallion Guarantee

2 PM would be great. Have him ask for me, and he will just need to bring in his ID..

Steve

Steven Shapiro
Senior Vice President/Team Leader & Sales Manager
City National Bank
Entertainment Division
400 N. Roxbury Dr., 3rd Floor
Beverly Hills, CA  90210

*ph: 310-888-6270*
*fax: 310-888-1038*
*Steven.Shapiro@cnb.com*

*mlo #589071*

**From:** Alexis Gluckman [mailto:alexisg@fultonmeyer.com]
**Sent:** Friday, April 24, 2015 12:31 PM
**To:** Shapiro, Steven
**Subject:** RE: Medallion Guarantee

He can come in today at 2 – does that work? I can fill out the power form and send it to you.

Alexis Gluckman

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

 please consider the environment before printing this e-mail.

**From:** Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
**Sent:** Friday, April 24, 2015 11:51 AM
**To:** Alexis Gluckman
**Subject:** RE: Medallion Guarantee

It is always my preference to have him come in person. However, if you are 100% sure that he signed it, you can send me the signed certificate, I'll stamp it, and then send it back to you. Remember—it needs to be 100% certain that he signed it…not 99%.

Thanks,

Steve

*Steven Shapiro*
*Senior Vice President/Team Leader & Sales Manager*
*City National Bank*
*Entertainment Division*
*400 N. Roxbury Dr., 3rd Floor*
*Beverly Hills, CA  90210*
*ph: 310-888-6270*
*fax: 310-888-1038*
*Steven.Shapiro@cnb.com*

*mlo #589071*

**From:** Alexis Gluckman [mailto:alexisg@fultonmeyer.com]
**Sent:** Friday, April 24, 2015 10:34 AM
**To:** Shapiro, Steven
**Subject:** Medallion Guarantee

Hi Steve,

Bevan Cooney needs to have his bond certificates medallion guaranteed. I'm still waiting for

more details but what would be that easiest way to get this done?

Alexis Gluckman
**Business Manager**
**Fulton & Meyer**
16030 Ventura Blvd.
Suite 240
Encino, CA 91436

(818) 501-4421 (ofc)
(818) 501-3340 (fax)
Alexisg@fultonmeyer.com

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

 please consider the environment before printing this e-mail.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

| OFF | Account No. | T | Ck | RR# |
|---|---|---|---|---|
|  |  |  |  |  |

## IRREVOCABLE STOCK OR BOND POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sell, assign and transfer to

Print Name  Burnham Financial    13 - 3435435
Social Security or Taxpayer Identifying No.

IF STOCK, COMPLETE THIS PORTION
_____ shares of the _____ stock of _____
represented by Certificate(s) No(s). _____ inclusive,
standing in the name of the undersigned on the books of said Company.

IF BONDS, COMPLETE THIS PORTION
In the principal amount of $ 5,000,000.00 , No(s) R-1 / 93l130AD0 inclusive,
standing in the name of the undersigned on the books of said Company.

The undersigned does(do), hereby, irrevocably constitute and appoint
_____ attorney to transfer the said stock or bond(s),
as the case may be, on the books of said Company with full power of substitution in the premises.

Dated _____

**Important- Read Carefully**
The signatures(s) to this Power must correspond with the name(s) as written upon the face of this certificate(s) or bond(s) in every particular without alteration or enlargement or any change whatever. Signature guarantee should be made by a member or member organization of the New York Stock Exchange, members of other Exchanges having signatures on file with transfer agent or by a commercial bank or trust company having its principal office or correspondent in the City of New York.

Sign Here _____

_____
(Person(s)Executing This Power Sign(s) Here)

SIGNATURE GUARANTEED

2000-4 –C-59625 (75M) 3/94 Form# 5190

SEC-FM-E-0000833
SEC-SDNY_EPROD-000254454