**From:** Alexis Gluckman <alexisg@fultonmeyer.com>
**Sent:** Wednesday, May 27, 2015 2:32 PM
**To:** Steven Shapiro (Steven.Shapiro@cnb.com)
**Subject:** Cooney - Bond Power

Hi Steve,

When we did the original bond power for Bevan they gave use the wrong name for the transfer.
Can Bevan come down and get a new medallion stamp on the new form?

Alexis Gluckman
**Business Manager**
**Fulton & Meyer**
16030 Ventura Blvd.
Suite 240
Encino, CA 91436


(818) 501-4421 (ofc)
(818) 501-3340 (fax)
Alexisg@fultonmeyer.com


This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

 please consider the environment before printing this e-mail.