**To:** Sebastian Momtazi[smomtazi@rosemontcapital.com]
**From:** Bevan Cooney
**Sent:** Thur 5/28/2015 6:46:43 PM
**Subject:** Cooney bond power
Doc - May 28, 2015, 11-35 AM.pdf
ATT00001.txt

Confidential Material

| OFF | Account No. | T | Ck | RR# |
|---|---|---|---|---|
|  |  |  |  |  |

## IRREVOCABLE STOCK OR BOND POWER
FOR VALUE RECEIVED, the undersigned does (do) hereby sell, assign and transfer to

Print Name: **Bonwick Capital Partners, LLC**  
Social Security or Taxpayer Identifying No.: **27-4436830**

**IF STOCK, COMPLETE THIS PORTION**
_____ shares of the _____ stock of _____ represented by Certificate(s) No(s). _____ inclusive, standing in the name of the undersigned on the books of said Company.

**IF BONDS, COMPLETE THIS PORTION**
In the principal amount of $ **5,000,000.00**, No(s) **2.2/93ll30A00** inclusive, standing in the name of the undersigned on the books of said Company.

The undersigned does(do), hereby, irrevocably constitute and appoint _____ attorney to transfer the said stock or bond(s), as the case may be, on the books of said Company with full power of substitution in the premises.

Dated **5/28/15**

**Important- Read Carefully**
The signatures(s) to this Power must correspond with the name(s) as written upon the face of this certificate(s) or bond(s) in every particular without alteration or enlargement or any change whatever. Signature guarantee should be made by a member or member organization of the New York Stock Exchange, members of other Exchanges having signatures on file with transfer agent or by a commercial bank or trust company having its principal office or correspondent in the City of New York.

Sign Here: [signature]  
(Person(s) Executing This Power Sign(s) Here)

**SIGNATURE GUARANTEED**

SIGNATURE GUARANTEE  
MEDALLION GUARANTEE  
[signature] SVP

2000-4 –C-59625 (75M) 3/94 Form# 5190

Confidential Material

SearchWarrant_v2_00001307

Sent from my iPhone

Confidential Material