| From: | Bevan Cooney [btcooney@gmail.com] |
|---|---|
| Sent: | 4/22/2015 10:35:41 PM |
| To: | Gary Hirst [gary@hirstlaw.com] |
| Subject: | Report_from_Bevan_Cooney.pdf |
| Attachments: | Report_from_Bevan_Cooney.pdf; Untitled attachment 00010.txt |

Gary i will get you last three years tax returns. Here is draft of this years from my accountant

GOVERNMENT
EXHIBIT
2280
16 Cr. 371 (RA)

# Bevan Cooney
# Profit & Loss
### January 1 through December 17, 2014

Cash Basis

|  | Jan 1 - Dec 17, 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Gift Income** | 500.00 |
| **Income** | 1,900,000.00 |
| **Total Income** | 1,900,500.00 |
| **Expense** | |
| Automobile Expense | 12,803.97 |
| Bank Service Charges | 898.07 |
| Cable | 4,980.92 |
| Cash Draws | 45,620.00 |
| Charitable Contributions | 1,100.00 |
| Child Expense | 14,802.39 |
| Clothing | 40,030.55 |
| Computer and Internet Expenses | 906.01 |
| Donation | 1,096.85 |
| Dry Cleaning | 1,018.43 |
| Dues and Subscriptions | 4,442.41 |
| Gardner | 1,070.00 |
| Gift | 2,635.40 |
| Groceries | 35,633.37 |
| Health and Beauty | 7,969.60 |
| Household | 48,766.18 |
| Insurance Expense | 11,810.60 |
| Interest Expense | 29,289.86 |
| Licenses and Permits | 505.00 |
| Meals and Entertainment | 108,295.12 |
| Medical | 61,795.12 |
| Moving and Storge | 85.02 |
| Office Supplies | 10.00 |
| Parking | 471.13 |
| Pet Expenses | 510.64 |
| Postage and Delivery | 554.37 |
| Printing and Reproduction | 320.48 |
| Professional Fees | 15,140.00 |
| Rent Expense | 88,050.00 |
| Repairs and Maintenance | 717.46 |
| Security | 461.51 |
| Storage | 404.01 |
| Taxes - Property | 3,353.03 |
| Telephone Expense | 3,817.07 |
| Travel Expense | 55,822.83 |
| Uncategorized Expenses | 253.97 |
| Utilities | 15,243.88 |
| **Total Expense** | 620,685.25 |
| **Net Ordinary Income** | 1,279,814.75 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.02 |
| Other income | 6,352.00 |
| UnRealized Gain Loss | -1,380.09 |
| **Total Other Income** | 4,971.93 |
| **Other Expense** | |
| Loss on Sale of Range Rover | 30,601.22 |
| Prior Year Taxes - Federal | 1,035.79 |
| **Total Other Expense** | 31,637.01 |
| **Net Other Income** | -26,665.08 |
| **Net Income** | 1,253,149.67 |

Page 1
Restricted for Management Use Only

Sent from my iPhone

SearchWarrant_v2_00030220