USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-371 (RA) |
| v. | ORDER |
| JASON GALANIS, et al., | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties shall submit a letter by May 4, 2018 updating the Court as to the status of the stipulations.

SO ORDERED.

Dated:   April 26, 2018
         New York, New York

Ronnie Abrams
United States District Judge