# EXHIBIT 1

| | |
|---|---|
| **To:** | Calabria, Tom[tcalabria@bsibam.com] |
| **Cc:** | Tim Richerson[tim@dtrgroup.com]; peter@nathanla.us[peter@nathanla.us]; Burnham, Jon[jburnham@bsibam.com] |
| **From:** | Devon Archer |
| **Sent:** | Tue 2/25/2014 2:57:44 PM |
| **Subject:** | Re: Burnham Call Info for Tomorrow (2/25) BIT Board Mtg |

Tom,
Apologies, my flights were rearranged today and I am taking off now, so I will be in the air and unavailable to call in today. I can follow up by phone for the balance of the week or in person in NYC next.
Best,

Devon Archer
646 436 3745

On Feb 24, 2014, at 3:35 PM, "Calabria, Tom" <tcalabria@bsibam.com> wrote:


Gentleman,

Jon asked that I forward you the information to call into tomorrow's BIT Board meeting. Jon said we will contact you (call or email) you when we are ready for you to join, but he anticipates that it should be between 10:30 and 11:30

**Host:** Tom Calabria
SUBJECT:   BIT Audit and Board Meetings
**Date:** Tuesday, February 25, 2014



**ACCESS INFORMATION:**
**Dial In Number:** 212-333-9660 (or Ext. 660)
**Conference ID:** 7532
**PIN:** Not Required
**Password:** 2357


Tom Calabria
Burnham Asset Management Corp.
Burnham Securities Inc.
1325 Avenue of the Americas, 26th Floor
New York, NY 10019
Phone: 212-603-7532
Fax:  212-333-9686

🌲 **Think before you print**

*Burnham Securities Inc./Burnham Asset Management Corp. does not accept security orders or certain instructions regarding your account by e-mail.  For your protection, we advise that you do not include account numbers, social security numbers, credit card numbers, passwords or other non-public information in electronic communications.  The information provided in this e-mail or any attachments is not an official transaction confirmation or account statement.  Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only. Information received by or sent from this system is subject to review by supervisory personnel, is retained, and may be produced to regulatory authorities or others with a legal right to the information.  The information contained in this message may be privileged, confidential, proprietary or otherwise protected from disclosure.  If you have received this email in error, please notify us immediately by replying to this message and promptly deleting it from your computer.*

DOJ_Archer_0003782914