# EXHIBIT 2

**To:** Burnham, Jon[jburnham@bsibam.com]
**From:** Devon Archer
**Sent:** Thur 5/22/2014 5:30:35 PM
**Subject:** Re: RE:

Understood.  Call you at 4pm when I free up.  I'm a RE closing last 48 hours which has had me occupied.

Devon Archer
646 436 3745

On May 22, 2014, at 1:25 PM, "Burnham, Jon" <jburnham@bsibam.com> wrote:

> Thanks Devon.  But I do need to talk to you.
>
> The $250K was one matter.
>
> Another is I just want you to know the legal bills we're getting in connection with the change of control from Molly Moynihan (Counsel to the independent trustees) - $30,000 for March, and yesterday, we got her bill for $80,000. Utterly outrageous and will obviously have to be negotiated down big time.  Also, there have been 15 special meetings of the independent trustees for a total of $85,000.  While the latter is paid by the funds, it comes out of our fees so reduces our revenues.  I intend to negotiate these as well.  But I just wanted you to know that we have these bills.  We actually have paid some of the trustee bills but not all.
>
> On the plus side, we have some substantial fees coming in early June.  Joymain should be in the area of $525,000 with 50% owed to Jay Linde.  There is an additional CF fee of $300,000 that we expect later in June.
>
> Brad Peck (who is the new piece of business I mentioned to you) would like to meet you tomorrow.  If you could spend some time with him any time tomorrow, it would be very helpful.  If you can't actually meet with him, could you talk by phone at some point?
>
> And lastly – John Work, V.P. of JPM's Private Bank is the person that can take care of Yelena's banking needs – for herself and for her daughter.  Let me know what you want to do.  I can also introduce her to Damien Garcia at U. S. Trust who handles my stuff.  He is terrific.
>
> So please call me!!!!!!!
>
> Best, JMB.

---

**From:** Devon Archer [mailto:darcher@rosemontcapital.com]
**Sent:** Thursday, May 22, 2014 12:49 PM
**To:** Burnham, Jon; Stephen Weiss; Kaplan, Mark N
**Subject:** RE:

Got it.  I have a call with Jason at 1:30 and will organize funding.

---

**From:** Burnham, Jon [jburnham@bsibam.com]
**Sent:** Thursday, May 22, 2014 10:15 AM
**To:** Stephen Weiss; Kaplan, Mark N; Devon Archer
**Subject:**

> I hate to bother you with this today, but I have a couple of pressing matters.
>> has been cancelled but still in your (Steve's) possession.  Please wire these funds to us as per Marcelle's instructions which you (Steve) have.  We have also provided the numbers you required of us.
>>> 1.  Please let me know, in advance, of all documents and memos that will be presented to the BIT Board BEFORE they are presented so I won't be confronted with any surprises or questions I can't answer.  Also – what is the timing on this.  The Board will need adequate time to digest the material.
>
> Thanks for your help.  Please let me know when we can expect the $250K.
>
> Best, JMB.

DOJ_Archer_0003782908

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Burnham Securities Inc./Burnham Asset Management Corp. does not accept security orders or certain instructions regarding your account by e-mail. For your protection, we advise that you do not include account numbers, social security numbers, credit card numbers, passwords or other non-public information in electronic communications. The information provided in this e-mail or any attachments is not an official transaction confirmation or account statement. Any information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only. Information received by or sent from this system is subject to review by supervisory personnel, is retained, and may be produced to regulatory authorities or others with a legal right to the information. The information contained in this message may be privileged, confidential, proprietary or otherwise protected from disclosure. If you have received this email in error, please notify us immediately by replying to this message and promptly deleting it from your computer.*

DOJ_Archer_0003782909