# EXHIBIT 3

**To:** darcher@rosemontseneca.com[darcher@rosemontseneca.com]
**From:** Yelp - NYC - Manhattan
**Sent:** Wed 10/2/2013 10:57:23 AM
**Subject:** Yelp's Guide To CroNOTS

Case 1:16-cr-00371-RA   Document 454-3   Filed 05/11/18   Page 2 of 3



 Facebook   Twitter

October 2, 2013

# Yelp's Guide To CroNOTS

*This Weekly Yelp brought to you by* CMJ Music Marathon 2013


*Zachary B*
*Mmm, cookies.*

### On The Radar 

**Plate By Plate:**
Project By Project's 15th Annual Tasting Benefit

**Affordable Art Fair:**
Style Out Your Pad For Less

**Stadium Sundays:**
Football Watching And DJs Invade Slate

**Reggae On The River:**
Rastafari At The South Street Seaport

**New In Hell's Kitchen:**
Atlas Social Club

Though the fine folks at Dominique Ansel Bakery are indeed onto something great, there are more options to satisfy your sweet tooth than a Cronut. This week, we show you Manhattan's many alternative baked goods that are sure to impress without waiting in line for three hours. Time is money, y'allz!

**Breads Bakery (Union Square)**
"OMG, the chocolate babka," exclaims **Sally W**. "It's full of decadent chocolate, and it's yummy, gooey, and chewy. I can't believe I'm saying this, but it's so chocolatey... it could have even used a little less!" Nonsense.

**Schmackary's (Hell's Kitchen)**
**Cas M** quips, "I've had a lot of things put in my mouth in Hell's Kitchen, but these cookies are by far the best. The gluten-free sweet corn and outside-the-box regulars like carrot cake (with cream cheese frosting, no less) and maple bacon are all nothing short of mind- and tongue-blowing."

**Doughnut Plant (LES)**
"You should go and pick up a tres leches doughnut right now," instructs **Brian Y**. "You will stare at it in awe after your first bite. Light, moist like the finest cakes but with a creamy delicious centre filling. Not overly sweet or creamy... it's the embodiment of fine balance."

**Molly's Cupcakes (Bleecker Street)**
**Terren J** reports, "The crème brûlée cupcake is my favorite dessert in NYC! It's not too sweet, it's very moist, and has a crunchy caramelized top. What makes the cupcake even better is that it's filled with crème brûlée in the center. Heaven!"

**Dessert Club, ChikaLicious (East Village)**
Speaking of torched sugar, **Michelle Y** informs, "Chikalicious is now serving their version of the Cronut, known as the Dough'ssant. They come in different flavors but the crème brûlée is the way to go. It's warm, crusty, sugary, and all kinds of goodness. The best part is I waited in line for five minutes at 10pm and it was still readily available. Take that!"

 *Compiled by your Community Manager* Ruggy J *with help from* Yelpers *like you!*

*(A Word from Our Sponsor)* New York City's greatest music and entertainment adventure party.

### CMJ Music Marathon 2013 Takes Over NYC October 15-19



Thirty-three years ago, Blondie, Kool & the Gang, and John Lennon topped the charts. Ozzy Osbourne bit the head off a dove. And in October of that year in one small New York City venue, with only two bands, CMJ was born. Now the festival is one of the world's most crucial outlets for new music, and industry networking, with over 1,400 performers given a chance to shine in over 80 clubs across the city.

*For full access to shows, panels, and parties, get yourself a CMJ 2013 badge!*

### Top Yelpers

See who's been mouthing off this week!

 Alice E.   Zulay A.   Sharon W.   Azinda M.   Diane Z.

### Picks of the Week

Reviews we liked this week.



**Wesley S.** on **Little Pie Company**
"I was heading to a birthday brunch and decided to bring something for the host. As such, I asked a friend what he recommended and he suggested Little Pie Company. I stopped by here picked up their signature sour cream apple walnut pie. They come in three sizes (for two, eight or ten) and they…"



**Jennifer C.** on **Doughnut Plant**
"Possibly the best doughnuts I've ever had!!!!

I was lucky enough to taste both the double chocolate doughnut (which was rich and decadent), and the dulce de leche one (I think?). Both were amazing!!!! I would highly, highly recommend the Doughnut Plant and would definitely make a trip all the way…"



**James O.** on **Coolhaus Ice Cream Sandwiches**
"I've been stalking this truck on Twitter for a while (no shame), waiting for an excuse to take someone with me. Luckily, this morning I woke up, checked my Twitter feed and saw they would be just a few subway stops away from my place.

Like a true fatty, I pretended to be out running errands, when…"

### Fresh Lists

The newest of our users' favorites.



**Sweets!**
"the best!"



**City of Sweets.**
"Delicious treats found around NYC."



**NYC Sweets**
"You're asking the right person ;)"



**sweet & treats**
"cookies and cakes oh my"



**C.R.E.A.M.**
"Cake Rules Everything Around Me.

I eat a lot of cake."

 Facebook   Twitter

Community Blog   Yelp Blog   Weekly Yelp Archive   Feedback

To stop receiving this email click here

Copyright © 2013 Yelp Inc., 706 Mission Street, San Francisco, CA 94103, U.S.A.

.