# EXHIBIT 4

**To:** darcher@rstp.com[darcher@rstp.com]
**From:** Yelp – NYC - Brooklyn
**Sent:** Wed 3/4/2015 9:33:00 AM
**Subject:** We Did It All For The Cookie

# The Weekly Yelp
NYC - Brooklyn



## We Did It All For The Cookie

Robicelli's Bakery – Ron L

It was us. We stole the cookies from the cookie jar. Because there's nothing better than these round, buttery treats. Whether you prefer them soft or chewy, crispy or gooey, grab a glass of milk and gobble up this selection of some of the tastiest cookies in town.

### Buttermilk Bakeshop
55 reviews
South Slope
South Slope
339 7th Ave, Brooklyn, NY
Bakeries



**Jason E.** said: "This is without a doubt the most unbeli…"
show more **Jason E.** said: "This is without a doubt the most unbelievable bakery I've been to anywhere! Literally everything from there is just absolutely incredible. I highly recommend the triple chocolate cookie, brownie, monkey bun, Nutella cookie, and really just anything."
"This is without a doubt the most unbelievable bakery I've been to anywhere! Literally everything from there is just absolutely incredible. I highly recommend the triple chocolate cookie, brownie, monkey bun, Nutella cookie, and really just anything."
Jason E., Brooklyn, NY

### Bakeri
201 reviews
Williamsburg - North Side
Williamsburg - North Side
150 Wythe Ave, Brooklyn, NY
Coffee & Tea, Bakeries, Breakfast & Brunch



**Christina B.** said: "I've found my soulmate and it comes in …" show more **Christina B.** said: "I've found my soulmate and it comes in cookie form. The rosemary hazelnut cookie from Bakeri to be exact. OMG this cookie. I would never have thought the combination of rosemary, chocolate and hazelnuts in a baked good would be so delicious."

> "I've found my soulmate and it comes in cookie form. The rosemary hazelnut cookie from Bakeri to be exact. OMG this cookie. I would never have thought the combination of rosemary, chocolate and hazelnuts in a baked good would be so delicious."
> Christina B., WHITESTONE, NY

## Robicelli's Bakery

 119 reviews

Fort Hamilton
Fort Hamilton
9009 5th Ave, Brooklyn, NY
Bakeries

> **Elizabeth N.** said: "Their cookies (NJ cookie) are delicious…" show more **Elizabeth N.** said: "Their cookies (NJ cookie) are delicious and didn't make me feel guilty for eating it. Their stuff is not so sweet and you taste the quality ingredients they use. Their pies (which we made) were delicious!"
>
> "Their cookies (NJ cookie) are delicious and didn't make me feel guilty for eating it. Their stuff is not so sweet and you taste the quality ingredients they use. Their pies (which we made) were delicious!"
> Elizabeth N., Brooklyn, NY

Check out some more of our favorites

## Popular Events This Week

### BeerProv

Tuesday, March 10, 8:00 pm
Littlefield
622 Degraw St, Brooklyn, NY

Hey New York City... we are BACK! And we've got another great show lined up for you with some … Read more
Tuesday, March 10, 8:00 pm show more Tuesday, March 10, 8:00 pm

Littlefield
622 Degraw St, Brooklyn, NY

Hey New York City... we are BACK! And we've got another great show lined up for you with some …

### Intro to Beekeeping

Tuesday, March 10, 6:00 pm
Brooklyn Grange Farm & Farmstand
63 Flushing Ave, Brooklyn, NY

This winter introduction to beekeeping with Stone Barns bee keeper Dan Carr will leave you buz… Read more

Tuesday, March 10, 6:00 pm show more Tuesday, March 10, 6:00 pm

Brooklyn Grange Farm & Farmstand
63 Flushing Ave, Brooklyn, NY

This winter introduction to beekeeping with Stone Barns bee keeper Dan Carr will leave you buz…

### TEDxxx 3: Drunk By The Forces Of Nature

Saturday, March 7, 8:30 pm – 10:00 pm
Videology
308 Bedford Ave, Brooklyn, NY

Saturday, March 7th @8:30 Welcome back to TEDxxx. Think harder, be drunker, enjoy more PowerP… Read more

5 are interested!
Saturday, March 7, 8:30 pm – 10:00 pm show more Saturday, March 7, 8:30 pm – 10:00 pm

Videology
308 Bedford Ave, Brooklyn, NY

Saturday, March 7th @8:30 Welcome back to TEDxxx. Think harder, be drunker, enjoy more PowerP…

5 are interested!

Find more local events

## This Week's Sponsor

### Travel with Purpose

Twin Shadow in Hawaii, Black Lips, Angel Olsen, and more

Travel With Purpose is a collection of stories from the road, travel tips, and ephemera from our favorite artists all over the globe. This is a travel guide like no other — inside these pages bands such as Twin Shadow, El Perro Del Mar, The Black Lips, Angel Olsen, Chromeo, and Man Man (we're dying to share this one) clue you in on hidden gems and tried-and-trues in their own 'hoods. Gain insight into the hottest destinations (Seoul, Korea; Reykjavik, Iceland; Calgary, Canada) from a music perspective. See the world — and hear its sounds.

To stop receiving Yelp messages, click here
Copyright © 2015 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.

