# EXHIBIT 5

**From**: Jason [jason@burnhamequitypartners.com]
**Sent**: 7/12/2015 3:20:48 AM
**To**: Devon Archer [darcher@rosemontcapital.com]
**Attachments**: FullSizeRender.jpg; ATT00001.txt

```
Bbq'ing the koi
Filet 'o fish sandies
```

DOJ_Archer_0003782633

Sent from my iPhone

DOJ_Archer_0003782634



DOJ_Archer_0003782635