# EXHIBIT 6

| | |
|---|---|
| **From**: | Devon Archer [/O=HOSTEDCORPORATEEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DARCHER] |
| **Sent**: | 4/30/2015 8:56:34 PM |
| **To**: | jason@holmbycompanies.com |
| **Subject**: | FW: Native American Wealth Manager |

Anything you can think of to do here?  Or do we have bandwidth constraints?

---
From: Eric Schwerin [eschwerin@rosemontseneca.com]
Sent: Thursday, April 30, 2015 3:35 PM
To: Devon Archer
Subject: Re: Native American Wealth Manager

Anything on this?



Eric D. Schwerinwe
Rosemont Seneca Partners, LLC
1010 Wisconsin Ave., NW
Suite 705
Washington, DC 20007
(202) 333-1880
eschwerin@rosemontseneca.com
P Consider the environment before printing this email.



On Apr 28, 2015, at 10:45 AM, Devon Archer <devon@rstp.com<mailto:devon@rstp.com>> wrote:

Will follow up today on this.

Devon D. Archer
646 436 3745

On Apr 28, 2015, at 10:43 AM, Eric Schwerin <eschwerin@rosemontseneca.com<mailto:eschwerin@rosemontseneca.com>> wrote:

Andrew/Devon-

Just checking in on the below.  I think Devon said there was someone at Burnham that would be appropriate to arrange a call with?

Best,

Eric


Eric D. Schwerin
Rosemont Seneca Partners, LLC
1010 Wisconsin Ave., NW
Suite 705
Washington, DC 20007
(202) 333-1880
eschwerin@rosemontseneca.com
P Consider the environment before printing this email.



On Apr 21, 2015, at 3:51 PM, Eric Schwerin <eschwerin@rosemontseneca.com<mailto:eschwerin@rosemontseneca.com>> wrote:

Andrew-

I just spoke with Devon about this and he suggested I email you and him with more information.  A friend of Hunter's contacted us and wanted to introduce us to a Native American, Thomas Seneca, who runs his own wealth management business.  This firm has not taken advantage of its minority/Native American owned status to win clients.  Since Burnham has recently acquired the minority owned BD, we thought perhaps the person at Burnham who advised you on that transaction could talk to the Native American firm and give them some advice.  The idea being of course that whatever they do would be in partnership with Burnham.  Also, it would also be a good opportunity to expose Burnham products (mutual funds and trading) to this wealth management firm.

Can we set up a call with the right folks at Burnham and Mr. Seneca?

Let me know.

Thanks.

Best,

Eric


Eric D. Schwerin
Rosemont Seneca Partners, LLC
1010 Wisconsin Ave., NW
Suite 705
Washington, DC 20007
(202) 333-1880
eschwerin@rosemontseneca.com
P Consider the environment before printing this email.