# EXHIBIT 7

| | | |
|---|---|---|
| **To:** | Sebastian Momtazi[smomtazi@rosemontcapital.com] | |
| **From:** | Devon Archer | |
| **Sent:** | Wed 11/5/2014 7:31:58 PM | |
| **Subject:** | Re: acct info | |

Case 1:16-cr-00371-RA   Document 454-7   Filed 05/11/18   Page 2 of 3

**To:** Sebastian Momtazi[smomtazi@rosemontcapital.com]
**From:** Devon Archer
**Sent:** Wed 11/5/2014 7:31:58 PM
**Subject:** Re: acct info

Something in that range. Yes

Devon Archer
646 436 3745

On Nov 5, 2014, at 11:31 AM, Sebastian Momtazi <smomtazi@rosemontcapital.com> wrote:

> Understood. Andrew said 85. I assume you're right on 50 being right number as minimum assuming rest of his credit is kosher.

**From:** Devon Archer <darcher@rosemontcapital.com>
**Date:** Wednesday, November 5, 2014 2:24 PM
**To:** Sebastian Momtazi <smomtazi@rosemontcapital.com>
**Subject:** Re: acct info

Thinking about.

Devon Archer
646 436 3745

On Nov 5, 2014, at 10:33 AM, Sebastian Momtazi <smomtazi@rosemontcapital.com> wrote:

> How much and when?
>
> Seb Momtazi
> 347 602 1160
>
> Begin forwarded message:
>
>> **From:** Andrew Godfrey <andrew.godfrey@gmail.com>
>> **Date:** November 5, 2014 at 1:32:44 PM EST
>> **To:** Sebastian Momtazi <smomtazi@rosemontcapital.com>
>> **Subject: Re: acct info**
>>
>> Correct. Thx
>>
>>> On Nov 5, 2014, at 1:31 PM, Sebastian Momtazi <smomtazi@rosemontcapital.com> wrote:
>>>
>>> That's chase right and name just Andrew Godfrey?
>>>
>>> Seb Momtazi
>>>
>>> 347 602 1160

> On Nov 5, 2014, at 1:30 PM, Andrew Godfrey <andrew.godfrey@gmail.com> wrote:
>
> Acct #: ███████████
>
> Routing #: ████████