USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/11/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-371 (RA) |
| v. | ORDER |
| JASON GALANIS, et al., | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to remove entry number 500 from the docket.

SO ORDERED.

Dated:    June 11, 2018
          New York, New York

_____
Ronnie Abrams
United States District Judge