# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of May, two thousand and eighteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

United States of America,

        Appellee,

v.

Jaquan Walters,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 17-3972

    Counsel for Appellant moves for a 60-day extension, until July 31, 2018, to file the principal brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, either a brief or counsel's withdrawal from the case should be filed no later than July 31, 2018.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

