

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2018

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Galanis, et al.</u>, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government respectfully requests that the Court order Pre-Sentence Investigations and set a sentencing schedule for defendants John Galanis, Devon Archer and Bevan Cooney. In accordance with these defendants' proposed post-trial briefing schedule, to which the Government has no objection, the Government requests that sentencings be scheduled for late October or early November 2018.

                                     Respectfully submitted,

                                       ROBERT KHUZAMI
                                       Attorney for the United States, Acting Under
                                       Authority Conferred by 28 U.S.C. § 515

                     By:  /s/_____
                              Rebecca Mermelstein
                              Brendan F. Quigley
                              Negar Tekeei
                              Assistant United States Attorneys
                              (212) 637-2360/2190/2482

cc:     Counsel of record (via ECF)