**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

July 6, 2018

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/09/2018

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Galanis, et al., S3 16 Cr. 371 (RA)**

Dear Judge Abrams:

The Government respectfully requests that the Court order Pre-Sentence Investigations and set a sentencing schedule for defendants John Galanis, Devon Archer and Bevan Cooney. In accordance with these defendants' proposed post-trial briefing schedule, to which the Government has no objection, the Government requests that sentencings be scheduled for late October or early November 2018.

> The schedule for sentencing hearings shall be as follows: John Galanis on November 2, 2018 at 2:00 p.m.; Mr. Archer on November 9 at 2:30 p.m.; and Mr. Cooney on November 9 at 4:00 p.m. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> July 9, 2018

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515

By: /s/
Rebecca Mermelstein
Brendan F. Quigley
Negar Tekeei
Assistant United States Attorneys
(212) 637-2360/2190/2482

cc:   Counsel of record (via ECF)