USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOHN GALANIS, DEVON ARCHER and BEVAN COONEY,

Defendant.

No. S3 16-CR-371 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

After a twenty-one day jury trial, Defendants John Galanis, Devon Archer and Bevan Cooney were found guilty of Counts One and Two of the Third Superseding Indictment.

The Clerk of Court is respectfully requested to upload to ECF the court exhibits from the trial, each of which is attached to this Order.

SO ORDERED.

Dated:   July 6, 2018
         New York, New York

Ronnie Abrams
United States District Judge