COURT EXHIBIT
5.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
        - v. -                      :    S3 16 Cr. 371 (RA)
                                    :
JOHN GALANIS,                       :
     a/k/a                          :
"Yanni," DEVON                      :
ARCHER, and BEVAN                   :
COONEY,                             :
                                    :
                                    :
         Defendants.                :
------------------------------------x
```

Please indicate your verdicts with a check mark (✓):

**COUNT ONE**
**(Conspiracy to Commit Securities Fraud)**

John Galanis:        Not Guilty _____        Guilty ___✓___

Devon Archer:        Not Guilty _____        Guilty ___✓___

Bevan Cooney:        Not Guilty _____        Guilty ___✓___

1

## COUNT TWO
### (Securities Fraud)

| | | |
|---|---|---|
| John Galanis: | Not Guilty _____ | Guilty ✓ |
| Devon Archer: | Not Guilty _____ | Guilty ✓ |
| Bevan Cooney: | Not Guilty _____ | Guilty ✓ |

*When your deliberations are complete, please sign and date the verdict form.*

[signatures]

New York, New York
JUNE 28, 2018

2