UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   - v. -                              16-cr-00371 (RA)

MICHELLE MORTON,

                Defendant.

## <u>NOTICE OF MOTION TO WITHDRAW GUILTY PLEA</u>

Pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), and upon the Declaration of

Michelle Morton, the Declaration of Gregory Morvillo, and the accompanying Memorandum of

Law, Defendant Michelle Morton respectfully moves the Court for an order permitting her to

withdraw her guilty plea entered before the Court on May 16, 2018.

Dated: July 20, 2018
      New York, New York

                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                            By: /s/ Gregory Morvillo
                                Gregory Morvillo

                            Orrick, Herrington & Sutcliffe LLP
                            51 West 52nd Street
                            New York, New York 10019
                            Tel: 212-506-5000

                            *Attorneys for Defendant Michelle Morton*