UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MICHELLE MORTON,<br><br>　　　　　　Defendant. | 16-cr-00371 (RA) |

## DECLARATION OF GREGORY MORVILLO

Pursuant to 28 U.S.C. §1746, Gregory Morvillo declares as follows:

1.　　I am an attorney admitted to practice before this Court and a partner with the law firm Orrick, Herrington & Sutcliffe LLP.  I respectfully provide this Declaration in support of Michelle Morton's Motion to Withdraw Guilty Plea.  Unless otherwise stated, this Declaration is based upon my own personal knowledge and experience.

2.　　Attached as Exhibit A to this Declaration is a true and correct copy of the June 14, 2018 letter that I submitted to notify the Court of Michelle Morton's intent to move to withdraw her guilty plea.

3.　　On June 20, 2018, the Court's clerk told me that the Court intended to inform the government and the defendants on trial about Ms. Morton's intent to move to withdraw her plea. I understand that the Court did, in fact, inform the parties about Ms. Morton's intent to move to withdraw her plea prior to the government resting its case in chief at trial.

　　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 20, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory Morvillo
　　　　　　　　　　　　　　　　　　　　　　　Gregory Morvillo