UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - v. - | 16-cr-00371 (RA) |
| MICHELLE MORTON, | DECLARATION OF MICHELLE MORTON |
| Defendant. | |

Pursuant to 28 U.S.C. Sect. 1746, Michelle Morton declares as follows:

1. I am the defendant in the above-captioned matter. I submit this Declaration in support of my Motion to Withdraw Guilty Plea. Unless otherwise stated, this Declaration is based upon my own personal knowledge.

2. In 2015, after I notified FINRA about my suspicions concerning Jason Galanis and through the course of the investigation in the above-captioned case, I maintained my innocence concerning the charges in this matter.

3. I was scheduled to stand trial in this matter beginning May 23, 2018. Rather than go to trial, I entered a guilty plea to Counts I and IV of the third superseding indictment on May 16, 2018.

4. I now realize I entered a guilty plea for reasons other than actual guilt, which I want to explain to the Court in the context of this Motion and supporting Declaration.

5. As the Court is aware, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. ███████████████████████████████████████████████████████████████████

1

███████████████████████████████████████████████████████

████████████████████████████████

7. In addition to this stress, I learned a few weeks in advance of trial that ████████

███████████████████████████████████████████████████████

8. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████

9. ███████████████████████████████████████████████

████████████████████████████████████████████

10. ████████████████████████████████████████████████

█████████████████████████████████████████████████

11. ████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

12. ████████████████████████████████████████████████

███████████████████████████████

13. In the two weeks that preceded the trial, I came to learn that many of my former colleagues stood with the government in accusing me of wrongdoing, or those who were not were refusing to assist in my defense at trial. ████████████████████████████████████████████████████████████████████████████████████

████████ All of the above listed factors wreaked havoc on my sense of self. As such, I began to believe that, if it was possible for my siblings and former-colleagues to blame me for various events, I must have done something wrong. I failed myself in that I allowed doubt to seep into my thought processes. I began to believe that I deserved bad things to happen to me. I began to question my otherwise constant belief that I was innocent.

14. I now know that I allowed these doubts to rule my decision-making. Therefore, on May 16, 2018, I entered a guilty plea before this Court. I now know that I entered a plea of guilty because I deluded myself into believing that all those people could not be wrong and therefore I must have done something improper. I convinced myself that this would alleviate some of the relentless pressures in my life.

15. Two days after my plea, I snapped out of my deluded state and realized I had made a terrible mistake. I had this realization when I informed my Pretrial Services Officer what I had done. Since my arrest in 2016, I have had an open, honest, and trusting relationship with my Pretrial Services Officer, and informing her about my plea made me realize that I had deluded myself. The stress I previously felt in fact worsened because I understood that I had deceived myself and in so doing had unintentionally misled the Court. Only after this realization, I first learned that I could seek to withdraw my guilty plea. Thereafter, I instructed my attorneys to notify the Court about my decision to try to withdraw my plea. I took this action and submit this

motion with the full understanding that I may be in a worse position regardless of how the Court decides this motion.

16. Had I understood that I was deluding and betraying myself when I entered my guilty plea, I never would have pled guilty. I maintain that I am not guilty. At this time, I am prepared to stand trial in this matter.

17. Based on the foregoing, I respectfully request that the Court permit me to withdraw my guilty plea.

Dated:   New York, New York
         July 20, 2018

By: _____
    Michelle Morton