LAW OFFICES
**PAULA J. NOTARI**
125 PARK AVENUE
8th Floor
NEW YORK, NEW YORK 10017
---------
Tel. (646) 943-2172

May 9, 2019

**BY ECF and Email**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. Jason Galanis, et al.*, S1 16 Cr. 371 (RA)

Dear Judge Abrams:

On behalf of defendant Bevan Cooney we are asking the Court to adjourn Mr. Cooney's sentencing date currently set for May 24, 2019 for 45 days. The Government consents to this request. The additional time is requested because the parties are discussing various issues which will likely impact the Court's view at sentencing. The parties further agree that 45 days should be sufficient time to resolve these outstanding issues.

Respectfully,

/s/ Paula Notari
Paula Notari
Counsel for Bevan Cooney

cc: All Attorneys ECF