**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

    -against-

GARY HIRST, ET AL.,

             Defendants.

Case Nos. 16-cr-371 (RA)

**NOTICE OF WITHDRAWAL**

TO:    Clerk of the Court and All Parties of Record

       PLEASE TAKE NOTICE that, effective June 13, 2019, EMMA SPIRO hereby

withdraws her individual appearance as counsel for Defendant Gary Hirst in the above-captioned

matter.  This notice does not affect Sher Tremonte LLP's status on this case.

Dated:  New York, New York
       June 13, 2019

              By: _/s/ Emma Spiro_____
                  Emma Spiro

Application granted.

SO ORDERED.

Ronnie Abrams
United States District Judge

June 14, 2019