

September 26th, 2018

To the Sentencing Judge:

I am writing to plead for your leniency when sentencing Mr. Bevan Cooney of Missoula, Montana.

My name is W. Eric Fulton, and I am a partner here at Fulton Management. I have been an accountant and business manager for almost 30 years and I've been chosen as one of the top business managers in my field by The Hollywood Reporter and Variety magazine for many years.  I first started working with Bevan over 10 years ago and during this time he has always shown to be an honest and professional individual.  I was originally introduced to him through another client of mine and I've had an opportunity to spend some time with Bevan outside of the office as well.  I very much enjoyed spending time with him and feel that he is a man with a good heart and means well in both business and as a friend.

I am aware of the charges that Mr. Cooney has before the court and while it is unfortunate that he has made some bad decisions, I find it difficult to reconcile these charges with the actions of the person I have known.  I believe as we move forward, he will emerge into a better individual and it comes as no surprise that he is ready to accept responsibility for his actions.

Mr. Cooney is a father of two and his children need him to be a part of their lives. Despite the current case, I still believe Mr. Bevan Cooney to be a good human being. I do believe that leniency is highly appropriate and encourage the court to make it possible for Mr. Cooney to return to his family as soon as possible. It is my sincere hope that this letter will act as a positive and contributing factor at the time of sentencing.

Thank you for taking the time to read this letter.

Sincerely,

W. Eric Fulton
Partner
Fulton Management

16030 Ventura Boulevard
Suite 240
Encino, CA 91436

TEL: (818) 501-4421
FAX: (818) 501-3340
www.fultonmgmt.com

October 16, 2018

Your Honor,

My name is Alexis Brown and I have known Bevan Cooney for over 10 years. We met while I was his business manager when he was a client at Fulton Management. Bevan has always been an honest and professional person. I have had an opportunity to spend time with Bevan in and out of the office, He is a very kind and caring man with a big heart.

I am aware of the charges that Bevan has before the court and I can say that in all the time I have known him, Bevan has been a decent, hardworking and trustworthy person. I believe any behavior he displayed that has caused him to be before your court, was a one-off event.

Yours faithfully,

Alexis Brown

Scanned with CamScanner