# Daniel Hunter Del Monico

To the Honorable Judge Ronnie Abrams:

My name is Daniel Hunter Del Monico, I am the grandson of Dan Del Monico, of "Del Monico's Steaks & Restaurants" of NY. On my Mother's side of the family, I am a blood relative to General Douglas MacArthur. I am writing this letter on behalf of Bevan Cooney.

I have been friends with Bevan for almost two decades, as well has having done business with him. We have many mutual friends, and I know many people he has done business with. I took the time to read about this case, and although I am not a lawyer or Judge, nor did I attend the trial, I can tell you without reservation that this **is not** the man I know. I have put myself in several business situations with Bevan where if he had wished he could have taken advantage of me and other partners, and he did not. I have never found Bevan to be anything short of completely honorable. Before writing this letter, which I take very seriously as I am allowing him to use my family name(s), I also called many of our mutual friends and asked if Bevan had ever disappointed them in this way, as maybe I was unaware. To a person they said "no", their view of Bevan was the same as mine.

I would not dare disrespect this court or our legal system by even suggesting that Bevan was not wholly or completely guilty as adjudicated. However, and with great passion, I can assure the court that (a) Bevan is a good man, friend and Father and (b), that if treated leniently as if this was his first time in trouble, that he would not disappoint this court. Bevan will become a productive member of his community. I have spoken to several of our mutual friends that told me "IF" Bevan was available now, that they were going to make job offers to him straight away. Frankly, that was something that disappointed me as I plan on doing the same.

**My Request on this Honorable Court:**
One of the people I respect most is former President Barrack Obama. He has a quote about his own personal and career deficiencies that not only touched me with its profound honesty, but I feel is very appropriate to re quote in this situation. The President said:
**"There are times where I've made mistakes, and our administration hasn't always aligned ourselves with the values we need to align ourselves with. It is a work of constant improvement".**
I feel those words to speak Bevan's situation. I think Bevan made mistakes. I think in business Bevan aligned himself with folks that values were not as his. I think Bevan is a work of constant improvement. I believe the Presidents honest and sincere statement was made to provoke a reasonable person to "accept that he was not perfect and to give him a chance to do better". It was an admission of his humanness and his humanity, something that frankly we are grossly lacking in American Politics today. Knowing from my numerous personal conversation with Bevan that: he is truly sorry he put himself in this situation and would never do it again, and considering he is the Father of two precious children that need him in their life, and taking into account the expense of incarceration on so many different levels, and that Bevan will be a productive tax paying American as soon as he is past this situation, I think your Honor should be lenient with Bevan with no jail time. And if the court was inclined to do so, and if Bevan got in trouble again, I would write a second letter requesting the Court "throw the book at him".

Sincerely,

x *[signature]*

Daniel H. Del Monico     September 20, 2018