

**REGENT REALTY**
www.RegentRealtyMT.net

September 24, 2018

To Whom It May Concern:

I am writing on behalf of my old friend, Bevan Cooney, in that you may see reason why he is not a good candidate for incarceration.

My name is Al Dunlap. My wife, Shelly and I live in the small Montana town of Saint Regis. We raised our only child, ▆▆▆▆ here. I run a real estate brokerage and my wife does home mortgages. ▆▆▆▆ just enrolled in college at the University of Montana in Missoula just 75 miles west. We stay busy and enjoy the beauty and simplicity of rural life.

I grew up in Missoula, MT and have known Bevan Cooney nearly 40 years. Over those years, we have stayed in contact almost always at the effort of Bevan. Sometimes several months could pass by without a call or visit but then he'd drop a call or visit and fill me in on what endeavor he was currently involved in. He has had an entertaining career with exciting, sometimes famous, mostly wealthy people in some of America's biggest cities. However, he's always found time to fill me in, keep in touch, and genuinely see how I was doing. Me, a small town real estate broker who could do nothing for Bevan's business interests or status. He's just a good, positive and loyal person. A great friend.

In the spring of 2016 my family was hammered with a horrible tragedy. My son, ▆▆▆▆ was diagnosed with an aggressive Lymphoma cancer tumor in his chest. We went from a doctor appointment in Missoula, MT directly to the airport where an air ambulance took us straight to Seattle, WA without so much as a toothbrush. This began our fight for his life in a strange city under unbelievable circumstances.

It didn't take long for Bevan to catch wind of our situation. He put me in contact with a real estate friend of his in Seattle, who helped me secure an apartment in a good area, close to the hospital where we would live for nearly a year. Bevan would call or text daily, exchange pictures of our family pets and cooking accomplishments etc. In short, he helped keep me staying positive and motivated through the rehabilitation of my son. ▆▆▆▆ is now in remission.

I think it's important to note that Bevan lost his own mother to brain cancer during this same time that we were fighting ours. His has not been an easy journey through all this legal mess he was coerced into. His fault being an over exuberance for what must have seemed like a great deal to be in on. A "deal" we now know was construed by corrupt and disloyal individuals with histories of misdealing. Bevan is terribly sorry and embarrassed by his role in this matter. Hopefully, he will be allowed by the court to settle this verdict in a way that does not keep him from those he loves and who love him.

I truly believe that Bevan has a far more positive influence on society than a negative one. It does no one any good for someone like him to take up the people's resources and months of his life behind bars. Bevan has 2 young children who adore him and need his positive influence in their lives. His father, Gary Cooney is elderly, recently widowed and depends on Bevan for help on a regular basis.

Please take my letter into consideration when making your sentencing decision. Thank you.

Sincerely,

Al Dunlap

# ADAM WINNICK

Adam Winnick

[redacted]

September 27, 2018

The Honorable Judge Ronnie Abrams
Thurgood Marshall United States Courthouse
Courtroom: 1506
40 Foley Square
New York, NY 10007

Dear Judge Abrams:

I am writing to you today on behalf of Bevan Cooney whose case is now before you for sentencing. I respectfully seek your compassion and consideration of leniency for my dear friend.

My name is Adam Winnick and I am a technology investor and investment banker, a licensed agent of a broker dealer registered with FINRA. I have received my BA from Tufts University and an MBA from Stanford. I have managed money for pensions and endowments and never run afoul of the law (short a few moving violations). My father worked for Drexel Burnham which had many issues with securities regulators and your district which had a great impact on my friends and relationships growing up. Because of this experience I have never wanted, no matter how great the potential rewards, to ever put my family through something like this.

I have also seen, however, people who, if given a second chance, have turned their lives around by learning from their mistakes, committing themselves to issues larger than themselves, and surrounding themselves with people who make them better. I know this also from my time spent in the community. I have previously been a board member and volunteer teacher for InsideOut Writers, which teaches creative writing to incarcerated juveniles. My wife is a board member of Baby2Baby and we give generously to this organization that supports disadvantaged mothers, often who have incarcerated family members or who have been incarcerated themselves. This past year, I have evaluated two Los Angeles charitable organizations dedicated to reducing recidivism, Homeboy Industries and the Anti-Recidivism Coalition ("ARC"). I plan on joining the board of one of these two shortly.

I am sad to see my friend Bevan in this situation. He has been a close and beloved friend of mine for nearly 20 years. He is the most supportive, loyal, and honest person I know. Unfortunately, due to a lack of proper judgment and decision making, it appears that some of his greatest strengths have become his greatest weaknesses. I am certain that should you grant him leniency, Bevan is capable of making the necessary adjustments to better exemplify the value system for which I know him.

Bevan and I met through my corporate attorney, a mutual friend of ours, when we were all in our mid-20's. I had recently started a fund to commercialize technology out of universities and was managing a large amount of capital for someone my age - the pressure was immense. Our group of friends were all pursuing entrepreneurial endeavors and we formed a strong social bond to support the ups and downs of such a career. Both Bevan and I have shared ups and downs in our career and rarely did we share them at the same time. Bevan was truly a light for me during this time. Regardless of what he was going through, he was always incredibly supportive and encouraging of me when I was at my nadir. Conversely, there was no one I enjoyed sharing my successes with more than Bevan. I am not familiar with all the details of the case against Bevan, but when I read the complaint and the colorful flourishes of Bevan's language included by the Attorney General, I didn't see a criminal. I saw my friend Bevan being supportive of his friend (with characteristic humor). Clearly Bevan was supportive to a fault.

My father was a successful businessman in Los Angeles before I left for college but when I returned home a few short years after college, he was one of its most prominent. It was during this time that my friendship with Bevan began. There were many people promising friendship and it was not clear who I could trust. This became much easier when my father's business had setbacks and received negative coverage in the media. Many friends abandoned me. Not Bevan. I'd like to think that in this case, Bevan exercised good judgment in standing by me. But I think it's fair to say that Bevan didn't always exercise such judgement. His friendship and partnership with Jason Galanis being the clearest example of this. One's judgement can certainly be blinded by a number of self-serving factors and perhaps that was the case here. Our mutual friends, however, are generally unanimous in our belief that Bevan's problems stem not from a selfish motivation to enrich himself at the expense of others but rather a lack of judgement about who he chose to be friends with, and more so, to be in business with.

Bevan's and my friendship has always been rooted in truth. We sought truth in things but also the humor as a way to relieve stress, be present, and grow as individuals. We are truthful with each other about our relationships with girlfriends who became our wives, our children, our friends, and our business endeavors. Bevan left Los Angeles and moved away with his wife and two children. I began my own family. Our friendship remains but our ability to stay to connected in each other's lives became challenging.  I wish I had known more about his business relationship with Jason Galanis. I would have liked to tell him what I thought, to protect him, and to be there for him. I am here for him now and I will be here for him after he repays his debt to society.

This has been a difficult year for Bevan to say the least. Beginning with the death of his mother and now, faced with the task of fully accepting responsibility for his bad decision making and lack of judgment. I believe all of these experiences combined have already helped Bevan become a better person. Bevan is now wisely spending time in his hometown of Missoula, reconnecting with his friends, family, and core value system. As someone who lives five minutes away from both my parents and in-laws, I have an intimate understanding of how family and proximity can reinforce one's values. I can assure you that in Bevan's case, his family is only a positive influence.

Bevan's case and his actions that brought it about have been challenging for Bevan's marriage. Despite that, I know Bevan is doing his best to spend time with his children, [redacted], who currently

live in Ohio with their mother. While I know that many of Bevan's friends and supporters have offered job opportunities to him, Bevan and I have also discussed ways to dedicate himself to causes larger than himself. I've offered an opportunity to connect with ARC or Homeboy Industries. I know Bevan's network, salesmanship, and experience can be great assets to these organizations.

I believe the supportive circle within Bevan now finds himself, can prepare him for a healthier, more integrative path in life and in business. I hope that your findings bring you to the same conclusion so that Bevan can return to his family soon and begin a new life as a productive, and more whole member of our society. Thank you for your consideration.

I am happy to speak further on this matter and can be reached at ▮

Sincerely,

Adam Winnick

# JON MILNE SHERRON

September 22, 2018

To the Sentencing Judge,

*Re: Sentencing of Mr. Bevan Cooney*

I would like to thank you for taking the time to read this letter in regard to Mr. Bevan Cooney and his sentencing forthcoming.

My name is Jon Milne Sherron, I am a lifelong friend of Mr. Cooney. We both grew up in the same neighborhood in Missoula, Montana, and have known each other since we were in grade school. I am a few years older than Mr. Cooney, but we had many of the same friends growing up through high school, and what has ended up being for the rest of our lives.

Growing up in Missoula, gave us the opportunity to enjoy the outdoors, and be part of a wonderful small community. With both of our families being prominent in the town, we quickly learned how important it is to be actively involved and support our local community.

I have been Vice President of EDI Inc. since 2009, an investment company, which has a portfolio of commercial real estate in the Northwest. I have worked with many international brands including SABMiller, MolsonCoors, Constellation, Gallo Winery and Diageo. I was Vice President of a leading beverage distributor and sat on the board of directors of the Montana Beer and Wine Wholesalers Association. I hold a Bachelor of Science degree from Montana State University, and currently live in Vancouver, Canada, with my wife.

I have not had the opportunity to work much with Mr. Cooney, other than a restaurant we were involved in together in Los Angeles in the early 2000's. It was a project Mr. Cooney was integrally involved in and he was one of leaders of the restaurant. Bevan was always professional, kind and courteous, with an amazing jovial and upbeat attitude.

Bevan is a true and loyal friend. So much so that I consider him a brother that I never had. Bevan is the type of friend who is there for you through thick and thin and would give you the shirt off his back if you were in need. His compassion in life for friends, family and loved ones goes beyond many. Throughout the trials and tribulations of life Bevan has been there for me, as well as many of others. His generosity and loyalty to his friends is unparalleled.

A few years ago, my father was diagnosed with stage four cancer. Every other month I would be his caretaker. During the year and a half battle for his life, Bevan was there for me. Always answering the phone when I called from the hospital and continually checking in for updates, concern and to share his love with me and our family. It was through Bevans love and compassion that really helped me get through this difficult time.

Bevan also lost his mother to cancer recently. As you can imagine it was a very difficult time for his family. Upon the discovery of the brain tumor Bevan jumped into action and found the best doctor in the entire country for her condition. The family immediately got her to one of the best surgeons available. Through Bevans help and guidance, the family flew their mother to Los Angeles monthly for treatments and which helped her live over six months longer than anyone expected. After his mother's passing, Bevan moved back to Missoula to be a support for his father. I have personally seen the transformation of his mourning father come back to life with the love and support Bevan has been there to give and provide him on a daily basis. Once again, while back in Missoula, Bevan has returned to be a giving soul to the community.

I have seen Bevan as a father – what a great dad with the two most beautiful hearted children. His daughter is a very sensitive little girl who absolutely adores and needs her dad. As I have personally witnessed his ex-wife can be difficult at times, to say the least, and it would be tragic if Bevan was not able to provide those kids the parenting, guidance and unconditional love they deserve and very much need from him as their father.

As with everyone in life, we all can make mistakes. Bevans mistake was that he was too loyal and committed to a friend who may have led him astray. He has made his mistakes, but the punishment should fit the crime. He was misguided and trusted too much.

I ask you to please give much consideration and leniency to Mr. Cooney in the sentencing of this case and allow him to continue to be there and support his family who very much need him.

Thank you again for taking the time to read this letter.

Sincerely,

Jon Milne Sherron

Shawn Francis Marsenich

███████████████████████████

September 28, 2018

To: The Honorable Judge Ronnie Abrams

**Re: Sentencing of Mr. Bevan Cooney**

I am writing to respectfully request leniency when sentencing Mr. Bevan Cooney of Missoula, MT.

My name is Shawn Marsenich.  I was born and raised in Missoula, MT.  I received my undergraduate degree from Pepperdine University and have an MBA from the University of Oregon.  I currently work for Subaru of America as the Denver Zone Retailer Development Manager, residing in Denver, CO.  Before that, I was the Subaru of America Portland Zone Marketing Manager.  I've been with Subaru for 2.25 years.  Prior to Subaru, I held various Agency roles from 1999-2016 that supported General Motors and Subaru in the Marketing disciplines of National and Retail Advertising and Promotions / Events.

I attended Hellgate High School in Missoula, MT. with Mr. Cooney and we've been close friends for over 30 years.  Over these 30 years, Bevan and I have remained in close contact even though our lives have taken on independent paths & living locations due to job and Family commitments.

However, Bevan has always been like a big brother to me by providing support and guidance and help to me in some of my best times, but also in some of my darkest hours.  He has never wavered.  He has never turned his back on me in times of great need.  What he has done is step up and support me 100%, which in some instances required Bevan asking support of key / influential individuals to my situation.

These actions have allowed me to receive a 2nd chance in life.  A chance that I have parlayed into a beautiful family and a 19-year work career.  This would not have been possible without Bevan's support!

In speaking with Bevan regarding his conviction for the crimes he has been charged with, I do hear and see him taking accountability for his actions as well as a huge amount of remorsefulness for his actions and the people who have been negatively impacted by them.

Bevan is a great man.  With a good heart.  And a sold work ethic.

Bevan is also a Father to two (2) children that are at a critical time in their lives.  Bevan has always been a great Father to his children.  Please continue to allow him to be that great Father, physically, in his children's presence.

Bevan also knows the importance of being responsible for one's actions.  And atoning for them.  Learning from them.  And, as a result, being a better, more productive member of society moving forward.

Please afford Bevan this chance.

In closing, I would simply like to ask for your leniency when sentencing Mr. Cooney.

After 30 years of friendship and knowing the man he is, he will NOT take anything for granted and will take this opportunity to live to a higher level and give back to a greater degree!

I greatly appreciate your time in reading this letter and I thank you for your consideration on this matter.

Respectfully,

*[signature]*

Shawn F. Marsenich



# Seaforth Partners, LLC

September 18, 2019

<Sent via Email>

**To the Sentencing Judge:**

I am writing to plead for your leniency when sentencing Mr. Bevan Cooney of Missoula, Montana.

My name is Peter Holt Gardiner, I am a lifelong investment banker and business consultant, graduating from Duke University Magna Cum Laude where I served as President of the Economics Honor Society.  I have since worked for numerous major investment banks, boutique investment banks, and private equity funds, including CS First Boston, Ackrell Capital, McCown De Leeuw & Co. where I have led or advised on transactions totaling over $30 billion USD and have never had any sanctions or allegations of wrong-doing in any ventures.

I have been a very close friend of Bevan Cooney's for close to 25 years.  I met Bevan in 1996, when I lived in Los Angeles. At the time, I was focused on motion picture finance and production. We were introduced through mutual friends-- classmates of his at the University of Arizona, classmates of mine from Duke University.  We became friends due to our shared interest in college basketball and once we got to know each other, developed a strong bond.

Over the course of my friendship with Bevan, I have been lucky enough to see his compassion, kindness, warm humor and friendship shown to all those around him. While I have never conducted business with Bevan, I have seen many of his businesses and partners flourish and have been impressed with the professionalism Bevan has always shown around his ventures.  I also for a short time lived in the same building as Mr. Cooney in Miami Beach, and got to spend substantial time with him, his wife and his two children during this period in 2011, where I saw for the first time what a wonderful father Bevan had become.

I came to know Bevan best while I was dealing with medical problems related to cancer during the period 2003-2004, and during this difficult period, Bevan was one of few friends who became family, by constantly supporting me with visits and laughter, kind words and tremendous emotional support. In fact, I attended his wedding in the middle of my chemotherapy treatments, which at the time were proving unsuccessful.  I am firmly of the belief that Bevan's support during this period was a

large part of my success overcoming this horrible illness and a reason I am alive today. As a result, I have always felt indebted to his kindness, and constant help during this period and feel obliged to share to you this side of Bevan which is so strong and spectacular.

While I am aware of the charges Mr. Cooney has been found guilty of, and as a lifelong member of the financial services community, find the crimes committed repugnant, I also find it difficult to reconcile these charges with the actions of the person I have known for almost 25 years – who has been a supportive and amazing friend to me and my family.

I do believe Bevan has a weakness, however, that has led him to where he finds himself today. During the time I have known him, Bevan has placed a huge value and primacy on friendship, for better or for worse. While this has been a huge benefit in many of Bevan's relationships I am aware of, including his relationship with me, I believe his devotion to his friends has also proved his biggest weakness, and has allowed him to fall into the circumstances he finds himself in currently. However, I do not believe Bevan's extremely poor lack of judgement in certain of his friends equates to deserving a substantial punishment for his actions, however misguided and wrong. Bevan had some tremendous lapses in judgement. I believe he is tremendously sorry for what has happened and realizes he must atone for the damages he has enabled.

Mr. Cooney is a father of two and his children need him to be a part of their lives. I hope you will join me in my belief that leniency is highly appropriate and decide to make it possible for Bevan to return to his life and family as soon as possible.

Thank you for taking the time to read this letter.


Sincerely,

Peter Holt Gardiner
Managing General Partner

2



EUGENE T. BRENNAN
FDNY Ladder 3

Dear Judge Abrams,

My name is Eugene Brennan and I have known Bevan Cooney for over 20 years. This letter is to express my relationship with Bevan and how I depict his character as the way I know it to be. I consider him to be one of my closest friends. Even though the majority of our relationship we were hardly in the same state. I always looked up to his a big brother for advice. To this day he was involved in one of the biggest decisions of my life. My decision to leave a lucrative in career in finance working at Oppenheimer as a Sales Trader to joining the FDNY in 2006. Bevan was one of the many people I asked for advice, but one of the few people that whole heartedly supported my decision. Bevan and I had hour long conversations and he always reassured me to follow what my gut an heart felt; and wanted me not to worry about the salary cut. As a 26 year old living in New York City the thought of starting a new career with a salary of $25,000 was hard to stomach. Growing up in a Rockaway Beach NY a community that was composed with a lot of firemen and that lost many to 911, I felt a personal tie to joining the FDNY.
I distinctly remember Bevan telling me he would be proud of me and that there is much more to life than money and do what I felt was right.

Bevan is extremely charismatic and leaves a positive impression on everyone he meets. I admire that quality and try to emulate it to the best of my abilities. I believe this was why he had success. Bevan was extremely instrumental in helping me open a restaurant. I again looked to him for advice since he had experience and success in the hospitality business but also because I knew he always had my best interest at heart. I distinctly recall his advice that with regard to employees and that you should value their opinions and treat them all like family. To this day I am friends with all the employees that helped me open that restaurant, everyone from the dish washers to the hosts.

Bevan and I both come from an Irish Catholic upbringing and our beliefs and values go hand and hand with one another. We believe Family is the most important thing in life; and I consider him a brother.

With regards to Bevans trial, I believe Bevan would never knowingly participate in anything fraudulent. I know him to have a strong moral compass and to choose the right thing over money- as he has advised me to do in the past.

Warm Regards,

Eugene Brennan



James Brennan

October 16, 2018

The Honorable Judge Ronnie Abrams
Thurgood Marshall United States Courthouse
Courtroom: 1506
40 Foley Square
New York, NY 10007

Dear Judge Abrams:

I write you today with the hope of shedding a brighter light on Bevan Cooney, who's case is currently before you for sentencing. By shedding this light, I am hopeful you can see him for the person my family and I know him to be. I am pleaing for your leniency and mercy on him as you contemplate his fate.

My name is James Brennan and I am Chairman of two international consumer brands, Suja Juice and Kopari Beauty. Both of which I cofounded. I grew up in Rockaway Beach, Queens and went to Xavier High School on 16th St in Manhattan. I went on to The University of San Diego and it was during that time, 1993 to be exact, that I met Bevan.

I am married with four young children and Bevan has been a supportive friend over the past 25 years who has had a significant impact on making that a reality. He stood as a groomsman at our wedding and more importantly he spearheaded an intervention in 2008, flying in to participate, and then personally driving me to the Betty Ford Center for treatment. Frankly, I do not believe I would be alive today had he not taken the lead on this, and I am certain I would have lost my family. I have not had a drink since that day in May of 2008.

Some of the biggest blessings in my life have come after that day. My second chance at life. Bevan has witnessed and been a part in many of these blessings, which have been both personal and business. My wife and I had two more beautiful sons. I started a tenure on the Board of Catholic Charities and I am in my 11th year of that position. The work I have done there has impacted thousands of lives. The only thing I am more proud of than this, is being the husband and father that I am today. I went from being insolvent to building multiple companies and attracting partners like Coco-Cola, Goldman Sachs,





Uniliver and LVMH. I was also able to help thousands of people by raising over two million dollars after hurricane Sandy and was interviewed by Scott Pelley on the 60 Minutes that aired after the storm. Bevan was personally responsible for helping me raise a lot of those funds.

Over the past 10 years I can't count how many times I have thanked Bevan for my second chance, my new lease on life. He has always said that everyone deserves one, and I am living proof of that. Bevan is an empathetic, compassionate person who tries to see the good in people especially in his friends. While I was proving out, in real time, the positives that can come from someone with a "new lease on life," Bevan trusted Jason Galanis and began doing business with him. Bevan is perhaps guilty of having a lack of judgement. His decision to trust Jason Galanis will be one he has to live with for the rest of his life.

I am certain that Bevan will use his second chance the way I used mine. To do good. This will not be hard because he is a good human being.

Thank you for taking the time to read my letter and may God bless you and your family.

Sincerely,

James Brennan



October 4, 2018

Re: Bevan Cooney

To Whom It May Concern:

My name is Rydel Peterson. I am a recent graduate of the University of Montana School of Law and was sworn in, to practice in the state Courts of Montana and the Federal District Court of Montana two days ago. I am a bit of a late bloomer in life for I am also 40 years old. I have known Bevan my entire life. He was best friends with my cousin (Kevin) growing up in Missoula. I spent my youth looking up to and chasing around the duo of Kevin and Bevan.

Bevan had a privileged life growing up. His father was a neuro-surgeon and his mother was an interior designer. Bevan was a very smart and industrious youth. He was a heck of an athlete and a very generous person. Bevan always sought to include me with the older group of kids when they went to do things, when he didn't have to. He stood up for me on a number of occasions. He was always there with a word of encouragement and insight. He was an instrumental figure in my early development as a person.

Bevan went on to attend the University of Arizona and later moved to the Los Angeles area and on to Miami. I kind of lost touch with Bevan while we were navigating our late twenties and thirties, but had always heard good things. He became a business owner of multiple and various businesses, he became a father and a husband.

Bevan and I were re-connected when we both moved backed to the Missoula area a few years ago. Bevan has suffered through a lot in the last couple of years. The loss of his mother, whom he loved dearly, divorce from his wife, the collapse of a number of his businesses, and the recent conspiracy conviction. Through it all, he has stood tall and faced each and every day with a brave face and encouraging attitude. He was more interested in congratulating me on my endeavors with the law than complaining about his situation.

I have not spoken to Bevan specifically about what happened as it relates to his conviction, so I cannot comment on that. What I can say, is that Bevan remains the person that I grew up knowing. He remains caring, generous, thoughtful, and more concerned about others than he is about himself, which may have led to some of his issues.

I can say that sentencing Bevan to any extended stay in Federal prison will not be a benefit to society. I understand that based on his conviction that he should serve a penalty of some sort for his actions, but the court has a number of tools at its disposal to see that justice is served outside of prison.

I thank you for your time and consideration of my thoughts as they relate to Bevan Cooney.

Sincerely,

Rydel Peterson



Beth Noah

October 22, 2018

Honorable Ronnie Abrams
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Ronnie Abrams:

I write to respectfully ask that you consider leniency when sentencing Bevan Cooney. Bevan's conviction does not accurately reflect the character of the man I know. As a UC Berkeley graduate with a degree in Legal Studies, I have the utmost respect for our laws, judicial system and the gravity of the conviction levied against Bevan. I want to share with you my experiences with Bevan, so you might have a more complete picture of him.

I met Bevan about five years ago through my fiancé, David. We were living in Los Angeles and spent time with Bevan and his family often. David and I were trying to start a family of our own at the time. When I found out I was pregnant, Bevan was one of the first people with whom we shared the happy news. He was genuinely ecstatic for us. I remember he bought us those *What to Expect* books.

Sadly, I lost that child to miscarriage. I will never forget the compassion and love Bevan showed me during that terrible time. He went out of his way to write me a heartfelt letter of encouragement and share his personal experience of loss. Bevan was also one of the few people brave enough to pick up the phone and call me when others just didn't know what to say. I honestly felt less alone and less desperate after our conversation. He was a genuine comfort to me.

Since that time, Bevan and I have continued our friendship. I have watched him with his family on countless occasions. He is an energetic, engaged and loving father. Bevan is also a doting son to his father, Doc, who relies on him more and more as he approaches his eighties. I fear Doc's fragile health will be jeopardized should Bevan be unable to continue to provide companionship and care.

Bevan made a mistake, but he is a good man who is generous and kind. He is a wonderful father, son and friend. He has anguished over this chapter in his life, and I can assure you he will never put himself in this type of situation again. Please consider a suspended sentence so that Bevan may continue to care for Doc and be present for his children.

Sincerely,

Beth Noah



INDUSTRYPARTNERS.COM
T 310 395 5151

1645 EUCLID STREET
SANTA MONICA  CA 90404

INDUSTRY PARTNERS

837 N. SPRING STREET, STE 100
LOS ANGELES  CA 90012

<u>Via Electronic Mail</u>

October 24, 2018

To the Sentencing Judge:

The purpose of my letter is to plead for leniency on the sentencing of Bevan Cooney.

I have known Bevan for over twenty-seven years.  We began our friendship in college at the University of Arizona and have maintained our strong friendship to this day.

Bevan is a highly respectable and responsible man not only as a father to his two young wonderful children but as a businessman as well.  He is a man of integrity and has always proven to me to be of high moral character.  He is the type of person everyone wants to be around.  Bevan comes from a stable, giving, reliable, and loving family.

I wish I was writing this letter under different circumstances.  However, I feel it's necessary for the court to understand the type of individual Bevan Cooney is and will always be to his family, friends, colleagues and business associates.  Although I believe Bevan was deeply misguided in his involvement regarding these charges found against him, I am requesting the court will take leniency when determining his sentencing.

I appreciate the opportunity to provide some insight and support for my good friend.  Should you want any further input, please do not hesitate to contact me at ███████████.

Thank you for your time.

Respectfully,

Tim Dornan