Nest Seekers | Zanuck
INTERNATIONAL
Global Brokers Marketing Your Property Worldwide                                   NestSeekers.com

October 30, 2014

Dear Ryan:

Per your request I analyzed the property located at 1920 Bel Air Road in Los Angeles, California. I also analyzed market conditions in the surrounding area, as well as location, view, marketability and built date. As you will see from the attached comparable properties (sold and listed), the estimated value of the property would be a minimum of $1,150 per square foot. Given current plans for building in the area, increasing market conditions, increasing economic markers, and the oversized lot, I place the actual value of the home at $1,250 per square foot. The property is 8,242 square feet.

It is therefore my professional opinion as a licensed real estate broker in Los Angeles County, California that the value of this house is $10,302,500.

Sam Real
Licensed Real Estate Broker.

BEVERLY HILLS   EAST SIDE   WEST SIDE   MIDTOWN   VILLAGE   TRIBECA   WILLIAMSBURG   LONG ISLAND CITY   SOUTHAMPTON   WATER MILL   BRIDGEHAMPTON   EAST HAMPTON   MIAMI
271 N. Canon Dr.   415 Madison Ave.   100 Riverside Blvd.   587 Fifth Avenue   55 Christopher St.   156 Reade St.   578 Driggs Ave.   47-44 Vernon Blvd.   20 Main St.   688 Montauk Hwy.   2397 Montauk Hwy.   75 Main St.   1111 Lincoln Rd.
Beverly Hills, CA 90210   New York, NY 10017   New York, NY 10069   New York, NY 10017   New York, NY 10014   New York, NY 10013   Brooklyn, NY 11211   Long Island City, NY 11101   New York, NY 11968   New York, NY 11976   New York, NY 11932   New York, NY 11937   Miami, FL 33139
310.278.8861   212.252.8772   646.681.8811   212.252.8772   212.252.8772   212.729.1101   718.302.0900   718.707.0200   631.287.9260   631.353.3047   631.353.3427   631.324.1050   305.531.7200

| | |
|---|---|
| **From:** | Hugh DP Dunkerley <hugh@dunkerley.us> |
| **Sent:** | Thursday, November 13, 2014 1:16 PM |
| **To:** | msantana@camdenescrow.com |
| **Cc:** | Bevan Cooney |
| **Subject:** | Addendum 1920 Bel Air Road |
| **Attachments:** | Addendum 1920 Bel Air 13 Nov 2014.pdf |

Maria, thank-you for your professionalism with the documents this morning. Attached is the signed Addendum by Mr. Cooney and myself. I will send the original plus the other documents by next day UPS tonight so that you should have them tomorrow.

All the best, Hugh.

Hugh Dunkerley – Irvine, CA
Cell: (310) 383 3231 Email: hugh@dunkerley.us



DEFENDANT'S EXHIBIT DX3056a
16 Cr. 371 (RA)

---

**CALIFORNIA ASSOCIATION OF REALTORS®**

**ADDENDUM**
(C.A.R. Form ADM, Revised 4/12)

No. __2__

The following terms and conditions are hereby incorporated in and made a part of the: ☒ Residential Purchase Agreement, ☐ Manufactured Home Purchase Agreement, ☐ Business Purchase Agreement, ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Vacant Land Purchase Agreement, ☐ Residential Income Property Purchase Agreement, ☐ Commercial Property Purchase Agreement, ☐ Other _____,

dated __11/13/14__, on property known as __1920 Bel Air Road, Los Angeles, CA 90077__,

in which __Bevan Cooney__ is referred to as ("Buyer/Tenant")
and __1920 Bel Air Rd Real Estate Holding Co LLC__ is referred to as ("Seller/Landlord").

In accordance with Addendum No. 1 Buyer and Seller hereby instruct Escrow to release a total amount of $3,995,000.00 to Seller's counsel in accordance with the below instructions:

Recipient name: Wolff Law Firm
Address 1 1401 East Broward Boulevard
City ft lauderdale
State/Province Florida
Zip/Postal Code 33301
Country United States
Bank routing number (ABA or SWIFT) 266086554
Bank name Citibank, N.A.
Bank country United States
Recipient account number 3290078399

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date __11/13/14__    Date __11/13/2014__
Buyer/Tenant _[signature]_    Seller/Landlord _Hugh Dunkerley_
Buyer/Tenant _____    Seller/Landlord _____

The copyright laws of the United States (Title 17 U S Code) forbid the unauthorized reproduction of this form or any portion thereof by photocopy machine or any other means including facsimile or computerized formats Copyright© 1986 2012 CALIFORNIA ASSOCIATION OF REALTORS® INC ALL RIGHTS RESERVED
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C A R ) NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS IF YOU DESIRE LEGAL OR TAX ADVICE CONSULT AN APPROPRIATE PROFESSIONAL
This form is available for use by the entire real estate industry it is not intended to identify the user as a REALTOR® REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

DM REVISED 4/12 (PAGE 1 OF 1)
**ADDENDUM (ADM PAGE 1 OF 1)**

| Agent: | Phone: | Fax: | Prepared using zipForm® software |
|---|---|---|---|
| Broker: | | | |