**From:** Bevan Cooney <btcooney@gmail.com>
**Subject:** Re: Loan Request
**Received(Date):** Wed, 28 Jan 2015 14:30:27 -0800
**To:** Matthew Fillman <matthewf@fultonmeyer.com>

cnbloan.pdf
cnbloan 1.pdf
cnbloan 2.pdf
cnbloan 3.pdf
cnbloan 4.pdf
cnbloan 5.pdf
cnbloan 6.pdf
cnbloan 7.pdf

On Jan 27, 2015, at 5:48 PM, Matthew Fillman wrote:

> Bevan,
>
> Sure I can work something out, but can you take a minute and complete the attached.
> Big round numbers – not too detailed.
> I just don't have a good handle of what really should be on you balance sheet, plus I need the signed form to work as the application for regulatory reasons.
>
> Also would rather get something perm instead of short term if I can.
>
> Thanks,
>
> Matthew Fillman
> Banking & Investment Consultant
> Fulton & Meyer
> 16030 Ventura Blvd.
> Suite 240
> Encino, CA 91436
>
> (818) 501-4421 (ofc)
> (818) 501--3340 (fax)
> matthewf@fultonmeyer.com
>
> This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.
> P please consider the environment before printing this e-mail.
>
>
>
> This email has been scanned for email related threats and delivered safely by Mimecast.
> For more information please visit http://www.mimecast.com
> <02476E_Personal_Financial_Statement--Newest Form USE.doc>

GOVERNMENT
EXHIBIT
3238
16 Cr. 371 (RA)

SEC-FM-E-0000358
SEC-SDNY_EPROD-000253979

SEC-FM-E-0000358

-----Original Message-----
From: Matthew Fillman [matthewf@fultonmeyer.com]
Sent: Wednesday, May 20, 2015 12:58 PM Pacific Standard Time
To: Shapiro, Steven
Subject: FW: Cooney - Stock

If this is the Steve Shapiro that works for crappy loans r us - please call me back.

From: Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
Sent: Wednesday, May 20, 2015 4:17 PM
To: Matthew Fillman
Subject: RE: Cooney - Stock

totally slammed today. What are the basics of said exciting loan request?

-----Original Message-----
From: Matthew Fillman [matthewf@fultonmeyer.com]
Sent: Wednesday, May 20, 2015 04:39 PM Pacific Standard Time
To: Shapiro, Steven
Subject: RE: Cooney - Stock

Stock Secured – Single Sock – Nadaq Traded (at least it's not a penny stock) - IPO was yesterday
IPO Price 5
Trading at 3-5 times that
He has 500M shares so 12MM
Looking for 750M-1MM - would hold shares in CNS
Restricted for 90 days – from IPO

FYI- you have the bank account for Code Rebel - so expect KYCQ coming your way soon as well.

To:       Shapiro, Steven[Steven.Shapiro@cnb.com]
From:     Matthew Fillman
Sent:     Wed 5/20/2015 11:49:09 PM
Subject:  RE: Cooney - Stock

190M of the proceeds would pay off your existing credit
90M on term loan and 100M – PML
We could possibly put a limited share stop loss order in place just in case.
Run it the blue ladder

GOVERNMENT EXHIBIT 411
16 Cr. 371 (RA)

**From:** Alexis Gluckman [mailto:alexisg@fultonmeyer.com]
**Sent:** Friday, April 24, 2015 10:34 AM
**To:** Shapiro, Steven
**Subject:** Medallion Guarantee



Hi Steve,

Bevan Cooney needs to have his bond certificates medallion guaranteed. I'm still waiting for more details but what would be that easiest way to get this done?

**From:** Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
**Sent:** Friday, April 24, 2015 11:51 AM
**To:** Alexis Gluckman
**Subject:** RE: Medallion Guarantee

It is always my preference to have him come in person. However, if you are 100% sure that he signed it, you can send me the signed certificate, I'll stamp it, and then send it back to you. Remember—it needs to be 100% certain that he signed it…not 99%.

**From:** Alexis Gluckman [mailto:alexisg@fultonmeyer.com]
**Sent:** Friday, April 24, 2015 12:31 PM
**To:** Shapiro, Steven
**Subject:** RE: Medallion Guarantee

He can come in today at 2 – does that work? I can fill out the power form and send it to you.

**To:** Alexis Gluckman
**Subject:** RE: Medallion Guarantee

2 PM would be great. Have him ask for me, and he will just need to bring in his ID..

Steve

**From:** Alexis Gluckman [mailto:alexisg@fultonmeyer.com]
**Sent:** Friday, April 24, 2015 12:55 PM
**To:** Shapiro, Steven
**Subject:** RE: Medallion Guarantee

He will be there – sending form shortly.
I am going to have a messenger come and pick up the completed power form at 2:15 – is that enough time?

-----Original Message-----
From: Alexis Gluckman [alexisg@fultonmeyer.com]
Sent: Wednesday, May 27, 2015 02:31 PM Pacific Standard Time
To: Shapiro, Steven
Subject: Cooney - Bond Power

**GOVERNMENT EXHIBIT 412**
16 Cr. 371 (RA)

Hi Steve,

When we did the original bond power for Bevan they gave use the wrong name for the transfer. Can Bevan come down and get a new medallion stamp on the new form?

From: Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
Sent: Wednesday, May 27, 2015 4:20 PM
To: Alexis Gluckman
Subject: RE: Cooney - Bond Power

Sure, but we should set an appointment. I have a packed schedule the rest of this week.

-----Original Message-----
From: Alexis Gluckman [alexisg@fultonmeyer.com]
Sent: Wednesday, May 27, 2015 04:21 PM Pacific Standard Time
To: Shapiro, Steven
Subject: RE: Cooney - Bond Power

He wanted to come in today...are you available at all tomorrow morning?

From: Shapiro, Steven [mailto:Steven.Shapiro@cnb.com]
Sent: Wednesday, May 27, 2015 4:23 PM
To: Alexis Gluckman
Subject: RE: Cooney - Bond Power

I will excuse myself from a meeting at 11:30 if that will work. Otherwise, let me know when he wants to come in, and I will get it handled.

Steve

As you are well aware, CNB was highly reluctant to do this loan in the first place. Now that everything has hit the fan, I need to make sure that this was not one of the biggest mistakes of my career. Your help is obviously appreciated.

Steve

Steven Shapiro
Senior Vice President/Team Leader & Sales Manager
City National Bank
Entertainment Division

GOVERNMENT EXHIBIT
440
16 Cr. 371 (RA)