**From:**   Eric Fulton <eric@fultonmeyer.com>
**To:**   Bevan Cooney <btcooney@gmail.com>, Alexis Gluckman<alexisg@fultonmeyer.com>,
Elizabeth Ricin <elizabeth@fultonmeyer.com>,Debbie Robert <debbie@fultonmeyer.com>
**Received(Date):**   Mon, 12 Jan 2015 13:19:34 -0800
**Subject:**   RE: Bel Air Road
image001.jpg

We'll handle it


Eric




This message, along with any attachments, is intended only for the use of the individual or entity to which
it is addressed and may contain information that is legally privileged, confidential and exempt from
disclosure. If you are not the intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this
message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately
by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank
you.

 please consider the environment before printing this e-mail.


**From:** Bevan Cooney [mailto:btcooney@gmail.com]
**Sent:** Monday, January 12, 2015 1:11 PM
**To:** Alexis Gluckman; Eric Fulton; Elizabeth Ricin; Debbie Robert
**Subject:** Fwd: Bel Air Road


With Alexis being sick not sure who can help me with this.  Need to get this info to the broker
whos doing the loan at 1920 bel air.

Sent from my iPhone

Begin forwarded message:

> **From:** Lora Rosenblum <lora@cohenfinancialgroup.com>
> **Date:** January 9, 2015 at 3:15:30 PM PST
> **To:** "btcooney@gmail.com" <btcooney@gmail.com>, "jason@holmbycompanies.com"
> <jason@holmbycompanies.com>

SEC-FM-E-0001601
SEC-SDNY_EPROD-000255222

**Cc:** Mark Cohen <Markcohen@cohenfinancialgroup.com>
**Subject: Bel Air Road**

Good afternoon,

Mark has assigned your file to me and I have reviewed the documentation provided. Following are the items that the lender will need for your file:

● 2011/2012 K1 for Black Square Pants. If you have 25% or greater ownership interest we will need the 2014 Profit & Loss and Balance Sheet as well as the 2013/2012 returns.

● The application states that you have ownership in Cloverhill Capital, can you clarify this? Your tax returns do not reflect activity from Cloverhill. If I state that you are self-employed with Cloverhill the lender will require Corporate P&L's and Tax Returns. Would it be better to change the application to state that you are a self-employed investor – as an individual?

● Please provide the November and December statements for City National Bank account ending 6775. Please paper trail and source all large deposits.

● Please identify the account that the money for the down payment and closing costs will be drawn from. Please provide two months statements for the account, paper trail and source any large deposits.

● I received a printout from NETX Investor that shows a Quantity Last Price of $5,000,000. The page does not identify the account holder or any other information. Not sure what this is. If this is a new account for Bevin I will need something that shows it is in his name and the source of the deposit to open it.

● There is a mortgage reporting on Bevin's credit report with Talmer Bank that was opened in June 2011. Please provide the complete property address, value, annual tax bill and insurance dec/renewal page that reflects the annual premium. If this is a condo please provide the billing from the HOA for the monthly dues. If this is a rental please provide the lease agreement.

● Please provide 6 current months statements for your American Express credit card (as of December 2014 the balance was $25,937 on the credit report). The lender will want to see that the account is paid in full monthly.

If you have any questions please feel free to contact me. Thank you, Lora

Lora Rosenblum
Senior Underwriter / Closing Manager

SEC-FM-E-0001602
SEC-SDNY_EPROD-000255223

lora@cohenfinancialgroup.com

**Proud supporter of and volunteer for the Westside German Shepherd Rescue of Los Angeles.**
**www.sheprescue.org**



9595 Wilshire Blvd. Suite 801, Beverly Hills, CA 90212
office 310.777.5401 x113

efax 424.202.3813

www.cohenfinancialgroup.com

A division of CS Financial, Inc., a real estate broker licensed by the CA Dept of Real Estate, DRE #01257559, NMLS #31132.

Confidentiality Notice: This electronic mail message contains information that is intended only for the use by the above named recipient. If you are not the above named recipient and have received this e-mail in error, you should not review the text of this message or otherwise disseminate, distribute or copy this email. Please immediately notify us of the error via a reply to this e-mail and then permanently delete this message from your system.

SEC-FM-E-0001603
**SEC-SDNY_EPROD-000255224**

**From:** Bevan Cooney <btcooney@gmail.com>
**Subject:** Fwd: Cooney bonds account
**Sent:** Wed, 25 Feb 2015 16:12:42 -0800
**To:** Jason Galanis <jason@holmbycompanies.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Jennifer Lowe <jlowe@jloweloans.com>
**Date:** February 25, 2015 at 4:09:36 PM PST
**To:** Bevan Cooney <btcooney@gmail.com>
**Subject: RE: Cooney bonds account**

Bevan ,
I found an investor that will do your loan. Please send me the rest of the items and I will get your loan going:

Rate is 5.5% with a 1 point loan origination fee interest only.

Thanks Bevan.



**From:** Bevan Cooney [mailto:btcooney@gmail.com]
**Sent:** Wednesday, February 25, 2015 2:54 PM
**To:** Jennifer Lowe
**Subject:** Re: Cooney bonds account

Yes

Sent from my iPhone
On Feb 25, 2015, at 2:46 PM, Jennifer Lowe <jlowe@jloweloans.com> wrote:

Hi Bevan, I already have this one. This  is the one that you are liquidating. Right?

<image001.jpg>

**From:** Bevan Cooney [mailto:btcooney@gmail.com]
**Sent:** Wednesday, February 25, 2015 2:43 PM
**To:** Jennifer Lowe
**Subject:** Fwd: Cooney bonds account

Sent from my iPhone
Begin forwarded message:

GOVERNMENT EXHIBIT 2267
16 Cr. 371 (RA)

**From:**      Bevan Cooney <btcooney@gmail.com>
**Subject:**   Fwd: Source of down payment for 1920 bel air
**Sent:**      Tue, 20 Jan 2015 16:01:39 -0800
**To:**        Jason Galanis <jason@holmbycompanies.com>
<u>Wire Incoming.pdf</u>
<u>Escrow outgoing.pdf</u>

Sent from my iPhone

Begin forwarded message:

> From: Debbie Robert <debbie@fultonmeyer.com>
> Date: January 20, 2015 at 3:45:06 PM PST
> To: Bevan Cooney <btcooney@gmail.com>
> Subject: RE: Source of down payment for 1920 bel air
>
>
>
> Debbie Robert
>
> This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.
>
> P please consider the environment before printing this e-mail.
>
> From: Bevan Cooney [mailto:btcooney@gmail.com]
> Sent: Tuesday, January 20, 2015 3:40 PM
> To: Debbie Robert
> Subject: Re: Source of down payment for 1920 bel air
>
> Debbie please send me a pdf of the down payment wire info from wealth assurance holdings and the wire from cnb to camden escrow. Its not showing up in the their dropbox for some reason.
>
> Sent from my iPhone
>
> On Jan 16, 2015, at 4:56 PM, Debbie Robert <debbie@fultonmeyer.com> wrote:>
> Hi Bevan,
>
> You are correct it was due on Sunday the 18th.  I double checked and all bills are paid and there are no bills that are pending or late.  I logged in on Monday and your account was od and I was waiting for the wires.  With Alexis out I have been very busy but I assure you that your bills were going to be paid today. Thank you very much for making the payment for me.
>
> Please let me know if you have any other questions.
>
> Thank you
>
> Debbie Robert
>
> This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from



GOVERNMENT
EXHIBIT
2256
16 Cr. 371 (RA)

## Transaction Search Detail

| Credit Amount: | $3,895,000.00 | Currency: | USD | Value Date: | 11/12/14 |
|---|---|---|---|---|---|
| Credit Account #: | 122016066/112236775 | Host Ref #: | 141112010539 | Payment Method: | FED |
| Fed Type: | | Fed Ref #: | 1112B1QGC01C00970711121728FT03 | Processing Time: | 2:28:58 PM |
| | | | | Received Time: | 11/12/2014 2:29:28 PM |

| | |
|---|---|
| Originator Information | 620202726<br>WEALTH ASSURANCE PRIVATE CLIENT CORPORATION<br>PO BOX 952619<br>LAKE MARY, FL 327952619 |
| Senders Reference Number | 5585200316ES |
| Debit Account # | A021000021 |
| Debit Name | CHASE MANHATTAN BANK |
| Debit Address | 4 NEW YORK PLAZA 15 FLR<br>NEW YORK CITY NY |
| Beneficiary Account # | D112236775 |
| Beneficiary Information | BEVAN COONEY<br>C/O FULTON & MEYER<br>16030 VENTURA BLVD SUITE 240<br>ENCINO CA 91436 |
| Reference for Beneficiary | DCD OF 14/11/12 |

Confidential Material
SearchWarrant_v2_00018455

DEFENDANT'S
**EXHIBIT
DX3235**
16 Cr. 371 (RA)

| | |
|---|---|
| **From:** | jason galanis <jason@holmbycompanies.com> |
| **Sent:** | Tuesday, August 13, 2013 8:25 AM |
| **To:** | Bevan Cooney |
| **Attachments:** | OMInvoiceThorsdaleWAFV2.pdf |

coon, the wiring instructions are on the second page. thank you so much for handling this for us. the real estate proceeds will pay it off, but thank you for taking the shot....again.

love you

J