**3/5/2015 3:28:00 PM(UTC+0), +13104259575 (Jason Galanis)**
i am potty trained

Read: 3/5/2015 3:28:17 PM(UTC+0)

**3/5/2015 3:28:34 PM(UTC+0), +17325985189**
Hahahahaha

Delivered: 3/5/2015 3:28:34 PM(UTC+0)
Read: 3/5/2015 3:40:48 PM(UTC+0)

**3/5/2015 3:40:48 PM(UTC+0), +13104259575 (Jason Galanis)**
so is this an Elaine only strategy discussion you guys are having

Read: 3/5/2015 4:06:42 PM(UTC+0)

**3/5/2015 4:06:46 PM(UTC+0), +17325985189**
Do any of your contacts have a relationship with Roc Nation Sports? It's Jay Z's sports agency. Would love to hook up with them somehow

Delivered: 3/5/2015 4:06:47 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 4:08:31 PM(UTC+0), +17325985189**
No it is a placement of the bond process conversation as well. It is done and I need a bit of info from you. Just tried to call. Please call me when you can

Delivered: 3/5/2015 4:08:32 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 4:10:40 PM(UTC+0), +17325985189**
Making a coffee so give me a moment.

Delivered: 3/5/2015 4:10:41 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 5:12:48 PM(UTC+0), +17325985189**
Jason...Jason....Jason...

Delivered: 3/5/2015 5:12:49 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 6:48:32 PM(UTC+0), +13104259575 (Jason Galanis)**
Bevan is calling you about jay z

Read: 3/5/2015 6:53:13 PM(UTC+0)

GOVERNMENT
EXHIBIT
3004
16 Cr. 371 (RA)

**3/5/2015 6:49:14 PM(UTC+0), +13104259575 (Jason Galanis)**
415 area code number

Read: 3/5/2015 6:53:13 PM(UTC+0)

**3/5/2015 6:53:51 PM(UTC+0), +17325985189**
Are you shitting me?? That's better than a pony

Delivered: 3/5/2015 6:53:51 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 7:07:44 PM(UTC+0), +13104259575 (Jason Galanis)**
Josh and Bevan are close

Read: 3/5/2015 7:09:06 PM(UTC+0)

**3/5/2015 7:07:44 PM(UTC+0), +13104259575 (Jason Galanis)**
And knows jay z

Read: 3/5/2015 7:09:06 PM(UTC+0)

**3/5/2015 7:07:44 PM(UTC+0), +13104259575 (Jason Galanis)**
Or more

Read: 3/5/2015 7:09:06 PM(UTC+0)

**3/5/2015 7:07:44 PM(UTC+0), +13104259575 (Jason Galanis)**
Josh Takeman has worked for puffy for 18 years

Read: 3/5/2015 7:09:06 PM(UTC+0)

**3/5/2015 7:09:49 PM(UTC+0), +17325985189**
What does josh do if I may ask

Delivered: 3/5/2015 7:09:50 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

GOVERNMENT
EXHIBIT
3004
16 Cr. 371 (RA)

**3/5/2015 7:10:11 PM(UTC+0), +13104259575 (Jason Galanis)**
Acts cool mostly

Read: 3/5/2015 7:10:11 PM(UTC+0)

**3/5/2015 7:10:12 PM(UTC+0), +17325985189**
Who's bevan again?

Delivered: 3/5/2015 7:10:13 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 7:10:31 PM(UTC+0), +13104259575 (Jason Galanis)**
Best friend

Read: 3/5/2015 7:10:31 PM(UTC+0)

**3/5/2015 7:10:36 PM(UTC+0), +13104259575 (Jason Galanis)**
Of 23 years

Read: 3/5/2015 7:10:36 PM(UTC+0)

**3/5/2015 7:10:50 PM(UTC+0), +13104259575 (Jason Galanis)**
And equitu holder in all the businesses

Read: 3/5/2015 7:10:50 PM(UTC+0)

**3/5/2015 7:11:16 PM(UTC+0), +17325985189**
I thought Sugey was your best friend?

Delivered: 3/5/2015 7:11:16 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 7:11:19 PM(UTC+0), +13104259575 (Jason Galanis)**
He's a professional connector

Read: 3/5/2015 7:11:20 PM(UTC+0)

GOVERNMENT
EXHIBIT
3004
16 Cr. 371 (RA)

3/5/2015 7:11:32 PM(UTC+0), +13104259575 (Jason Galanis)
Cooney is from Missoula

Read: 3/5/2015 7:11:32 PM(UTC+0)

3/5/2015 7:11:48 PM(UTC+0), +13104259575 (Jason Galanis)
Grew up with Kevin Washington

Read: 3/5/2015 7:11:49 PM(UTC+0)

3/5/2015 7:12:11 PM(UTC+0), +13104259575 (Jason Galanis)
Washingtons are home grown dollar zero multi billionaires

Read: 3/5/2015 7:12:12 PM(UTC+0)

3/5/2015 7:12:13 PM(UTC+0), +13104259575 (Jason Galanis)
9bn

Read: 3/5/2015 7:12:13 PM(UTC+0)

3/5/2015 7:12:21 PM(UTC+0), +13104259575 (Jason Galanis)
Beverly hillbillies

Read: 3/5/2015 7:12:22 PM(UTC+0)

3/5/2015 7:12:22 PM(UTC+0), +17325985189
Cooney? Missoula ? Huh

Delivered: 3/5/2015 7:12:22 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

3/5/2015 7:12:26 PM(UTC+0), +13104259575 (Jason Galanis)
Montana style

Read: 3/5/2015 7:12:26 PM(UTC+0)

3/5/2015 7:12:36 PM(UTC+0), +13104259575 (Jason Galanis)
Bevan Cooney

Read: 3/5/2015 7:12:37 PM(UTC+0)

3/5/2015 7:12:38 PM(UTC+0), +13104259575 (Jason Galanis)
Sorry

Read: 3/5/2015 7:12:38 PM(UTC+0)

3/5/2015 7:12:41 PM(UTC+0), +17325985189
9 billion I understand

Delivered: 3/5/2015 7:12:41 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

GOVERNMENT
EXHIBIT
3004
16 Cr. 371 (RA)

**3/5/2015 7:13:27 PM(UTC+0), +17325985189**
I don't know why you waste time with me given the muckety mucks you know

Delivered: 3/5/2015 7:13:27 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

**3/5/2015 7:13:59 PM(UTC+0), +13104259575 (Jason Galanis)**
Ha. Because it's not my 9 billion! And you're more fun.

Read: 3/5/2015 7:13:59 PM(UTC+0)

**3/5/2015 7:14:40 PM(UTC+0), +17325985189**
Good answer...good answer ....

Delivered: 3/5/2015 7:14:41 PM(UTC+0)
Read: 3/5/2015 7:21:59 PM(UTC+0)

GOVERNMENT EXHIBIT 3004 16 Cr. 371 (RA)