| Tran Date | Direction | Amount | From | To | GX/DX Exhibits |
|---|---|---|---|---|---|
| 3/14/2013 | OUTGOING | $400,000 | Bevan Cooney | Hunter, Taubman, Weiss LLP. | DX3291; GX423; GX3209 |
| 3/22/2013 | OUTGOING | $95,000 | Bevan Cooney | Anslow & Jaclin LLP (Jason Holmby) | DX3292; GX423; GX3209; Tr. 169; DX3233 |
| 4/17/2013 | OUTGOING | $50,000 | Bevan Cooney | Thorsdale Fiduciary and Guaranty | DX3293; GX3209 |
| 8/13/2013 | OUTGOING | $35,000 | Bevan Cooney | Oxford Metrica Limited | DX3294; GX423; GX3209; Tr. 1290-91; DX3236 |
| 3/3/2014 | INCOMING | $50,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3239; GX432 |
| 7/3/2014 | INCOMING | $60,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3248; GX432; GX522 |
| 8/28/2014 | INCOMING | $100,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3250; GX432; GX522 |
| 9/8/2014 | INCOMING | $100,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3251; GX432; GX522 |
| 10/6/2014 | INCOMING | $5,050,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3252; GX432; GX522 |
| 10/9/2014 | OUTGOING | $5,000,000 | Bevan Cooney | USBank Corporate Trust | DX3254; GX432; |
| 11/6/2014 | INCOMING | $25,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3256; GX432; GX522 |
| 11/10/2014 | INCOMING | $100,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3257; GX522; GX432 |
| 11/12/2014 | INCOMING | $3,895,000 | Wealth Assurance Private Client | Bevan Cooney | DX3259; GX432; GX512 |
| 11/12/2014 | OUTGOING | $100,000 | Bevan Cooney | Camden Escrow | DX3259; GX432 |
| 11/13/2014 | OUTGOING | $3,850,000 | Bevan Cooney | Camden Escrow | DX3261; GX432 |
| 12/15/2014 | INCOMING | $12,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | GX432; GX522; DX3263 |
| 1/13/2015 | INCOMING | $20,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3266; GX432; GX522 |
| 2/4/2015 | INCOMING | $10,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3270; GX432; GX522 |
| 3/25/2015 | INCOMING | $15,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3271; GX432; GX522 |
| 4/21/2015 | INCOMING | $25,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3272; GX432; GX522 |
| 4/24/2015 | INCOMING | $75,000 | Wealth Assurance Private Client | Bevan Cooney | DX3273; GX432; GX512 |
| 5/22/2015 | INCOMING | $50,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3274; GX432; GX522 |
| 6/12/2015 | INCOMING | $50,000 | Thorsdale Fiduciary and Guaranty | Bevan Cooney | DX3277; GX432; GX522 |
| 7/6/2015 | OUTGOING | $100,000 | Bevan Cooney | Thorsdale Fiduciary and Guaranty | DX3282; GX432; GX522 |
| 7/9/2015 | OUTGOING | $50,000 | Bevan Cooney | Thorsdale Fiduciary and Guaranty | DX3285; GX432; GX522 |

DEFENDANT'S EXHIBIT DX3802 16 Cr. 371 (RA)