**From:** Eric Fulton <eric@fultonmgmt.com>
**To:** Bevan Cooney <btcooney@gmail.com>, Debbie Robert <debbie@fultonmgmt.com>,Susan Moser <susan@fultonmgmt.com>
**Cc:** Elizabeth Ricin <Elizabeth@fultonmgmt.com>
**Received(Date):** Mon, 14 Dec 2015 13:19:01 -0800
**Subject:** RE: This is getting ridiculous!! Another late credit card payment!!!

We just confirmed that the interest rate did not change. Your rate is 9.24% for purchases still.

Eric

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton Management at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.
· please consider the environment before printing this e-mail.

-----Original Message-----
From: Bevan Cooney [mailto:btcooney@gmail.com]
Sent: Monday, December 14, 2015 9:25 AM
To: Eric Fulton <eric@fultonmgmt.com>; Debbie Robert <debbie@fultonmgmt.com>; Susan Moser <susan@fultonmgmt.com>
Subject: Re: This is getting ridiculous!! Another late credit card payment!!!

There is a payment due on my delta sky miles Amex on Friday the 18th. Card ending in 3009.

Sent from my iPhone

> On Dec 14, 2015, at 9:20 AM, Bevan Cooney <btcooney@gmail.com> wrote:
>
> I was just informed that my b of a credit card payment was not made it
> was due dec 2nd!!! Card ending in 0105!!! I just made an electronic payment of $500 over the phone... Somebody needs to call me now I can't take this added stress in my life!! This is Very de stabilizing to me!!! I Don't feel like I'm being looked after properly!!!
> Sent from my iPhone

**From:** Eric Fulton <eric@fultonmeyer.com>
**To:** Bevan Cooney <btcooney@gmail.com>
**Received(Date):** Thu, 4 Jun 2015 21:49:37 -0700
**Subject:** RE: Viper Room 55 LLC Subscription Agreement (00161701).doc

Hi Bevan,

I might be able to get a few people interested. Do you have any financial info you can send over? How much are you looking to raise?

Eric

This message, along with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Fulton & Meyer at Tel: (818) 501-4421 immediately by telephone or E-mail and delete this message, along with any attachments, from your computer. Thank you.

 please consider the environment before printing this e-mail.

**From:** Bevan Cooney [mailto:btcooney@gmail.com]
**Sent:** Tuesday, June 02, 2015 4:04 PM
**To:** Eric Fulton
**Subject:** Viper Room 55 LLC Subscription Agreement (00161701).doc

Eric- do you have anyone who wants to buy a couple points in viper room? Buying back the club and intellectual property. Have a great group of guys already invested including bill guthy(guthy/renker), mike levitt(apollo group), aber whitcomb(co founder myspace and social gaming network), josh lobell(archer capital). We are buying back viper room. Also

Bringing in the vp of interscope records Neil Jacobson in as partner and

director of music(avicii,gwen stefani,maroon 5,lana del rey to name a few