Cooney: The key to these deals are…and what I'm doing now is layering myself with people a lot smarter than I am and out of George Alvarez's league to be honest with you.

Crafton: His what?



DEFENSE EXHIBIT 4908-t 16 Cr. 371 (RA)

Cooney: the guys I'm doing business with now are—

Crafton: Out of George Alvarez's league.

Cooney: Yeah, way fucking…ten times smarter. And Devon Archer in particular who I have a ten year, twelve year relationship with—you know, ex lacrosse player he's a great dude.

Crafton: You know him from Montana or where?

Cooney: Met him out in LA when he was working on John Kerry's presidential campaign twelve years ago through Dan Merell—I don't know if you know Dan Merell.

Cooney: Chris Heinz is his best friend from college, you know from the Heinz family? So you have these layers of legitimacy with all the deals we're doing now.…You know what I'm saying? So if we went to him—he's not afraid to        … like all of us, if you believe in the deal, and the people that are on the deal, you'll do the deal.