

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2019

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, New York 10007

      Re:    *United States* **v.** *Bevan Cooney*, **16 Cr. 371 (RA)**

Dear Judge Abrams:

      The Government respectfully requests that the defendant's sentencing be adjourned to July 31, 2019 at 11:00 a.m. and that the Government's sentencing submission be due on July 22, 2019. Defense counsel has no objection to this request.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                  Attorney for the United States, Acting Under
                                  Authority Conferred by 28 U.S.C. § 515

                    By:  _/s/ Negar Tekeei_____
                                Rebecca Mermelstein/Brendan F. Quigley/
                                Negar Tekeei
                                Assistant United States Attorneys
                                (212) 637-2360/2190/2482

cc: Counsel of record