

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDO

July 11, 2019

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/19

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Bevan Cooney*, 16 Cr. 371 (RA)

Dear Judge Abrams:

The Government respectfully requests that the defendant's sentencing be adjourned to July 31, 2019 at 11:00 a.m. and that the Government's sentencing submission be due on July 22, 2019. Defense counsel has no objection to this request.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

By: /s/ Negar Tekeei
Rebecca Mermelstein/Brendan F. Quigley/
Negar Tekeei
Assistant United States Attorneys
(212) 637-2360/2190/2482

cc: Counsel of record

**APPLICATION GRANTED**

Hon. Ronnie Abrams
United States District Court
Dated: 7-12-19