The Honorable Ronnie Abrams United States
District Judge Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

First I want to thank you for your patience during these proceedings and for allowing me to live in Montana with my father. I will forever cherish this time I was able to spend with my Dad particularly during this vulnerable period in both of our lives. In many ways, I have been humbled to rediscover the simple life I knew and loved so much as a child. The four years since my arrest have been the most difficult years of my life. I can assure Your Honor that I have spent every day since my arrest thinking how I could or should have made better decisions and that I will never again approach any important life decision - - whether it impacts my business or personal life, in the same manner. My life has been utterly broken to pieces in every way imaginable. I will also respect whatever decision you make about my fate and continue to rebuild my life on a foundation of honesty and integrity. I pledge to do my absolute best to use my skills and whatever talents I have been blessed with for the betterment of humanity. I will spend every minute of my remaining time on this earth walking the straightest line and continue trying to help my family and friends who have been so supportive of me. Please know that I am deeply apologetic and I will lead my life in the future making sure that I do not make the same mistakes again.

Respectfully,

Bevan Cooney