LAW OFFICES
**PAULA J. NOTARI**
125 PARK AVENUE
8th Floor
NEW YORK, NEW YORK
10017
---------
Tel. (646) 943-2172

July 30, 2019

**BY Email**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York 40
Foley Square
New York, New York 10007

**Re:** *United States v. Bevan Cooney,* **S1 16 Cr. 371 (RA)**

Dear Judge Abrams:

    I write on behalf of Bevan Cooney, the defendant in the above-entitled case to provide the Court with an additional letter in support of sentencing. The Court may recall that Mr. Cooney represented in the biographical section of his sentencing memorandum that he was introduced to Devon Archer in 2004 by Dan Burrell, one of Mr. Cooney's long-time, close personal friends. At the time Mr. Burrell was working with John Kerry's presidential campaign along with Devon Archer. Both Dan and Devon were both graduates of Yale. Dan went on to become the CEO of Rosemont Solebury Capital Management LLC, where Devon Archer also worked. Attached hereto is copy of a letter prepared by Mr. Burrell on Mr. Cooney's behalf. Mr. Burrell's letter again confirms Mr. Cooney's character for honesty and Mr. Burrell's belief that the instant offense conduct is out of character for the person he has known for nearly 20 years. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ .

Respectfully,

*Paula Notari*

Paula J. Notari
Attorney for Bevan Cooney

cc:     AUSA's Rebecca Mermelstein, Negar Tekeei, Brendan Quigley (by ECF)