

Daniel C. Burrell

████████████

████████

Dear Judge Abrams:

I am writing to you on behalf of Bevan Cooney, whom I have had a close personal relationship for nearly twenty years. By way of background, I am the founder of two fully accredited, university affiliated medical schools. I also own a construction company, construction services company, student/multi-family housing company, and act as a partner and fund manager in a health care technology platform. Previously, I built one of the larger commercial real estate companies in the Southwestern United States. I was a Yale Educated lawyer, received my Bachelor's from Georgetown University and a Master's in Economics from the London School Economics. Investments, accounting, legal, and finance are all big parts of my job so I feel as though have a perspective worth sharing with the court on this case and on behalf of Bevan.

During the almost two decades I have known Bevan, I highly regard him as a kind, compassionate person with high integrity. He has always been a reliable and good sounding board for me on a business and personal level. I have never, before this highly unfortunate incident, witnessed or heard of Bevan's integrity being called into question related to a financial matter.

As the Court can imagine, it was with great shock when I first learned of a Bevan's potential connection to a "tribal bond scandal." It just did not add up on a variety of levels. Bevan is not and has never been an employee, officer or director of a finance firm who could or would be in a position to put together such a complex matrix of deals and transactions to defraud investors or a Tribe for personal benefit. But mostly, knowing Bevan's character and following these criminal proceedings, it was just clear to me from the beginning that if Bevan had any involvement, it was likely because he was also being deceived (i.e. enter one Jason Galanis).

I believe Bevan's greatest mistake in this ruinous situation was trusting Galanis (and others around him). Bevan should have perhaps done more due diligence on Jason so he might have acted more cautiously or just walked away entirely. Bevan has paid dearly for this mistake for years now, in all facets of his life.

What has always struck me as interesting about the case, however, is that attorneys, financial consultants and accountants from some of the largest and most respected firms blessed this deal, so to some extent one must ask whether it was reasonable for Bevan to rely on their conclusions and advice. I believe on this point he probably was acting reasonably as apparently they were duped just like he was.

I ask and plead for leniency for Bevan. For whatever mistakes he has made related to this matter I believe he has paid for thoroughly.

*[signature]*

Daniel C. Burrell