**Criminal Notice of Appeal - Form A**

```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
            NOTICE OF APPEAL    DOC #: _____
                                DATE FILED: AUG 1 5 2019
        United States District Court
```

Southern District of New York

**Caption:**

United States   v.

Bevan Cooney

Docket No.: 16CR371(RA)

Ronnie Abrams
(District Court Judge)

Notice is hereby given that **Bevan Cooney** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on **August 1, 2019**
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   trial ✓   N/A ☐

Offense occurred after November 1, 1987?  Yes ☐   No ☐   N/A ☐

Date of sentence: **July 31, 2019**   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ✓   N/A ☐

Appellant is represented by counsel? Yes ✓   No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Paula Notari |
| Counsel's Address: | 125 Park Avenue, 8th Floor |
| | New York, New York 10018 |
| Counsel's Phone: | 646 943-2172 |
| Assistant U.S. Attorney: | Rebecca Mermelstein |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | '(212)637-2360 |

*[signature]*

Signature