UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Bevan Cooney

**DOCKET NUMBER:** 19-CR-02522, Dist. Ct. 16CR371

**COUNSEL'S NAME:** Paula J. Notari

**COUNSEL'S ADDRESS:** 125 Park Avenue, 7th Floor
New York, N.Y. 10019

**COUNSEL'S PHONE:** (646)943-2172

## QUESTIONNAIRE

☑ I am ordering a transcript.

☐ I am not ordering a transcript.   Reason:   ☐ Daily copy available   ☐ U.S. Atty. placed order
☐ Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____ (Description & Dates)

☐ Trial: _____ (Description & Dates)

☑ Sentencing: July 31, 2019 (Description & Dates)

☐ Post-trial proceedings: _____ (Description & Dates)

I, Paula J. Notari (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   ☐ Funds   ☑ CJA Form 24

/s/ Paula J. Notari          8/27/2019
Counsel's Signature          Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____          Estimated Number of Pages: _____

Estimated completion date: _____

_____          _____
Court Reporter's Signature          Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.