

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2020

**BY EMAIL AND ECF**

The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, New York 10007

          Re:    *United States* v. *Bevan Cooney*, 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government writes to respectfully request that Your Honor enter a limited unsealing order, by so-ordering this letter, that would permit the Government to obtain from the District Court Clerk's Office a copy of the sealed Order of Restitution and Schedule of Victims as to defendant Bevan Cooney to include in the Government's sealed supplemental appendix in connection with its response to Cooney's pending appeal (*United States v. Bevan Cooney*, 19-2522). The Order of Restitution (Dkt. 788) included a sealed Schedule of Victims that is relevant to Cooney's appeal, and the Government cannot locate a copy of the final, signed Order of Restitution that includes the Schedule of Victims in its files. The Government has conferred with counsel for Mr. Cooney, who has no objection to this request. We request that the Schedule of Victims otherwise remain sealed until further order of the Court.

                                                      Respectfully submitted,

                                                      AUDREY STRAUSS
                                                      Acting United States Attorney

                                        By:   /s/ Negar Tekeei
                                               Negar Tekeei
                                               Rebecca Mermelstein
                                               Assistant United States Attorneys
                                               (212) 637-2482/2190

cc: All counsel of record (via ECF)