UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHN GALANIS, *et al.*,

Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-4-21

16-CV-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Government is hereby ordered to submit a revised restitution order for Defendants John Galanis and Bevan Cooney consistent with the decision of Court of Appeals for the Second Circuit dated February 9, 2021. *See* Dkt. 963. The Government shall file the revised order no later than April 4, 2021.

SO ORDERED.

Dated:   March 4, 2021
         New York, New York

RONNIE ABRAMS
United States District Judge