UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BEVAN COONEY,<br><br>            Defendant. | Case No. 16-cr-371 (RA)<br><br>**NOTICE OF WITHDRAWAL** |

TO:     Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that, effective June 1, 2023, DIANE H. BANG hereby withdraws her individual appearance as counsel for Defendant Bevan Cooney in the above-captioned matter.

The requirements of Local Rule 1.4 are met. An Attorney Appointment Hearing as to Bevan Cooney was held on December 20, 2016, at which attorney Paula Notari was appointed as counsel to represent Bevan Cooney. *See* ECF No. 106. To the best of the undersigned's knowledge, Paula Notari continues to be counsel of record for Bevan Cooney, and accordingly no delay or prejudice to any party will result from the undersigned's withdrawal.

Dated: June 1, 2023
       New York, New York

*/s/ Diane H. Bang*
Diane H. Bang
dbang@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Phone:  (213) 394-7979
Fax:     (213) 529-1027